

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHOLOGY INC., | § | |
| | § | |
| Plaintiff, | § | **4-24CV-279-P** |
| v. | § | C.A. No. _____ |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT, | § | |
| | § | |
| Defendant. | § | |

### MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Pursuant to Local Rules 79.3(b) and (c), Plaintiff Anthology Inc. ("Anthology") files this Motion for Leave to File its Complaint Under Seal, and states as follows:

1. This case arises out of Defendant Tarrant County College District's ("TCC") breach of a contract between TCC and Anthology. Anthology seeks a judgment against TCC for: (1) Declaratory Judgment and (2) Breach of Contract.

2. On June 1, 2022, Anthology and TCC executed a ten-year Master Agreement for Software as a Service, Software, and Professional Services (the "Master Agreement"). The Master Agreement is attached to Anthology's underlying complaint as Exhibit A.

3. Pursuant to Section 16.3 of the Master Agreement, Anthology or TCC is required to file any action arising out of or related to the Master Agreement under seal:

> 16.3 Formal Dispute Resolution; Venue. Each Party hereby agrees that any controversy or claim, whether based in contract, tort, or other legal theory, arising out of or related to this Agreement, shall be maintained exclusively in the jurisdiction and venue of the United States federal courts sitting in the Northern District of Texas ("Court Action"). The Parties agree that they will file any Court Action under seal and will mutually file all necessary motions with the court for an entry of an order to maintain the Court Action and all related filings and testimony under seal. Further, except as prohibited by applicable law, the Parties agree that the details and related filings and testimony of any Court Action shall be kept confidential and may not be disclosed to any third parties except a Party's employees, lawyers, accountants, parent companies, affiliates, or other advisors who have a need to know about the Court Action. To the extent that the dispute resolution process

*See* Master Agreement § 16.3.

4. As described in the Complaint, this dispute arises out of and relates to the Master Agreement, specifically, TCC's breach of the Master Agreement.

5. Therefore, in accordance with Section 16.3 of the Master Agreement, Anthology respectfully requests that the Court grant the motion to seal and allow the Complaint and accompanying exhibits to be filed under seal.

Respectfully submitted,

*/s/ Gregory A. Brassfield*
Gregory A. Brassfield
State Bar No. 24079900
Jamie R. Drillette
State Bar No. 24105820
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Ave., Suite 2700
Dallas, TX 75201
Telephone: 214.981.3827
gbrassfield@lynnllp.com
jdrillette@lynnllp.com

Aravind Swaminathan (*pro hac vice* forthcoming)
Washington State Bar No. 33883
Orrick, Herrington & Sutcliffe LLP
401 Union St., Suite 3300
Seattle, WA 98101
Telephone: 206.839.4340
aswaminathan@orrick.com

Deena O. Dulgerian (*pro hac vice* forthcoming)
California State Bar No. 321836
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: 213.612.2259
ddulgerian@orrick.com

ATTORNEYS FOR PLAINTIFF
ANTHOLOGY INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, a copy of the foregoing and accompanying proposed order were served via electronic mail and first-class mail, postage, prepaid on all parties of record.

/s/ Gregory Brassfield
Gregory A. Brassfield