SEALED    FW 4000028826



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHOLOGY INC., | § | |
| | § | |
| Plaintiff, | § | **C.A. No. 4-24CV-279-P** |
| v. | § | |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## [SEALED] COMPLAINT FOR DECLARATORY RELIEF AND/OR BREACH OF CONTRACT

Plaintiff Anthology Inc. ("Anthology" or "Plaintiff"), by and through its attorneys, files this Complaint against Defendant Tarrant County College District ("TCC" or "Defendant"), seeking declaratory relief and monetary damages, and hereby alleges as follows:

### PRELIMINARY STATEMENT

1.      Plaintiff Anthology partners with educational institutions to provide customized cutting-edge enterprise management solutions. Anthology's services reach over 150 million learners, educators, and administrators in over 80 countries.

2.      Upon information and belief, Defendant TCC is one of the largest community colleges in Texas, currently serving over 40,000 students and employing over 2,000 faculty and staff across multiple campuses.

3.      In early 2021, TCC issued a Request for Proposals ("RFP") seeking public bids for the "acquisition of a comprehensive Enterprise Resource Planning ("ERP") software solution, including functionality for Student Administration, Human Capital Management including Payroll, and Financial Management including Procurement."

4.    On March 9, 2021, Anthology submitted a proposal in response to TCC's RFP. After an extensive selection process, including reference checks, TCC selected Anthology as the winning bidder.

5.    Anthology and TCC negotiated the specific terms of their arrangement for over a year. On June 1, 2022, after those extensive negotiations, TCC and Anthology executed a ten-year Master Agreement for Software as a Service ("SaaS"), Software, and Professional Services ("the Master Agreement") and several ancillary agreements, effective June 1, 2022. A true and correct copy of the Master Agreement is attached hereto as **Exhibit A**.

6.    Under the Master Agreement and ancillary agreements, TCC asked Anthology to design and build a customized ERP software solution to TCC's unique needs ("ERP Project"). Over its full ten-year term, the relationship between Anthology and TCC was expected to involve total payments from TCC to Anthology of over $60 million.

7.    As is relevant here, the parties bargained for and agreed to termination provisions that allowed for termination of the Master Agreement with cause or without cause. Crucially, the Master Agreement allows TCC to terminate its relationship with Anthology for cause, at any time, without additional remuneration to Anthology under certain circumstances. However, under the Master Agreement, if TCC chooses to terminate without cause, TCC must compensate Anthology by paying Anthology the remainder of the outstanding amounts payable under the contract. In other words, TCC agreed to provide Anthology with the full benefit of the bargain between the parties if TCC terminated the Master Agreement without cause.

8.    On October 26, 2023, just about a year into the parties' contractual relationship, TCC gave Anthology written notice that it was terminating the Master Agreement "*without cause.*" A true and correct copy of TCC's Notice of Termination is attached hereto as **Exhibit B**. Shortly

thereafter, TCC and Anthology engaged in and completed the necessary steps of the Informal Dispute Resolution process as set forth in Section 16.2 of the Master Agreement. On January 16, 2024, representatives from each party forming the Joint Committee met to resolve the dispute. On January 26, 2024, the dispute was escalated to executive officers from each party, who were unable to resolve the dispute within the required 14-day deadline. Therefore, as permitted by Section 16.2 of the Master Agreement, Anthology initiated the instant lawsuit.

9.      TCC has refused to pay Anthology the remaining compensation to which it agreed when it executed the Master Agreement—an amount of approximately $22,923,192.64. By terminating the Master Agreement without cause and withholding the termination fee, TCC has breached the Master Agreement with Anthology.

10.      Although TCC has not fully articulated its justification for withholding payment, it claims that the sums owed to Anthology under the Master Agreement—an amount that TCC agreed to pay if it elected to terminate the Master Agreement without cause—are prohibited under Texas law. Accordingly, Anthology seeks a declaratory judgment from the Court finding that the payment of the agreed sum is not prohibited under the Constitution or laws of the State of Texas.

11.      Relatedly, Anthology seeks a declaratory judgment from the Court that TCC's refusal to pay the agreed sum set forth in the Master Agreement constitutes a breach of contract under Texas law.

12.      Furthermore, TCC's termination of the Master Agreement without cause and without paying the agreed sum constitutes a breach of the contract entitling Anthology to damages equivalent to the outstanding payments TCC would owe Anthology for the remaining term of the Master Agreement.

## JURISDICTION AND VENUE

13.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and 27 U.S.C. § 2201 because this action is between citizens of different States, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and because Plaintiff seeks a declaration of rights in connection with a contract Plaintiff and Defendant entered into with one another in June 2022.

14.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) & (c) because Defendant resides in this District and because a substantial part of the events or omissions giving rise to the claim occurred in this District.  Venue is also proper in this District because the parties agreed that any dispute between the parties "shall be maintained exclusively in the jurisdiction and venue of the United States federal courts sitting in the Northern District of Texas."

## PARTIES

15.     Plaintiff Anthology Inc. is a Florida corporation with its principal place of business at 5201 Congress Ave., Boca Raton, Florida 33487.

16.     Upon information and belief, Defendant Tarrant County College District is a Texas state agency with its principal place of business at 1500 Houston Street, Fort Worth, Texas 76102.

## ALLEGATIONS

### *Background Facts*

### *Enterprise Resource Planning Software*

17.     Virtually all large organizations use ERP software to manage their activities.  In the higher education context, a typical ERP design and deployment involves the development, testing, and implementation of software solutions that allow the institution to manage a wide variety of its business operations, such as its finance, human resources, and student life functions, from a single

integrated platform. A typical ERP project for an entity like TCC involves the development and implementation of hundreds of separate computerized modules addressing the myriad finance, human resources, and student management needs of the customer. Each of those disparate modules must work seamlessly together, *and* they must address the *specific* needs of the individual customer.

18.     Among many other things, an integrated ERP system for a college or university allows the institution to:

a.     manage accounts receivable and accounts payable;

b.     track the institution's cash flow and balance sheet in real time;

c.     track the employee hiring process;

d.     manage employee performance, benefits, separation and retirement functions, and other human resources matters;

e.     process payroll functions and produce applicable employee tax information;

f.     coordinate employee investigation issues, leave of absences, and unemployment claims;

g.     assist with recruitment efforts of prospective students;

h.     track a student's application and admission process;

i.     maintain all tuition and financial aid operations, including tuition calculations, student-submitted financial information, automating and tracking student financial aid award packages, and payment information;

j.     maintain academic calendars;

k.     manage student records, course scheduling, class enrollment, grading, transcripts, university transfers, and other student-related concerns;

l.     coordinate classroom organization efforts such as waitlists, syllabi, assignments, and student communications;

m.     assist with event planning, including marketing, attendance, and budgeting; and

n.      integrate information from each component of the ERP system into other components.

19.    ERP systems are the digital lifeblood of large organizations. Continuity matters, and any new ERP implementation must account for the customer's existing ERP system in various ways. Not only must the new system successfully integrate massive amounts of historic and current data from the existing system, but it must also be implemented such that there is no "down-time" during which a higher education ERP customer cannot access the systems that allow it to assess its operational health, pay its bills, manage its employees, or manage its students' lifecycle.

20.    As a result, the design, building, and implementation of ERP systems for entities of TCC's size and complexity are both costly and time-consuming, and require dedicated employees from both the client-entity and the developer.

21.    Historically, ERP vendors sold software licenses to customers much like any other product. However, in recent years, SaaS has become an increasingly important way to provide ERP solutions. Under a SaaS model, the ERP customer essentially pays the ERP vendor a monthly or annual subscription fee; the software itself is hosted on a cloud-based server and is maintained and serviced directly by the vendor.

22.    Nonetheless, SaaS ERP systems are as highly customized as ERP systems purchased under traditional licensing arrangements; there is no "one-size-fits-all" solution to a 40,000-student college system's ERP needs. That means an ERP system that works for TCC would not work for the Dallas County Community College District, Texas Christian University, or any other university without massive modification and customer-centric configuration.

### Plaintiff Anthology Inc.

23.    Anthology products currently reach over 150 million learners, educators, and administrators in over 80 countries.

ORIGINAL COMPLAINT

24.     Anthology's suite of higher education products and services includes both traditional ERP finance and human resources tools *and* higher-education-specific tools for student recruiting, managing student information, enrollment and retention, student assessment management, alumni relations, accreditation, and other functions.

25.     Anthology's higher education ERP products and services have an extensive, lengthy, and successful track record.  Over 350 institutions of higher education worldwide are currently using or implementing one or more of Anthology's ERP products.

26.     These ERP products and services have enabled Anthology's higher education clients to seamlessly manage the day-to-day as well as long-term aspects of their community, often revitalizing the way business and education is conducted, in stark contrast to their outdated and underserving legacy platforms.

### Defendant Tarrant Community College District

27.     TCC was created by a countywide election in 1965.  In the nearly 60 years since its formation, TCC has expanded to encompass five physical campuses within Tarrant County and one virtual campus.  TCC offers dozens of two-year degree and certificate programs.  According to its Annual Comprehensive Financial Report for Fiscal Year 2022-2023, TCC served over 43,000 students in 2022 and employed over 2,093 full-time and part-time faculty and staff.

28.     From 2021 through 2023, TCC had average annual operating expenses of almost $470 million, which it covered with a combination of operating revenue (tuition, fees, etc.), tax receipts, state appropriations, and other funds.

### The 2021 Request for Proposals

29.     On February 5, 2021, TCC issued Request for Proposal #21-015 ("the RFP") "seeking proposals for the acquisition of a comprehensive Enterprise Resource Planning (ERP)

software solution, including functionality for Student Administration, Human Capital Management including Payroll, and Financial Management including Procurement."

30. At the time, TCC had been using the same ERP software for almost *twenty* years, which software had been provided by another education technology provider. Not only was this system outdated, but over the course of two decades, TCC implemented numerous customizations to the ERP software which were no longer efficiently serving TCC, its employees, and its students.

31. In issuing the RFP, TCC made the decision to abandon its current system and implement a brand-new system.

32. On information and belief, TCC created the RFP with the assistance of ISG, a consulting firm that TCC brought in to help it with the ERP RFP and Project.

33. The RFP included significant information for interested bidders, including detailed explanations of what TCC wanted their new ERP system to do, and a lengthy series of questions TCC wanted all bidders to answer in their proposals. TCC sought a modern, cloud-based ERP solution built and delivered as a SaaS solution. Among the features that TCC indicated it wanted in its new ERP system, included core student administration (recruiting and admissions, curriculum management, student records and enrollment, academic advising, student financial aid, and student accounts receivable), human capital management (talent acquisition, applicant services, personnel management, position management, compensation management, absence management, time and attendance, payroll, performance management, and faculty administration), financial management (planning and budgeting, purchasing, contracts, accounts payable, billing and account receivable, budgetary control and general ledger, travel reimbursement, cash management and forecasting), and common and cross-functional capabilities (communications,

ORIGINAL COMPLAINT

notifications and alerts, workflow and business process automation, reporting, analytics, dashboards, and event management).

34.    The RFP closed on March 11, 2021. Anthology submitted its comprehensive, 216-page proposal on March 9, 2021.

35.    On June 9, 2021, TCC informed Anthology that it had won the award. Given the complexity and scope of the ERP system TCC wanted, the parties needed to negotiate the terms of their agreement.

36.    Accordingly, the award marked the beginning of a year-long negotiation phase during which Anthology and TCC further defined the parameters and specifications TCC wanted in its customized ERP solution. After nearly a year of negotiations, on June 1, 2022, TCC and Anthology executed the Master Agreement and several other ancillary contracts. *See generally* Ex. A.

37.    All told, the parties anticipated that the agreement between them would generate tens of millions of dollars of revenue for Anthology over its full ten-year life, including both payments from TCC to cover Anthology's baseline development costs and annual service payments for the duration of the contract. Given the complexity of the ERP Project, Anthology anticipated (and incorporated into its proposal) that it would need to dedicate several individual Anthology employees and resources to the ERP Project.

38.    Under the Master Agreement, the parties contemplated payments for professional services of approximately $42 million, which went towards the design, building, and implementation of the various components on the ERP software.

39.    In addition, Schedule A to the Master Agreement obligated TCC to pay Anthology's Annual Fees for its SaaS services as follows:

| Dates | Annual Fee |
|---|---|
| July 1, 2022 – June 30, 2023 | $2,234,451 |
| July 1, 2023 – June 30, 2024 | $2,373,484 |
| July 1, 2024 – June 30, 2025 | $2,442,529 |
| July 1, 2025 – June 30, 2026 | $2,513,645 |
| July 1, 2026 – June 30, 2027 | $2,586,894 |
| July 1, 2027 – June 30, 2028 | $2,662,341 |
| July 1, 2028 – June 30, 2029 | $2,740,051 |
| July 1, 2029 – June 30, 2030 | $2,820,092 |
| July 1, 2030 – June 30, 2031 | $2,902,535 |
| July 1, 2031 – June 30, 2032 | $2,987,451 |
| **Total** | **$26,263,473** |

*See* Ex. A at Schedule A, p. 15.

40.    Under Schedule A to the Master Agreement, TCC was to pay these Annual Fees monthly, within 30 days of invoicing, "in 1/12 increments beginning one month from the Effective Date." *See id.*

### *Relevant Contract Provisions*

41.    The Master Agreement and the ancillary contracts between TCC and Anthology are lengthy; however, only a few provisions are relevant to this lawsuit.

42.    As a threshold matter, the parties agreed that Texas law would govern any dispute arising under the Master Agreement (*see id.* at 10, § 16.4) and that any lawsuit arising from the

Master Agreement "shall be maintained exclusively in the jurisdiction and venue of the United States federal courts sitting in the Northern District of Texas." *See id.* at 10, § 16.3.[1]

43.     The provision at the center of this dispute is Section 8 of the Master Agreement, which addresses the parties' termination rights under the contract.  This section expressly distinguishes between termination "with cause" and termination "without cause." *See id.* at 5–6, §§ 8.2(a)(iii) & (d).  On October 26, 2023, TCC notified Anthology that it was terminating the Master Agreement "without cause," citing to Sections 8(a)(iii) and 8.3(b).  *See generally* Ex. B.

44.     Section 8.2(a)(iii) of the Master Agreement permits TCC to terminate its agreement with Anthology *without* cause only "upon sixty (60) days' written notice" *and* "payment of [an] early termination fee as set forth in this Section 8...." *See* Ex. A at 5–6, § 8.2(a)(iii).  Pursuant to Section 8.2(d)—which sets forth the termination fee—in the event that TCC terminates without cause pursuant to Section 8.2(a)(iii), Anthology "shall retain all payments made by [TCC]" and TCC "shall promptly pay to Anthology all amounts [TCC] is obligated to pay under Schedule A for the remainder of the Term." *See id.* at 5–6, § 8.2(d).[2]

45.     Section 8.3(b), which was also identified in TCC's October 26, 2023 termination letter provides that "The termination of this Agreement shall serve to terminate all existing Addenda and Statements of Work, unless otherwise agreed to in writing by the Parties." *See id.* at 6, § 8.3(b).

46.     Accordingly, by terminating the Master Agreement *without* cause, which it did in its October 26, 2023 Notice of Termination, TCC would owe Anthology all remaining payments

---

[1] Section 16.3 of the Master Agreement also mandates that the parties file any lawsuit arising therein under seal.  *See id.* at 10, § 16.3.

[2] Under Sections 8.2(a)(i) and (ii) of the Master Agreement, TCC could terminate *with* cause—and without owing any further compensation to Anthology—only if Anthology materially breached its obligations under either the Master Agreement or an agreed Statement of Work *and* failed to cure such breach within an agreed time. *See id.* at 5, §§ 8.2(a)(i) & (ii).

under Schedule A to the Master Agreement and Anthology would be entitled to retain all payments made by TCC to date.

47.    As of October 26, 2023, TCC had made approximately $9,287,321.66 in payments to Anthology under the Master Agreement for professional services, including approximately $3,421,192.74 towards the Annual Fees, which Anthology is entitled to retain.

48.    However, there is approximately $22,923,192.64 in payments remaining under Schedule A.  This includes approximately $22,842,280.14 owed for the Annual Fees and approximately $80,912.50 for past due invoices.

### TCC's ERP Project is a Massive Undertaking Requiring Extensive Resources

49.    Because of the size and scope of the ERP Project, Anthology assembled a team of employees responsible for designing, building, testing, and implementing TCC's new ERP system. Fifty-seven Anthology employees were assigned to the ERP Project, featuring key roles such as Program Director, Lead Project Manager, Project Administrator, and Finance, Human Resources, and Payroll Project Manager. Alongside them were five dedicated Anthology Student team members and one fully dedicated member of the Anthology Academy team.  Three individuals were fully committed to the ERP Project at the Project Management level and there were four positions identified in the parties' Statement of Work as being fulltime.  Anthology even hired a full-time resource who was local to Fort Worth, Texas to be on-site at TCC full time.

50.    More generally, the amount of work required to get the new ERP system designed, built, tested, and running was substantial.  TCC expected Anthology personnel alone to devote over 200,000 person-hours to the development phases of the ERP Project, and anticipated that the planning, design, and build phases of the ERP Project would run from June 2022 through November 2023, with testing and internal deployment taking place from fall 2023 until

approximately March of 2025. Overall, the parties did not expect TCC's new ERP system to be fully operational until March of 2025.

### Anthology's Early Work on the ERP Project

51. The first step of the ERP Project required TCC (along with ISG) and Anthology to develop a Project Schedule, a living document that tracks a project's deadlines with each component of the ERP software.

52. At a basic level, the Project Schedule lays out the steps to completing the ERP Project. There are two important early steps: the preliminary "consolidated plan" and the "consolidated design" phases. During the planning phase, Anthology committed to spending a significant amount of time and resources discussing and planning TCC's desired components and specifications of the ERP software, what tools or resources would be required to develop them, and how they should work and integrate with all of the TCC solutions and systems not managed by Anthology.

53. During the subsequent design phase, Anthology worked to create the framework of the ERP Project, outlining what each stage of the ERP Project would look like and, specifically, how the components of the ERP software would be developed. Anthology's standard procedure involves presenting recommendations at the conclusion of the design phase. However, TCC preferred to refrain from considering configuration or construction of the solutions until all business processes and systems, including workflows or automation, were thoroughly documented. Accordingly, Anthology's review process extended to items unrelated to its solution set and the design phase took a substantial amount of time and investment, namely from Anthology. The design phase was never completed because TCC terminated the Master Agreement before the design work was done.

54.     Shortly after project planning commenced, TCC and ISG began to demand unpredictable, concrete deadlines. Many of the deadlines TCC demanded were dependent upon the completion of deliverables in the design phase prior to beginning the build phase and, therefore, could not be set. Nonetheless, Anthology's Project Schedule did include thorough details with predecessors and dependencies to help gauge the project timeline. Despite this, TCC persisted in requesting additional work during the design phase, which extended its duration.

55.     Between June and August 2022, Anthology hired Chris Peduzzi to be a fulltime, dedicated Program Director, and then Geri Genovese (as Lead Project Manager) and Kevin Dishmon (as Lead Delivery Owner). Thereafter, Anthology immediately began detailing with precision as many deadlines as possible. This scheduling outlined milestones and deliverables for both parties in accordance with their Statement of Work for all phases of the ERP Project.

56.     Regardless, TCC presented a myriad of challenges in progressing the ERP Project. TCC (with ISG) created formal documentation of the progression of the ERP Project with substantive errors and misinformation, and then refused to correct them. TCC was often unaware of project deadlines and attended weekly meetings unprepared. Moreover, TCC consistently failed to properly inform its consultants from ISG on deliverable requirements and basic principles of the ERP Project.

57.     In January 2023, TCC's Chief Operating Officer (Susan Alanis) established monthly workshops in an effort get the ERP Project back on track. Substantial progress followed under Alanis' direction and Anthology expected to complete the design phase in September 2023. Notably, the parties entered into a change order as to the ERP Project's Statement of Work in March 2023 and Alanis excluded ISG from this process.

ORIGINAL COMPLAINT

58. However, on July 27, 2023, Alanis and TCC's Project Sponsor Ronnie Watkins disclosed to Anthology that they (Alanis and Watkins) had been taken off the ERP Project entirely. Alanis, who had been at TCC for four years, abruptly left the school shortly thereafter. This all followed the departure of TCC's Chief Technology Officer, Robert Pacheco, who was also removed abruptly at a time when he was serving as the project sponsor for TCC.

59. The ERP Project became even more challenging after Alanis's departure, with TCC being unable to fulfill its responsibilities to complete the design phase. Due to the change in TCC's project leadership, the parties reverted back to the planning and design phase, reassessing the schedule and team assignments, among other things, and essentially starting from the beginning with ISG in the lead again.

60. Overall, TCC did not communicate the changes to its project leadership with Anthology or provide Anthology any reasoning as to why it was removing its project leadership. Further, TCC did not ensure there was a transfer of knowledge from the previous project leaders to its new project leaders. TCC's new project leaders did not have any knowledge about the history of the ERP Project and were not qualified to lead the ERP Project.

61. On October 26, 2023, TCC informed Anthology of its intention to invoke the "*__without cause__*" termination provision in Section 8.2(a)(iii) of the Master Agreement. *See generally* Ex. B. This came as a surprise to Anthology. As of that date, the project design phase had not yet been completed, meaning that design of the ERP functionality and features had not been agreed on or finished.

62. TCC wrote in its October 26, 2023 termination letter:

> This letter serves as formal notice that Tarrant County College District ("TCCD"), a political subdivision and local government entity of the state of Texas, hereby terminates its Master Agreement and SOW with Anthology, Inc. ("Anthology"), effective sixty (60)

days after receipt of this notice. This notice is being given pursuant to the *"termination without cause"* clause specified in Section 8.2(a)(iii) and 8.3(b) of the Master Agreement.

Furthermore, TCCD wishes to inform Anthology that it does not intend to pay an early termination fee penalty as a result of this termination. As provided by the Texas Local Government Code Section 271.153 and Section 8.2(a)(iii), TCCD did not waive immunity for contract damages beyond the balance owed for services rendered by Anthology as of the date of the contract termination. As such, any attempt to enforce or claim such penalty would be contrary to Texas law and the intent of the parties as expressed in the Master Agreement. [emphasis added]

*See id* at 1.

63.    Under the terms of the Master Agreement and TCC's October 26, 2023 Notice of Termination, the contract terminated on December 22, 2023.

64.    TCC's termination letter also demanded, without any justification, that Anthology return the just under $1.7 million in licensing fees TCC had paid under Schedule A of the Master Agreement between July 2022 and March 2023. *See id.* at 2.

65.    All told, TCC made a total of approximately **$3,421,192.74** in Annual Fee payments under Schedule A, all of which Anthology is entitled to retain under the Master Agreement. Thus, under Section 8.2(a)(iii) of the Master Agreement, TCC owes Anthology approximately $22,923,192.64 in additional compensation to make Anthology whole.

## COUNT I: DECLARATORY JUDGMENT

66.    Anthology incorporates by reference as if fully set forth herein each of its allegations in the preceding paragraphs.

67.    Section 8.2(a)(iii) of the Master Agreement permits TCC to terminate the agreement "without cause upon 60 days written notice and payment" . . . of "all amounts [TCC] is obligated to pay under Schedule A for the remainder of the Term," . . . "except to the extent such

payment of early termination fee is prohibited under the Constitution and the laws of the State of Texas as determined by a court of competent jurisdiction[.]" *See* Ex. A at 5–6, §§ 8.2(a)(iii) & 8.2(d).

68.    On October 26, 2023, TCC terminated the Master Agreement without cause and withheld the termination fee. *See generally* Ex. B. TCC argued that pursuant to Texas Local Government Code Section 271.153, TCC did not waive immunity for contract damages "beyond the balance owed for services rendered by Anthology...." *See id.* at 1. TCC further contended that enforcing the termination fee would amount to a "penalty" and "would be contrary to Texas law." *See id.*

69.    Pursuant to Title 28 U.S. Code § 2201 and Texas Civil Practice and Remedies Code §§ 37.001 *et. seq.*, a justiciable controversy exists and Anthology is entitled to judicial determination that (1) the early termination fee is not prohibited under the Constitution or laws of the State of Texas; (2) TCC's refusal to pay the termination fee set forth in Sections 8.2(a)(iii) and 8.2(d) constitutes a breach of contract under Texas law; and (3) the termination of Master Agreement without cause and without paying the termination fee constitutes a breach of the contract, entitling Anthology to damages equivalent to the outstanding payments set forth in Schedule A of the Master Agreement.

## COUNT II: BREACH OF CONTRACT

70.    Anthology incorporates by reference as if fully set forth herein each of its allegations in the preceding paragraphs.

71.    Anthology and TCC entered into the Master Agreement which constituted a valid contract supported by consideration.

72.    Section 8.2(a)(iii) of the Master Agreement permits TCC to terminate the agreement "without cause upon 60 days written notice and payment" . . . of "all amounts [TCC] is

obligated to pay under Schedule A for the remainder of the Term," . . . "except to the extent such payment of early termination fee is prohibited under the Constitution and the laws of the State of Texas as determined by a court of competent jurisdiction[.]" *See* Ex. A at 5–6, §§ 8.2(a)(iii) & 8.2(d).

73.    Anthology performed its obligations under the Master Agreement.

74.    TCC breached the Master Agreement when it terminated the Master Agreement without cause under Section 8.2(a)(iii) and then (a) demanded that Anthology refund approximately $1.676 million for amounts TCC paid to Anthology for the SaaS and (b) withheld payment of the termination fee of approximately $22,923,192.64. As of the filing of this Complaint, TCC has not paid the approximate $22,923,192.64 termination fee owed to Anthology under Section 8.2(d) of the Master Agreement.

75.    As a direct and proximate result of TCC's breach, Anthology has suffered and continues to suffer harm and damages in the amount of the termination fee of approximately $22,923,192.64, pre-trial interest, and other amounts to be proven at trial. Anthology also seeks to recover its reasonable attorney's fees under Texas Civil Practice and Remedies Code § 38.001(b).

## CONDITIONS PRECEDENT

Under Rule 54 of the Texas Rules of Civil Procedure, Plaintiff pleads that all conditions precedent entitling Plaintiff to the relief requested herein have been performed or have otherwise occurred.

## JURY DEMAND

Plaintiff hereby demands a jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, by virtue of the acts complained of above, Plaintiff respectfully requests that the Court grant judgment in favor of Plaintiff and against Defendant as follows:

a. for compensatory damages in the amount of approximately $22,923,192.64, plus interest, as well as attorneys' fees and costs and court costs, including all of the remaining fees and costs provided for in the Agreement, or such other amount as determined to be owed at trial;

b. for pre-and post-judgment interest;

c. for Plaintiff's attorneys' fees, costs, and disbursements in bringing this action;

d. for a declaration that Defendant materially breached the Master Agreement by failing to timely pay monies due and owed to Plaintiff in a timely fashion as required by the Master Agreement; and

e. for such other and further relief as this Court may deem just and proper, including reasonable attorneys' fees and the costs and disbursements of this action.

Respectfully submitted,

*/s/ Gregory A. Brassfield*

Gregory A. Brassfield
State Bar No. 24079900
Jamie R. Drillette
State Bar No. 24105820
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Ave., Suite 2700
Dallas, TX 75201
Telephone: 214.981.3827
gbrassfield@lynnllp.com
jdrillette@lynnllp.com

Aravind Swaminathan (*pro hac vice* forthcoming)
Washington State Bar No. 33883
Orrick, Herrington & Sutcliffe LLP
401 Union St., Suite 3300
Seattle, WA 98101
Telephone: 206.839.4340
aswaminathan@orrick.com

Deena O. Dulgerian (*pro hac vice* forthcoming)
California State Bar No. 321836
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: 213.612.2259
ddulgerian@orrick.com

ATTORNEYS FOR PLAINTIFF
ANTHOLOGY INC.

# EXHIBIT A

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**EXECUTION VERSION**



# ANTHOLOGY INC.
# MASTER AGREEMENT FOR
# SOFTWARE AS A SERVICE (SAAS),
# SOFTWARE AND PROFESSIONAL SERVICES

**Effective Date: June 1, 2022**

| | |
|---|---|
| Customer Name: Tarrant County College District<br>Entity Type: A Texas state agency<br>Address: 1500 Houston Street<br>City, State, Zip: Fort Worth, Texas 76102<br>Phone Number: (817) 515-8223<br>Fax Number: | Anthology Inc.<br>A Florida corporation<br>5201 Congress Avenue<br>Boca Raton, Florida 33487<br>Phone Number: (561) 923-2500<br>Fax Number: (561) 999-0096 |

**THIS MASTER AGREEMENT, EXHIBITS, SCHEDULES, STATEMENTS OF WORK, CHANGE ORDERS, and ADDENDA,** as mutually executed from time-to-time and referenced in this master agreement (collectively, the "Agreement"), is entered into between Anthology Inc. ("Anthology") and the party named above ("Customer") (Anthology and Customer are sometimes collectively referred to as the "Parties" or individually as a "Party").

| | |
|---|---|
| Schedule A: | Anthology Solution Subscription |
| Exhibit A-1: | EAE Software Scope and Fees |
| Exhibit A-2: | SaaS Tiers |
| Exhibit A-3: | Support and Upgrades |
| Exhibit A-4: | Service Level Agreement |
| Exhibit B: | ILE Software License Scope and Fees |
| Exhibit C: | Anthology Certificate of Insurance |
| Schedule C: | Previous Product Names |
| Schedule D: | Anthology's Response to Customer's Request for Proposal and Post Demo Questions |
| Schedule E: | Data Security Measures (formerly Annex B) |

The general terms ("General Terms") below apply to the Anthology SaaS (as hereinafter defined) and all applicable services, including professional services. Specific terms and conditions that apply only to certain software or services are contained in the applicable Schedules and Exhibits for such software or services. In the event of a conflict between the General Terms and any term contained in a Schedule, Exhibit, and/or Addendum, the following shall be the order of precedence: the Addendum, the Exhibit, the Schedule and the General Terms, and in the event of a conflict between the General Terms and any term contained in a Statement of Work and/or Change Order, the following shall be the order of precedence: the Change Order, the Statement of Work and the General Terms. Notwithstanding the foregoing, in the event of a conflict between the General Terms, a SOW, and/or Schedule D, the order of precedence shall follow: (1) the SOW; (2) these General Terms; and (3) Schedule D.

## GENERAL TERMS

**1.    DEFINITIONS**

"Acceptance" means acknowledgement by Customer that a Deliverable meets the criteria set forth in the corresponding Statement of Work and "Accepted" has a corresponding meaning.

"Addendum" means a mutually executed addendum which amends this Agreement and is incorporated herein by reference.

"Ancillary Programs" means the applicable third-party software delivered with the Anthology Software and any related documentation. For clarity, Ancillary Programs are not interchangeable with Third Party Products, which Customer must purchase and license separate from Anthology.

"Anthology Marks" means any trademarks, service marks, service or trade names, logos and other designations of Anthology and

its affiliates that Anthology may make available to Customer in connection with this Agreement.

"Anthology Proprietary Materials" means, collectively, the Anthology SaaS, Anthology Software, Documentation, APIs and any other system or technology used, owned or licensed by Anthology or its affiliates in connection with the provision of the Anthology SaaS, including, without limitation, any related communications/integration network designed, developed or implemented by Anthology or its affiliates or licensors, and all software, proprietary elements, documentation, records and other trade secrets or know-how related to any of the foregoing, including, but not limited to, all copyrights, trademarks, patents, trade secrets and other intellectual property rights inherent therein or appurtenant thereto, and any modifications, enhancements, updates and upgrades thereto owned by Anthology, its affiliates or licensors as of the Effective Date or thereafter created, designed or developed by Anthology, its affiliates or licensors.

Confidential

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

"Anthology SaaS" or "Anthology Software as a Service" means the Anthology solution specified in Schedule A and the applicable related services specified in the applicable Exhibits referenced for such solution in Schedule A that is being subscribed to by Customer.

"Anthology Software" means the software applications owned or licensed by Anthology and made available by Anthology for use by Customer as part of the Anthology SaaS.

"Anthology Tenant" shall mean Anthology's Microsoft Azure Active Directory tenant.

"Campus" means a unique identification code used for each Record Count group contained in a database.

"Change Order" shall have the meaning specified in Section 5.2.

"Content" means data, text, audio, video, images or other content.

"Customer" means Tarrant County Community College District.

"Customer Data" means the data (including text, audio, video, and image files), which are supplied to Anthology by or on behalf of Customer, or which Anthology is required to generate, process, store or transmit to provide the Anthology SaaS to Customer pursuant to this Agreement.

"Customer Tenant" shall mean Customer's Microsoft Azure Active Directory tenant.

"Deliverables" means Anthology work product developed by Anthology for Customer identified as a "Deliverable" in a Statement of Work that may consist of analyses, designs, routines, scripts, methodologies, techniques, documentation, training manuals, or fixes or enhancements or derivative works of the foregoing.

"Documentation" means the developer guides, user guides, and technical and operations manuals for the Anthology SaaS provided by Anthology available at https://help.campusmanagement.com/Content/Home.htm or otherwise made available to Customer.

"Downtime" shall have the meaning specified in Exhibit A-4 (Service Level Agreement).

"Exhibit" means any attachment hereto, which shall be ordered sequentially (e.g., Exhibit A-1, Exhibit A-2).

"Fees" means the fees payable with respect to Anthology Software ("Software Fees") or the Professional Services ("Services Fees") as set forth in Exhibit A-1, Exhibit B, or applicable Statement of Work.

"FTE" or "Full Time Equivalent" shall have the meaning specified in Exhibit A-1.

"Go-Live" means Customer's first use of an Anthology Software in a Production Environment. For clarity, this Agreement contemplates multiple Go-Live events.

"Initial Term" shall have the meaning specified in Schedule A for the applicable Anthology Solution.

"Login Credentials" means any password, authentication keys or security credentials that enable Customer's access to and management of the Anthology SaaS.

"Non-production Environment" means any testing, training, and other non-production, non-live environments which are not running any operations of Customer and have not been deployed to permit any Users access to live data. Non-production Environments are: (i) only available during Normal Working Hours; (ii) accessible to a limited number of Users; and (iii) not entitled all services that Customer's Production Environments receive.

"Normal Working Hours" shall have the meaning specified in Exhibit A-3.

"Policies" means Anthology's written policies to the extent applicable (e.g., Acceptable Use Policy, E-mail and Anti-Spam Policies), all of which are posted on the Anthology web site at www.anthology.com/policy-docs/cloud-policies, as may be updated from time to time. Anthology shall provide Customer with notice of any changes to Policies via the dedicated administrator included with Customer's enterprise license.

"Production Environment" means the specific environment including hardware, software, and database instance, which are exclusively used as the single authoritative and live system Customer uses for transactional processing. Production Environment excludes any and all testing, training, and other non-production, non-live application or environments.

"Professional Services" means the Professional Services provided by Anthology or its subcontractors to Customer in accordance with an executed Statement of Work, such as consulting, training, technical support or configuration.

"Releases" shall have the meaning specified in Exhibit A-3.

"SaaS Tiers" means the tiers described in Exhibit A-2. The specific SaaS Tier subscribed to by Customer is specified in Exhibit A1 and is sometimes referred to herein as "Customer's SaaS Tier".

"Service Level Agreement" or "SLA" means the agreements set forth in Exhibit A-4 and Exhibit B, indicating Anthology's commitments to make the Anthology Software specified in Exhibit A-1 and Exhibit B, whichever is applicable, available during the times and to the extent specified and to establish the parameters of technical support to be provided in connection with Customer's use of the Anthology Software.

"Statement of Work" or "SOW" means a document signed by the Parties indicating the Services that Anthology will perform for Customer and the terms and conditions for the Deliverables Anthology will provide to Customer for the Fees set forth therein.

"Term" shall have the meaning specified in Schedule A.

"Third Party Products" means any software application used by Customer that is not licensed by Anthology to Customer as part of the Anthology SaaS that Customer must have and must license in order to use the Anthology SaaS. A list of Third-Party Products can be found at www.anthology.com/policy-docs/third-party-products and also includes Azure Active Directory, which may be updated by Anthology from time to time. For clarity, the term "Third Party Products" does not include third party products, which are considered Ancillary Programs included in the Anthology license.

"Travel and Expenses" shall have the meaning specified in Section 6.4.

"Upgrade" shall have the meaning specified in Exhibit A-3.

"User" means the individuals concurrently logged in or with User IDs and authorized to access and use Anthology SaaS, subject to and in accordance with this Agreement.

"User ID" shall mean the unique identification name and password assigned to a User that is required to gain access to the Anthology Software.

SaaS Agreement
DF-061821

Confidential

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## 2.    USE OF THE ANTHOLOGY SAAS

2.1    <u>Grant of Subscription Rights</u>. During the applicable Term, Customer hereby subscribes for, and Anthology hereby grants to Customer, a non-transferable, non-exclusive, limited license for the Users to access and use the Anthology SaaS via the Customer-supplied Internet connection or proprietary telecommunications line(s) with respect to the Users.

2.2    <u>Ancillary Programs</u>.    Pursuant to the terms of Anthology's agreements with certain third-party providers, the terms set forth at www.anthology.com/policy-docs/ancillary-programs are incorporated into and made a part of this Agreement, as applicable. Customer is hereby granted rights to use the Ancillary Programs, subject to all other limitations and conditions herein and as may be specified in an Exhibit.    To the extent available, Anthology passes through all warranties and remedies provided by such third-party software provider. Subject to advance written notice to Customer via the dedicated administrator included with Customer's enterprise license, Anthology reserves the right to replace Ancillary Programs with substantially similar products, at Anthology's expense.    All license restrictions, Customer restrictions on uses, termination rights, Customer security, data privacy and applicable law compliance obligations, intellectual property protections, disclaimers and limitations herein shall apply to the Ancillary Programs. This Agreement does not grant any rights to copy, modify, or distribute the Ancillary Programs. Anthology will bear all costs related to integration of Ancillary Programs with the Anthology Software so that the Ancillary Programs interoperate with the Anthology Software, except as otherwise stated in the applicable SOW.

## 3.    SCOPE OF SERVICES

3.1    <u>Scope of Services</u>.    Anthology will deploy and administer the Anthology SaaS.    The applicable services that are available as part of the Anthology SaaS subscribed to by Customer are specified in the applicable Exhibit.

3.2    <u>Standard of Performance</u>.    Anthology agrees to provide the Anthology SaaS to and for the benefit of Customer in accordance with the terms of this Agreement, all Schedules and Exhibits hereto, and using industry best practices and methods to provide the Anthology SaaS to Customer. The term "industry best practices" shall mean standards, practices, methods and procedures conforming to legal and regulatory requirements and the degree of skill and care, diligence, prudence, and foresight which would be reasonably and ordinarily expected from a skilled and experienced person or body engaged in a similar type of undertaking as Anthology under the same or similar circumstances. All Professional Services shall be rendered in a good and workman-like manner.

3.3    <u>State Reporting Requirements</u>.    Anthology will develop, deploy, and update reports on behalf of Customer based on the requirements of the Texas Higher Education Coordinating Board ("THECB"), Teacher Retirement System ("TRS"), Employee Retirement System ("ERS"), and Texas Workforce Commission ("TWC"). Anthology will maintain the state report data extract file formats based on requirements of the THECB and other agencies. The list of required reports for the State of Texas that Anthology will develop, deploy, and update is included in Exhibit A-2.  The list included in Exhibit A-2 may be updated as needed to comply with State of Texas reporting requirements upon written notice.

3.4    <u>Anthology Relationship Manager</u>.    Anthology will appoint a relationship manager to manage the relationship established by this Agreement (the "Anthology Relationship Manager") who will (i) coordinate and monitor Anthology obligations under this Agreement, and (ii) serve as the primary liaison with the Customer Relationship Manager.  In the event Customer would like to change the Anthology Relationship Manager, Customer shall discuss its reasoning for requesting a change with Anthology's Client Experience Manager.  If,

after such discussion, Customer still would like to change its Anthology Relationship Manager, Anthology agrees to facilitate such change as soon as reasonably possible but in no event later than thirty (30) days. In the event Anthology initiates a change in the Anthology Relationship Manager, Anthology shall provide Customer with advance written notice of thirty (30) days, or less if the circumstances of the need to replace the current Anthology Relationship Manager are beyond Anthology's immediate control, and an opportunity to interview and mutually select the replacement Anthology Relationship Manager.  Anthology shall provide Customer with a written summary of the proposed replacement Anthology Relationship Manager's work and education experience prior to the interview.

3.5    <u>Control of Services</u>.  Anthology may, in its sole discretion (i) reengineer Anthology network components or infrastructure and/or change locations where services are performed; (ii) perform its obligations through its subsidiaries or affiliates, or through the use of selected independent subcontractors or providers; and (iii) modify and/or replace technology or service architectures relating to the Anthology SaaS as long as there is no material change in the functional purpose of the Anthology SaaS.  Notwithstanding clause (ii) above, Anthology shall be responsible for such other party's performance of Anthology obligations.

3.6    <u>Changes to the Anthology SaaS</u>.  In addition to Anthology's rights in Section 8.2(b)(iii), due to technology advancements and changes to Anthology SaaS, Anthology may change, discontinue or deprecate the Anthology SaaS or change or remove features or functionality of the Anthology SaaS from time to time.  Anthology will provide Customer with six (6) months prior notice of any material changes or discontinuance.  Such changes shall not materially alter the functional purpose of the Anthology SaaS.  In the event of any change pursuant to Section 3.6, Anthology is responsible for updating and maintaining all integrations with any new software and bearing full cost of implementation, except that Anthology shall not have any responsibility to provide Customer a credit or pay Customer any fees associated with any internal resources provided by Customer to assist with the implementation or for time spent by Customer and its agents and employees to participate in any necessary training.

3.7    <u>Services Outside Scope</u>.  Any custom services provided outside the scope set forth in this Agreement, or specified in this Agreement will require an Addendum or SOW, as applicable, including, without limitation, any billing, and technical requirements. Any Customer specific requirements, including, without limitation, with respect to security or privacy, that result in Anthology providing additional services or incurring costs, must be agreed to in a SOW or Change Order and may require additional fees. Anthology reserves the right to refuse to provide certain services in the event Customer's requirements are not practicable or are in conflict with applicable law.

## 4.    CUSTOMER'S OBLIGATIONS

4.1    <u>Technical Data and Information</u>.  Customer shall provide Anthology with all technical data and all other information Anthology may reasonably request from time to time to allow Anthology to supply the Anthology SaaS to Customer.  All information Customer supplies will be complete, accurate and given in good faith.

4.2    <u>Lawful Use; Policies</u>.  Customer will use the Anthology SaaS for legitimate and lawful business purposes only and Customer agrees to adhere and cause its Users to adhere to the Policies.

4.3    <u>Connectivity</u>.  Customer agrees to provide the high-speed Internet and telecommunications connections and supporting equipment required by Anthology to maintain connectivity between Customer's remote location(s) and the Anthology SaaS location. Customer will bear the costs of such connections.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

4.4    <u>Customer Relationship Manager</u>. Customer will appoint one or more relationship managers to manage the relationship established by this Agreement ("Customer Relationship Manager(s)") who will:

(a)    Coordinate and monitor Customer's obligations under this Agreement, and serve as the primary liaison with the Anthology Relationship Manager;

(b)    Provide communication on events such as requesting an increase in scope and reporting problems with the Anthology SaaS; and

(c)    Manage Customer contact records in Anthology Service Desk who shall receive outage and maintenance notifications.

4.5    <u>Single Sign-On Requirements</u>. Customer agrees that if required by Customer's SaaS Tier, it will meet the requirements specified in www.anthology.com/policy-docs/single-sign-on for single sign-on in order to be able to access the Anthology SaaS.

4.6    <u>Third-Party Products</u>. The Anthology SaaS requires components of Third-Party Products which may include Microsoft products. Customer represents and warrants that all Customer computers accessing the Anthology SaaS have and will maintain current licenses of all Third-Party Products in compliance with their applicable licensing requirements. Anthology is not responsible for the operation or suitability of any Third-Party Product. Customer agrees that any technical support related to any Third-Party Product, but not directly related to the Anthology Software, are not the responsibility of Anthology. Anthology may periodically revise the list of Third-Party Products and recommend newer versions of a Third-Party Product. Customer must have the current version of the Third-Party Products as listed on the list of Third-Party Products. Customer shall be liable for its damages associated with its failure to maintain required software licenses for the Third-Party Products or use of unlicensed software on the Anthology SaaS.

4.7    <u>Print Drivers</u>. Intentionally omitted.

5.    **TERMS AND CONDITIONS APPLICABLE TO PROFESSIONAL SERVICES.**

The Parties shall enter into a SOW, which terms shall apply along with the applicable terms of this Agreement, for implementation, integration and/or other services mutually agreed upon, as applicable ("Professional Services").

5.1    <u>Summary of Service</u>. Unless otherwise stated, all work schedules of a relevant SOW shall be considered reasonably accurate estimates, subject to revision. For a SOW that includes fees based on time and materials expended by Anthology, the invoice shall set forth the name of the individuals providing services pursuant to the applicable SOW, as well as the number of hours billed for each individual. Anthology's standard work days are Monday through Friday. All Professional Services provided by Anthology during non-standard hours shall be governed by Anthology's Policy for Non-Standard Hours, which is posted at www.anthology.com/policy-docs/non-standard-business-hours. Anthology shall not charge Customer for Professional Services performed during non-standard hours, without the prior consent of Customer.

5.2    <u>Change Orders; Assumptions</u>. Either Party may initiate a change to the Statement of Work by proposing in writing details of such change. The other Party shall promptly respond to any proposed changes. Both Parties shall work together to identify any schedule or price adjustment resulting from the change. If the Parties are mutually agreeable to any changes to the SOW, then they shall enter into a mutual written change order executed by officers of both Parties ("Change Order"). Customer acknowledges that any additional changes to the assumptions in the SOW may affect time and/or costs.

5.3    <u>Fees</u>. The SOW shall specify whether Customer shall pay (i) hourly rates, as set forth in the non-binding estimate of labor costs for Professional Services performed on a time and materials basis, or (ii) fixed fees. The standard hourly rates for Professional Services are set forth in the SOW. However, any rate increases during the period of performance of a SOW shall not increase the rates applicable to the Professional Services set forth in such SOW.

5.4    <u>Invoice</u>. Anthology shall invoice Customer for Professional Services as set forth in the SOW. Unless otherwise stated in writing, Professional Services and Travel and Expenses shall be invoiced and Customer shall pay Anthology within thirty (30) days of the date of invoice.

5.5    <u>Cancellations; Termination</u>.

(a)    In the event of termination by Customer of a fixed fee SOW or a SOW based on a time and materials basis for any reason, other than for Anthology's uncured breach, Customer will pay to Anthology all fees incurred pursuant to the SOW through the date of termination, which shall be calculated as the total number of hours performed by Anthology under the SOW multiplied by the rate applicable in the SOW being terminated.

(b)    Termination or cancellation shall have no effect on Customer's obligation to pay the applicable Fees and out-of-pocket expenses actually incurred by Anthology for Professional Services that are rendered through the effective date of termination or cancellation.

5.6    <u>Progress Reports and Meetings</u>. Each Party shall appoint a representative to act as its designated representative and liaison for the Professional Services being performed by Anthology for Customer. Status review meetings or teleconferences may be held on a periodic basis, no less frequently than weekly, as reasonably agreed upon by Customer and Anthology, in order to review the status of Professional Services and to resolve any related issues. Each Statement of Work and Change Order may provide for specific progress reporting. Progress reports shall be provided weekly in a format reasonably agreed upon by Customer and Anthology.

6.    **FEES, PAYMENT AND TAXES**

6.1    <u>General</u>. The pricing for the Anthology SaaS and Professional Services provided herein is set forth in the applicable Exhibit. All prices are quoted in U.S. dollars and all payments made by Customer shall be in U.S. dollars.

6.2    <u>Billing and Payment Dates</u>. Anthology will bill Customer for the Anthology SaaS and Customer shall pay Anthology in full on or before the forty-sixth (46th) day following the date of the invoice. If Customer falls into arrears on payments, Anthology may require Customer to maintain a deposit as a condition to Anthology continuing to provide the Anthology SaaS.

6.3    <u>Price Increases for Anthology SaaS</u>. Anthology shall provide written notice of its intent to increase its rates for the same services contracted hereunder for the first Renewal Term to Customer at least twenty-four (24) months prior to the end of the Initial Term. Thereafter, with respect to any Renewal Term, Anthology may increase the SaaS Fees set forth in Schedule A by the increase in the U.S. Department of Labor Consumer Price Index for Urban Wage Earners and Clerical Workers, all Cities, over the previous year plus 2%. The foregoing cap on increase shall not apply to increases in respect of costs for third-party services retained by Anthology to deliver the Anthology SaaS, including, but not limited to, third-party licenses.

6.4    <u>Out-of-Pocket Costs</u>. Except as otherwise set forth in this Agreement, prices quoted for Professional Services do not include travel and out-of-pocket expenses. Customer shall reimburse Anthology for its reasonable expenses, including, without limitation, costs of travel (air and cab fare, lodging, auto rental or local mileage,

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

standard per diem, etc., based on M&I standard U.S. Government per diem rates, and subject to any other guidelines mutually agreed upon by both Parties) and reasonable out-of-pocket costs for photocopying, overnight courier, long-distance telephone and the like (collectively, "Travel and Expenses"). Anthology will maintain records of Travel and Expenses, and upon Customer's reasonable request, Anthology will provide copies of Travel and Expenses records. Anthology's Professional Services Travel Policy and Expenses Guidelines is posted on the Anthology web site at www.anthology.com/policy-docs/travel-policy, as may be amended from time to time.

6.5    Late Fees. Any amount invoiced pursuant to this Agreement and not paid in full as required herein shall bear interest at the lesser of 1.5% per month or the highest rate allowed by applicable law, and shall be subject to reasonable costs and attorney's fees related to collection. Upon written notice, Anthology reserves the right to suspend any or all services to delinquent accounts until such time as the account is brought current and Customer agrees to hold Anthology harmless for any interruption of Anthology SaaS arising from any payment delay.

6.6    Taxes. Customer will promptly pay, indemnify and hold Anthology harmless from all taxes on the Anthology SaaS, including transaction, local, value-added, sales and service taxes (including interest and penalties), other than taxes on the net income or profits of Anthology. Subject to any applicable laws, the foregoing will not apply to the extent Customer is formed as a not-for-profit or publicly funded state organization and promptly provides Anthology an applicable tax-exempt certificate. All prices quoted are net of taxes.

6.7    Disputed Invoice. Customer may withhold any invoiced line item amounts due hereunder if it, in good faith, disputes the item in a detailed writing within twenty (20) days of receipt of the invoice and promptly pays the undisputed amounts. Anthology reserves the right to cease work without prejudice if undisputed amounts are not paid within thirty (30) days after the date of the invoice. Anthology may allocate payments received to fees and expenses in its sole discretion and Customer's communications on or with payments shall not be construed as a novation.

6.8    Changes. Customer may request to expand the Anthology SaaS by delivering a written request and entering into a mutually executed Addendum. The initial number of Users is set forth in Exhibit A-1. Customer and Anthology may agree to increase the agreed upon number of Users or Record Count, subject to payment of then applicable rates. No adjustment in fees shall be made for any decrease in number of Users or Record Count.

6.9    Customer Right to Audit. Anthology agrees that Customer shall, once every twelve months and until the expiration of three years after final payment under this Agreement, or the final conclusion of any audit commenced during the said three years, have access to and the right to examine at reasonable times and upon one weeks' notice any directly pertinent books, documents, papers and records, including but not limited to, all electronic records, of Anthology specifically and directly related to financial transactions between the parties in connection with this Agreement.

6.10    Holdover. In the event the Parties are in process of negotiating a Renewal Term, the Agreement may continue for a period of three (3) months ("Holdover Period") at a fee based on the Annual Fee set forth in the applicable Exhibit.

## 7.    TEMPORARY SUSPENSION

7.1    Generally. Anthology may temporarily suspend Customer's right to access or use any portion of, or all of the Anthology SaaS immediately upon notice to Customer if:

(a)    Customer's use of the Anthology SaaS (i) creates, or is likely to create, an active security risk to the Anthology SaaS or any third party; (ii) may subject Anthology, its affiliates or any third party to liability; (iii) may be fraudulent; or (iv) violates Policies related to information technology or data security. Notwithstanding the foregoing, Anthology shall not suspend Customer's right to access or use any portion of, or all of the Anthology SaaS if the above scenarios can be cured by Customer promptly so as to not subject Anthology or its customers to additional risk;

(b)    Immediate suspension is required by law or pursuant to Anthology's receipt of a subpoena, administrative order or other request by a law enforcement agency;

(c)    Customer is in material breach of this Agreement, including Customer is delinquent on its payment obligations (except for payments disputed in accordance with Section 6.7 of this Agreement) for more than sixty (60) days; or

(d)    Customer fails to respond to a claim of alleged infringement after written notice from Anthology and adequate opportunity to cure.

7.2    Effect of Suspension. If Anthology suspends Customer's right to access or use any portion or all of the Anthology SaaS:

(a)    Customer is responsible for all Fees Customer has incurred through the date of suspension;

(b)    Customer remains responsible for any applicable Fees for Anthology SaaS to which Customer continues to have access, if applicable, as well as applicable data storage fees and charges, and fees and charges for in-process tasks completed after the date of suspension; and

(c)    Customer will not receive any service credits under the Service Level Agreement for any period of suspension.

Anthology will not erase any Customer Data as a result of Customer's suspension. Anthology's right to suspend Customer's access to Anthology SaaS is in addition to Anthology's right to terminate this Agreement pursuant to this Agreement.

## 8.    TERM AND TERMINATION

8.1    Term. The term of the Anthology SaaS and services (other than Professional Services) shall be as set forth in Schedule A.

8.2    Termination.

(a)    Customer. Customer may terminate:

(i)    this Agreement with cause in the event Anthology materially breaches its obligations under this Agreement and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from Customer;

(ii)    a Statement of Work, with cause in the event Anthology materially breaches its obligations under such Statement of Work and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from Customer;

(iii)    this Agreement early without cause upon sixty (60) days' written notice and payment of early termination fee as set forth in this Section 8, except to the extent such payment of early termination fees is prohibited

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

under the Constitution and the laws of the State of Texas as determined by a court of competent jurisdiction;

    (b)    <u>Anthology</u>. Anthology may terminate:

        (i)    this Agreement with cause, in the event Customer materially breaches its obligations under this Agreement and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from Anthology, or immediately upon notice to Customer, if any act or omission by Customer results in a suspension described in Section 7.1 above; or

        (ii)    a Statement of Work, with cause in the event Customer materially breaches its obligations under such Statement of Work and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice and opportunity to cure from Anthology.

        (iii) immediately upon notice to Customer if the Agreement no longer complies with Applicable Law. Subject to same, prior to termination, Parties shall make a commercially reasonable effort to amend or restate the Agreement in order to comply with Applicable Law.

    (c)    <u>Bankruptcy</u>.  Either Party may terminate this Agreement, without notice, if the other Party becomes insolvent, makes an assignment for the benefit of its creditors, a receiver is appointed or a petition in bankruptcy is filed with respect to the Party and is not dismissed within sixty (60) days. Furthermore, the Parties acknowledge and agree that this Agreement is for the license of intellectual property that is subject to Bankruptcy Code Section 365(n), and that Customer shall be entitled to all rights thereunder in the event of a bankruptcy event.

    (d)    <u>Termination Fee</u>:  If Customer terminates this Agreement without cause by providing written notice to Anthology in accordance with Section 8.2(a)(iii), or if Anthology terminates this Agreement for a breach by Customer in accordance with Section 8.2(b)(i), at any time during the Term, then Anthology shall retain all payments made by Customer and Customer shall promptly pay to Anthology all amounts it is obligated to pay under Schedule A for the remainder of the Term.

8.3    <u>Effect of Termination</u>.

    (a)    <u>Agreement</u>. Upon termination of this Agreement:

        (i)    Customer's right to use and possess the Anthology Proprietary Materials (and any Deliverables that have not been paid for in full) shall immediately cease, become void, lapse and be of no further force and effect.

        (ii)    Anthology will disable Customer's access to the Anthology SaaS and Customer shall promptly pay all amounts due.

        (iii)    Anthology will retain Customer Data in an SFTP server for a 60-day period following the expiration or termination of this Agreement so that Customer may extract Customer Data. Upon conclusion of such 60-day period, Anthology will disable Customer's access to the SFTP server and permanently erase the Customer Data. For purposes herein, "permanently erased" means the Customer Data has been completely overwritten and is unrecoverable. Anthology shall cooperate within commercial reason to

extract Customer Data at Customer's request for purposes of transition assistance. In the event that Customer requires additional transition assistance, such assistance shall be agreed upon by the Parties in a SOW or CO, which shall set forth the agreed upon costs of the assistance. Applicable rates shall not exceed Anthology's then standard rates for professional services.

    (b)    The termination of this Agreement shall serve to terminate all existing Addenda and Statements of Work, unless otherwise agreed to in writing by the Parties.

    (c)    Customer acknowledges and agrees that termination as provided in Section 8.2(a)(iii) of this Agreement or as a result of Customer's breach as provided in Section 8.2(b)(i) of this Agreement, shall result in its surrender of pre-payments and require Customer to promptly pay the charges as set forth in the applicable Exhibit.

    (d)    Unless otherwise provided, termination or expiration of a Statement of Work or Schedule shall not operate to terminate this Agreement or any other Statement of Work or Schedule.

9.    **PROTECTION OF PERSONAL INFORMATION; DATA SECURITY.**

    9.1    <u>Applicable Law</u>. Both Parties agree to uphold their responsibilities under applicable data privacy laws, including, but not limited to, in the U.S., FERPA, the Protection of Pupil Rights Amendment (PPRA), and COPPA, as applicable. In the operation of its business and use of the Anthology SaaS, Customer shall remain at all times in compliance with all applicable and material federal, state and local laws, U.S. Department of Education rules and regulations and any applicable laws or regulations regarding Customer's use of the Anthology SaaS including, but not limited to, laws and regulations applicable to email, SMS, chat, phone system integration (CTI) and social features.

    9.2    <u>Compliance with Texas Government Code Chapter 2054</u>. Pursuant to Section 2054.0593(d)-(f) of the Texas Government Code, relating to cloud computing state risk and authorization management program, Anthology represents and warrants that it complies with the requirements of the state risk and authorization management program and Anthology agrees that throughout the term of the contract it shall maintain its certifications and comply with the program requirements in the performance of this Agreement.

    9.3    <u>General Data Protection Regulation ("GDPR")</u>. Anthology and Customer agree to treat Personal Information as confidential, as described in the Data Processing Addendum ("DPA") available at https://agreements.blackboard.com/bbinc/anthology_data_processing _addendum_dec2021.aspx. The DPA applies whenever Personal Information is Processed (as defined in the DPA) under the Agreement. The security measures required under GDPR shall be applied to Customer Data as described in Schedule E Data Security Measures. Any capitalized terms used in this Section 9 that are not defined herein, shall have the meaning defined in the DPA or Schedule E Data Security Measures.

    9.4    <u>Security Standards</u>.  Anthology's Data Security Measures are set forth in Schedule E- "Data Security Measures" attached hereto and incorporated herein by reference. Consistent with the requirements of Schedule E, Anthology will implement commercially reasonable technical and organizational measures to ensure an appropriate level of security to protect Customer Data, including Personal Information. In accordance with its normal operating procedures, on at least an annual basis, Anthology's products shall be audited by a third party to check the controls to ensure Customer Data

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

is secure. Upon request, Anthology shall promptly provide a copy of its most recent operational audits which have been conducted by independent bodies, such as, but not limited to, ISO27001/SSAE-16/SOC1/SOC2/SCO3 reports. Notwithstanding the foregoing, for the products that Anthology does not obtain audits by third parties as part of its normal operating procedures, upon request, Anthology will provide a description of the controls for the product, such as responses to the Higher Education Community Vendor Assessment Toolkit ("HECVAT"). To the extent any audit relating to the SaaS or its operational and security controls, (i) concludes that any control objective that affect the assets used in performing the obligations under this Agreement has not been met, (ii) identifies one or more material deficiencies in such operating and security controls affecting the assets and infrastructure used in performing or supporting the Service, (iii) determines that such operating and security controls otherwise fail to comply in any material respect with applicable standards designed to minimize operational risk (including, for purposes of clarity, the trust services criteria of security and availability established by American Institute of Certified Public Accountants ("AICPA")), or (iv) is qualified, and, in each such case, such conclusion, determination or qualification relates to controls applicable to this Agreement, Anthology shall implement reasonable measures to eliminate such failures or deficiencies within a timeframe that is commercially practicable for Anthology.

9.5     Security Incidents.

(a)     As further described in Schedule E, Data Security Measures, Anthology shall maintain a comprehensive vulnerability management system and program for all Anthology systems and facilities associated or used in connection with Customer Data and shall systematically scan all applicable Anthology systems for insecure configurations, missing patches and application vulnerabilities. Anthology shall also monitor for system intrusions and Security Incidents. Anthology shall notify Customer of a Security Incident as set forth in Schedule E.

(b)     Following any Confirmed Security Incident, Anthology shall consult in good faith with Customer regarding the procedures set forth in Schedule E, Anthology shall reasonably cooperate with any efforts undertaken by Customer to address and remediate the Confirmed Security Incident.

10.     CONFIDENTIAL INFORMATION

10.1     Confidential Information. Neither Party nor any third party acting on its behalf will for any reason at any time use or disclose any proprietary information of the other Party, including, without limitation, relating to the processes, techniques, work practices, customers, prospective customers, suppliers, vendors, business practices, strategies, business plans, financial information, marketing, third party licenses, products, proprietary rights or trade secrets of the other Party (collectively the "Confidential Information"). In addition, the Parties acknowledge and agree that (i) the Anthology Proprietary Materials and information provided in the course of performing maintenance and support services shall be deemed Anthology's Confidential Information, and, and (ii) the proprietary data, including, but not limited to, student records, financial data, and personnel records, shall be deemed Customer's Confidential Information. Each Party shall use at least the same degree of care in safeguarding the other Party's Confidential Information as it uses in safeguarding its own Confidential Information, but not less than due diligence and care, to prevent the theft, disclosure, copying, reproduction, distribution and preparation of derivative works of the other Party's Confidential Information. Either Party may disclose Confidential Information to its subsidiaries, and its subsidiaries' employees, independent contractors, licensors, licensors of Ancillary Programs, and advisors that have a need to know in the course of their assigned duties and responsibilities in connection with this Agreement, provided such Parties are bound by legally binding obligations to protect such Confidential Information in a manner consistent with this

Agreement. The Parties acknowledge that Anthology may be required to use or apply Customer's Confidential Information as reasonably required in order to perform under this Agreement, and Anthology may retain and use residual knowledge (i.e., information retained in the unaided memory of personnel) provided Anthology does not use or disclose any of Customer's Confidential Information. Each Party shall promptly return or destroy any of the other Party's Confidential Information upon termination of this Agreement; provided, Customer Data shall be returned by Anthology as specified in Section 8.3(a)(iii).

10.2     Exceptions. Confidential Information does not include (i) information already known or independently developed by the Party receiving Confidential Information (the "Receiving Party") without use or reliance on the Confidential Information of the Party disclosing Confidential Information (the "Disclosing Party"), as evidenced by records, (ii) information in the public domain through no wrongful act of the recipient, or (iii) information received from a third party who was not under a duty of non-disclosure.

10.3     Disclosure Required by Law. If the Receiving Party is required by a lawful order from any court or agency of competent jurisdiction to disclose Confidential Information of the Disclosing Party, the Receiving Party shall promptly notify the Disclosing Party of such order so that the Disclosing Party may take reasonable steps to limit further disclosure, including obtaining a protective order or other reasonable assurance that confidential treatment will be accorded to the Confidential Information. If, in the absence of a protective order, the Receiving Party is compelled as a matter of law to disclose Confidential Information, the Receiving Party will use reasonable efforts to disclose only the Confidential Information that is required by law to be disclosed.

With respect to publicly funded state institutions, Anthology acknowledges that certain information and documents may be subject to public records laws, and Customer shall notify Anthology of applicable requests pursuant to applicable state law.

10.4     Remedies. Confidential Information shall remain the sole property of the Disclosing Party or its respective licensor. In the event of a breach or threatened breach of this provision, the Disclosing Party shall be entitled to obtain preliminary injunctive relief, without posting bond, to prevent the use and disclosure of such Confidential Information, in addition to all other remedies available at law and in equity.

10.5     Term. The obligations in this Section 10 apply (i) for Customer Data, until deleted from the Anthology SaaS, and (ii) for all other Confidential Information, for a period of five years after the Confidential Information is received, or the loss of trade secret status, whichever is later.

11.     INTELLECTUAL PROPERTY

11.1     Anthology Proprietary Materials. Anthology, its affiliates and licensors own and reserve all right, title and interest in and to the Anthology Proprietary Materials and Anthology SaaS, including all improvements, enhancements, modifications and derivatives works thereof, and Customer will have no rights or interest therein, except for the limited license and use rights as expressly provided herein. Anthology shall have a royalty-free, worldwide, perpetual license to use or incorporate into the Anthology SaaS and Documentation any suggestions, ideas, enhancement requests, feedback, recommendations or other information provided by Customer or its Users relating to the operation of the Anthology SaaS or Documentation. Without limitation of the foregoing, the Parties recognize that circumstances may arise in which Anthology may develop, specifically on behalf of or in conjunction with Customer, certain new systems, software and communications capabilities, the ownership of which shall hereby be deemed to remain exclusively with Anthology, except as otherwise may be expressly agreed upon by the Parties in advance and in writing. Nothing herein shall be construed to

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

convey any title or ownership interest in the Anthology Proprietary Materials, and Customer acknowledges and agrees that Anthology retains all right, title and interest thereto. Upon the termination or expiration of this Agreement for any reason, Customer will, at Anthology's election, return such Anthology Proprietary Materials in Customer's control or possession to Anthology, or certify to Anthology that such Anthology Proprietary Materials have been destroyed.

11.2    Restrictions. Customer shall not (and shall not permit any User, employee, contractor or other party) to: (i) copy, modify, create a derivative work of, reverse engineer, decompile, translate, disassemble or otherwise attempt to extract the source code of the Anthology SaaS, Anthology Software or any component thereof; or (ii) resell, sublicense or operate as a service bureau with respect to, the Anthology SaaS, Anthology Software or any component thereof; or (iii) access the Anthology SaaS in order to build a competitive product or service or to build a product or service using similar ideas, features, functions or graphics as the Anthology SaaS. Other than for purposes of developing training materials for Users or authorized employees of Customer, Customer agrees and understands that videotaping, posting, streaming, distributing or using in any way the elements of the Anthology Proprietary Materials and or any Anthology SaaS without express prior written approval from Anthology is strictly forbidden.

11.3    Customer Data. Customer or Customer's licensor owns all right, title and interest in and to Customer Data. Except as provided in this Agreement, Anthology obtains no rights under this Agreement to Customer Data.

11.4    Trademarks and Copyrights. Third parties retain trademark, copyright and other proprietary rights in and to third party's Content or software. Anthology retains all right, title and interest to Anthology copyrights, and Marks.

11.5    Deliverables. Unless otherwise agreed in a Statement of Work, the Parties agree that Anthology shall exclusively own all right, title and interest in and to all Deliverables. To the extent Anthology develops any Deliverables or work product for Customer pursuant to this Agreement or any SOW which is approved and paid for by Customer ("IP Deliverable"), Anthology hereby grants to TCC a royalty-free, worldwide, non-transferrable license to use such IP Deliverables solely in association with the Anthology SaaS licensed in the SOW in which such IP Deliverable was developed. For avoidance of doubt, IP Deliverables shall not include any Anthology SaaS or Anthology Software.

12.    WARRANTIES

12.1    Anthology's Limited Warranties. Anthology represents, warrants and covenants that:

(a)    Anthology has the authority to enter into this Agreement and to grant the rights and licenses set forth herein.

(b)    Neither it entering into nor its performance of this Agreement conflicts with or creates a breach of contract or obligation to which it is bound.

(c)    (i) Anthology shall perform all Professional Services in a professional and workmanlike manner, and (ii) the Professional Services and Deliverables shall substantially conform in all material respects to the descriptions in the Statement of Work, as applicable.

(d)    Except with respect to Anthology's and its affiliates' obligations to indemnify against third party damages for intellectual property infringement claims as provided in this Agreement, Anthology's obligation and Customer's exclusive remedies for Anthology's or its affiliates' uncured material breach of this Agreement shall be, if Customer notifies Anthology within 90 days of the date of performance, (i) to obtain the repair, replacement or correction of the Professional Service or Deliverable to the extent warranted under Section 12.1(c) above or, (ii) if Anthology reasonably determines that such remedy is not economically or technically feasible with respect to the Deliverable, to terminate this Agreement and obtain a refund of amounts paid for the unused portion of the Deliverable.

(e)    Anthology shall have no obligation under this Section 12.1 for issues arising from Customer's failure to comply with Anthology's reasonable policies regarding support and services, or Customer's use of consultants or service providers who are not certified or expressly authorized by Anthology in advance.

12.2    Customer's Limited Warranties. Customer represents, warrants and covenants that:

(a)    Customer has authority to enter into and perform in accordance with the provisions of this Agreement.

(b)    Neither it entering into nor its performance of this Agreement conflicts with or creates a breach of contract or obligation to which it is bound.

(c)    It shall have in place policies so that no Customer Data is illegal, defamatory, malicious, harmful or discriminatory based on race, sex, religion, nationality, disability, sexual orientation, or age.

(d)    Customer will not attempt to circumvent or disable any of the security-related, management or administrative features of the Anthology SaaS.

13.    DISCLAIMER OF WARRANTIES. EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, ANTHOLOGY AND ITS AFFILIATES AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT AND ANY WARRANTIES ARISING FROM A COURSE OF DEALING, USAGE OR TRADE PRACTICE. ANTHOLOGY DOES NOT GUARANTEE THAT THE ANTHOLOGY SAAS, ANCILLARY PROGRAMS OR THIRD PATY PRODUCTS, WILL BE UNINTERRUPTED, ERROR FREE OR FREE OF HARMFUL COMPONENTS. NEITHER ANTHOLOGY NOR ITS AFFILIATES OR LICENSORS HAVE ANY DUTY TO REVIEW, EDIT, SCREEN, PUBLISH OR REMOVE ANY CUSTOMER DATA EXCEPT AS STRICTLY REQUIRED BY APPLICABLE LAW. CUSTOMER ACKNOWLEDGES THAT ANTHOLOGY DOES NOT CONTROL OR MONITOR THE TRANSFER OF DATA OVER THE INTERNET, AND THAT INTERNET ACCESSIBILITY CARRIES WITH IT THE RISK THAT CUSTOMER'S PRIVACY, CONFIDENTIAL INFORMATION AND PROPERTY MAY BE LOST OR COMPROMISED.

14.    LIMITATION OF LIABILITY; LIMITATION PERIOD.

14.1    Limitation of Liability.

(a)    EXCEPT FOR THE VIOLATION OF THE OTHER PARTY'S INTELLECTUAL PROPERTY RIGHTS, IN NO EVENT SHALL EITHER PARTY, ITS LICENSORS OR ITS AFFILIATES BE LIABLE, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING LOST SAVINGS, LOST PROFIT, LOSS OF DATA, OR BUSINESS INTERRUPTION) EVEN IF NOTIFIED IN ADVANCE OF SUCH POSSIBILITY, ARISING OUT OF OR PERTAINING TO THE SUBJECT MATTER OF THIS AGREEMENT HOWEVER CAUSED OR ON ANY THEORY OF LIABILITY.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

(b)      EXCEPT WITH RESPECT TO A WILLFUL BREACH, OR VIOLATION OF THE OTHER PARTY'S INTELLECTUAL PROPERTY RIGHTS, THE FOLLOWING SHALL APPLY:

(i)      FOR ANTHOLOGY SAAS.    IN NO EVENT SHALL EITHER PARTY'S CUMULATIVE LIABILITY FOR ALL CLAIMS ARISING FROM OR RELATING TO THIS AGREEMENT, REGARDLESS OF THE NATURE OF THE CLAIM, EXCEED THREE TIMES (3X) THE TOTAL AMOUNT PAID FOR THE ANTHOLOGY SAAS, AS SET FORTH IN SCHEDULE A, DURING THE TWELVE (12)-MONTH PERIOD IMMEDIATELY PRIOR TO THE FIRST CLAIM ASSERTED HEREUNDER (OR ANNUALIZED FOR A PERIOD OF TWELVE MONTHS IF SERVICES HAVE NOT YET BEEN PROVIDED FOR TWELVE MONTHS).

(ii)      FOR PROFESSIONAL SERVICES.

IN NO EVENT SHALL EITHER PARTY'S CUMULATIVE LIABILITY FOR ALL CLAIMS ARISING FROM OR RELATING TO THIS AGREEMENT, REGARDLESS OF THE NATURE OF THE CLAIM, EXCEED THE TOTAL AMOUNT PAID FOR THE PROFESSIONAL SERVICES PURSUANT TO THE APPLICABLE SOW DURING THE TWELVE (12)-MONTH PERIOD IMMEDIATELY PRIOR TO THE FIRST CLAIM ASSERTED HEREUNDER (OR ANNUALIZED FOR A PERIOD OF TWELVE MONTHS IF PROFESSIONAL SERVICES HAVE NOT YET BEEN PROVIDED FOR TWELVE MONTHS).

(iii)      FOR SERVICES OTHER THAN ANTHOLOGY SAAS AND PROFESSIONAL SERVICES. IN NO EVENT SHALL EITHER PARTY'S CUMULATIVE LIABILITY FOR ALL CLAIMS ARISING FROM OR RELATING TO THIS AGREEMENT, REGARDLESS OF THE NATURE OF THE CLAIM, EXCEED THE TOTAL AMOUNT PAID FOR THE SERVICES DURING THE TWELVE (12)-MONTH PERIOD IMMEDIATELY PRIOR TO THE FIRST CLAIM ASSERTED HEREUNDER (OR ANNUALIZED FOR A PERIOD OF TWELVE MONTHS IF SERVICES HAVE NOT YET BEEN PROVIDED FOR TWELVE MONTHS). OF THE TOTAL AMOUNT PAID FOR PROFESSIONAL SERVICES DURING THE TWELVE-MONTH PERIOD IMMEDIATELY PRECEDING THE DATE ANY SUCH CAUSE OF ACTION AROSE.

(c)      NOTWITHSTANDING THE FOREGOING, THE LIMITATIONS SET FORTH IN SECTION 14.1(B) SHALL NOT APPLY TO THE FOLLOWING: (i) ANTHOLOGY'S GROSS NEGLIGENCE, OR WILFUL MISCONDUCT; (ii) PERSONAL INJURY OR DAMAGE TO PROPERTY CAUSED BY ANTHOLOGY; (iii) A SECURITY INCIDENT, AS DEFINED IN SCHEDULE E, RESULTING FROM ANTHOLOGY'S NEGLIGENCE; (iv) COMPLETE AND TOTAL ABANDONMNET BY ANTHOLOGY OF ITS OBLIGATIONS UNDER THIS AGREEMENT; (v) ANY FINES OR PENALTIES FROM A GOVERNMENTAL BODY ARISING FROM A PARTY'S ACTS OR OMISSIONS IN PERFORMING IN ACCORDANCE WITH THIS AGREEMENT; OR (vi) THIRD PARTY CLAIMS OF INFRINGEMENT THAT ARE INDEMNIFIABLE UNDER SECTION 15.2. WITH RESPECT TO (i) PERSONAL INJURY OR DAMAGE TO PROPERTY CAUSED BY ANTHOLOGY; (ii) A SECURITY INCIDENT, AS DEFINED IN SCHEDULE E, RESULTING FROM ANTHOLOGY'S NEGLIGENCE; (iii) COMPLETE AND TOTAL ABANDONMNET BY ANTHOLOGY OF ITS OBLIGATIONS UNDER THIS AGREEMENT; AND (iv) ANY FINES OR PENALTIES FROM A GOVERNMENTAL BODY ARISING FROM A PARTY'S ACTS OR OMISSIONS IN PERFORMING IN ACCORDANCE WITH THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTY'S CUMULATIVE LIABILITY ARISING FROM OR RELATING TO THIS AGREEMENT, REGARDLESS OF THE NATURE OF THE CLAIM,

EXCEED FIVE TIMES (5X) THE TOTAL AMOUNT PAID FOR THE ANTHOLOGY SAAS, AS SET FORTH IN SCHEDULE A, DURING THE TWELVE (12)-MONTH PERIOD IMMEDIATELY PRIOR TO THE FIRST CLAIM ASSERTED HEREUNDER (OR ANNUALIZED FOR A PERIOD OF TWELVE MONTHS IF SERVICES HAVE NOT YET BEEN PROVIDED FOR TWELVE MONTHS).

(d)      THE FOREGOING LIMITATIONS OF LIABILITY SHALL NOT BE CONSTRUED: (i) TO LIMIT CUSTOMER'S OBLIGATION TO PAY ANY FEES AND EXPENSES INCURRED PURSUANT TO THIS AGREEMENT, ANY ADDENDUM OR SOW; OR (ii) AS AN EXPRESS OR IMPLIED WAIVER BY A PUBLICLY FUNDED STATE INSTITUTION OF ITS GOVERNMENTAL IMMUNITY OR AS AN EXPRESS OR IMPLIED ACCEPTANCE BY THE INSTITUTION OF LIABILITIES ARISING AS A RESULT OF ACTIONS WHICH LIE IN TORT OR COULD LIE IN TORT IN EXCESS OF THE LIABILITIES ALLOWED UNDER APPLICABLE STATE LAW.

14.2      Limitation Period.   No action, whether based in contract, strict liability, or tort, including any action based on negligence, arising out of the performance of any services (including Anthology SaaS) under this Agreement, may be brought by either Party more than two (2) years after such cause of action accrued.

15.      INDEMNIFICATION

15.1      Customer.    To the extent permitted by the Constitution and laws of the State of Texas, Customer shall indemnify, defend and hold harmless Anthology and its affiliates and licensors, and each of its respective officers, directors, employees, agents, independent contractors, successors and assigns from and against liability for any third party claims based on (i) Customer's use of the Anthology SaaS in violation of applicable law, this Agreement or any Documentation; or Customer's unauthorized access to or disruption of any service, data, account or network in connection with the use of the Anthology SaaS; (ii) any Customer Data; (iii) the alleged infringement or misappropriation of third party rights by Customer Data; (iv) if applicable to Customer, breach of the Microsoft Agreement; or (v) bodily injury, death and tangible property damage resulting from the grossly negligent or willful acts or omissions of its officers, agents, employees or representatives acting within the scope of their work.

15.2      Anthology.  Anthology shall indemnify, defend and hold harmless Customer and its affiliates, and each of its respective officers, directors, employees, agents, independent contractors, successors and assigns from and against liability for any third party claims to the extent arising out of, related to or resulting from: (i) Anthology's material breach of this Agreement, including its representations, warranties, and obligations; (ii) any allegation that Customer's use of the Anthology SaaS infringes or misappropriates any U.S. patent, copyright, or trademark of such third party; or (iii) any actual or alleged personal or bodily injury, death and tangible property damage resulting from the grossly negligent or willful acts or omissions of its officers, agents, employees or representatives acting within the scope of their work. The foregoing indemnity shall not apply to any claim that arises from or is based on: (i) Customer's use of Anthology SaaS in a modified, unauthorized or unintended form, or any customizations made by Customer; (ii) Customer's violation of this Agreement; (iii) Customer's use of other than the most current, unaltered patch, update or upgrade to the Anthology SaaS or Anthology Software available from Anthology, if such claim would have been avoided by Customer's use of such patch, update or upgrade; or (iv) any Customer Data or non-Anthology software.

15.3      Process.  The indemnified party shall promptly notify the indemnifying party of any claim, but the indemnified party's failure to promptly notify the indemnifying party will only affect the indemnifying party's obligations to the extent that the indemnified party's failure prejudices the indemnifying party's ability to defend the claim. The indemnifying party may: (i) use counsel of its choice; (ii) settle the

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

claim as the indemnifying party deems appropriate; and (iii) assume control of the defense and settlement of the claim; provided, any settlement of a claim will not include a financial or specific performance obligation on, or admission of liability by the party against whom the claim is brought. The indemnified party shall provide the indemnifying party with necessary assistance in the defense (at indemnifying party's expense).

Publicly funded state institutions shall be liable for damages incurred by Anthology, but shall not be required to also indemnify Anthology to the extent applicable state laws expressly prohibit the institution from indemnifying Anthology.

15.4    Remedies for Intellectual Property Infringement. If use of the Anthology SaaS or Anthology Software is enjoined or if Anthology reasonably believes that use of the Anthology SaaS or Anthology Software may be enjoined, Anthology may, at its option, (i) obtain the right for Customer to continue using the Anthology SaaS or Anthology Software; or (ii) replace or modify the Anthology SaaS or Anthology Software so it is no longer infringing, or if Anthology determines that neither (i) nor (ii) can reasonably be accomplished, (iii) terminate the Anthology SaaS and refund any amounts that were prepaid. The foregoing shall constitute Customer's sole and exclusive remedy for all claims relating to infringement.

## 16.    JOINT STEERING COMMITTEE; DISPUTES; CHOICE OF LAW

16.1    Joint Steering Committee. Promptly after the Effective Date, the Parties will establish a Joint Steering Committee ("Joint Committee"). The Joint Committee will include Customer's Chief Operations Officer and a Vice President level officer from Anthology. The Joint Committee will also include two additional representatives identified by Customer and two additional representatives identified by Anthology. Each Party may designate and replace its unnamed representatives on the Joint Committee at any time, by written or email notice to the other Party. During the implementation process set forth in the applicable SOW, the Joint Committee will (1) meet regularly as needed and at a cadence to be mutually agreed upon by the Parties; and (2) be responsible for establishing and periodically revising timelines and roadmaps for implementation of the Anthology SaaS, that considers the requirements the Parties' respective product development plans and Customer needs.

16.2    Informal Dispute Resolution. The Parties agree that prior to commencing the formal dispute resolution process pursuant to Section 16.3 below, they shall make a good faith attempt to resolve any dispute arising under this Agreement during the Term ("Dispute"). The parties agree that the Joint Committee shall first attempt to resolve any Dispute. The Joint Committee will attempt to reach all decisions on matters under the Joint Committee's authority by unanimous agreement of the Joint Committee's members. For the avoidance of doubt the Joint Committee has no authority to alter the terms and conditions of this Agreement and any such change must be in the form of an amendment to this Agreement signed by both Parties.

If the Joint Committee cannot unanimously resolve the Dispute within ten (10) business days after a Joint Committee member has first brought the Dispute to the Joint Committee for a decision, then the Dispute must be submitted by the Joint Committee for informal resolution to a vice president level executive officer or above for each Party with power to bind his/her respective Party recognizing that some resolutions may require approval at a higher level within their respective organizations, up to and including approval from Customer's Board of Trustees. The executive officers shall meet within ten (10) days at a mutually agreeable location. If such executive officers of both Parties are unable to resolve the dispute within fourteen (14) days of the referral to them, either Party shall be free to commence a formal dispute resolution process, including initiating a claim in court. The timeline for performance of each Party's obligations hereunder shall be tolled

proportionately until, in accordance with the foregoing, the Dispute is resolved or the Parties stop meeting without having resolved such Dispute; provided, that, the foregoing process shall not require a Party to delay obtaining any injunctive relief or equitable remedies based on a claim arising from the other Party's breach of intellectual property, confidentiality or non-solicitation obligations. All offers, promises, conduct and statements, whether oral or written, made in the course of the negotiation by any of the Parties, their agents, employees, experts and attorneys are confidential, privileged and inadmissible for any purpose, including impeachment, in arbitration or other proceeding involving the Parties, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the negotiation.

16.3    Formal Dispute Resolution; Venue. Each Party hereby agrees that any controversy or claim, whether based in contract, tort, or other legal theory, arising out of or related to this Agreement, shall be maintained exclusively in the jurisdiction and venue of the United States federal courts sitting in the Northern District of Texas ("Court Action"). The Parties agree that they will file any Court Action under seal and will mutually file all necessary motions with the court for an entry of an order to maintain the Court Action and all related filings and testimony under seal. Further, except as prohibited by applicable law, the Parties agree that the details and related filings and testimony of any Court Action shall be kept confidential and may not be disclosed to any third parties except a Party's employees, lawyers, accountants, parent companies, affiliates, or other advisors who have a need to know about the Court Action. To the extent that the dispute resolution process provided for in Chapter 2260 and the related rules adopted by the Texas Attorney General pursuant to Chapter 2260 are required by applicable law to apply to this Agreement, the process and rules of Chapter 2260 and the related rules adopted by the Texas Attorney General pursuant to Chapter 2260, will be used by the Parties to attempt to resolve any claim for breach made by Anthology. The Parties specifically agree that (a) neither the execution of this Agreement by Customer nor any other conduct, action or inaction by any representative of Customer relating to this Agreement constitutes or is intended to constitute a waiver of sovereign immunity to suit; and (b) Customer has not waived its right to see redress in Texas courts.

EACH PARTY HEREBY UNCONDITIONALLY WAIVES ANY RIGHT TO A JURY TRIAL WITH RESPECT TO AND IN ANY ACTION, PROCEEDING, CLAIM, COUNTERCLAIM, DEMAND, DISPUTE OR OTHER MATTER WHATSOEVER ARISING OUT OF THIS AGREEMENT. CUSTOMER FURTHER AGREES THAT ALL CLAIMS, WHETHER IN COURT, ARBITRATION, OR OTHERWISE, MUST BE BROUGHT SOLELY IN CUSTOMER'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR COLLECTIVE PROCEEDING.

16.4    Governing Law. This Agreement shall be governed by and construed in accordance with the substantive laws of the State of Texas, without regard to conflict of laws principles. The Parties expressly opt out of the application of the UN Convention on the International Sale of Goods.

## 17.    ASSIGNMENT. Anthology hereby agrees it shall not withhold consent to Customer's assignment of this Agreement, in its entirety, in connection with the sale or acquisition of Customer of all or substantially all of its business assets or voting control, provided Customer and the assignee have fulfilled the following conditions prior to the transfer: (i) Customer shall provide written notice to Anthology of the proposed assignment at least thirty (30) days prior to the date of such transaction; (ii) the assignee shall assume all liabilities under this Agreement and be bound to this Agreement; and (iii) Customer and assignee (if assignee is an Anthology assignee) shall not be in material breach of any agreement with Anthology at the time of the transaction.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**18.     NOTICES.** Notices required pursuant to the provisions of the Agreement shall be conclusively determined to have been delivered when (1) hand-delivered to the other party, its agents, employees, servants or representatives, or (2) received by the other party by United States Mail, registered, return receipt requested, addressed as follows, and (3) a copy emailed:

To Customer:

Tarrant County College District
Attn: Chancellor's Office
300 Trinity Campus Circle
Fort Worth, Texas 76102-1964

**Chancellors.Office@tccd.edu**

With copies to the Chief Operating Officer, Chief Technology Officer and Associate General Counsel at the same address.

To Anthology:

Anthology Inc.
Attn: General Counsel, 11720 Plaza America Dr., 11th Floor, Reston, Virginia 20190 or to such other address as shall be given in accordance with this section with a copy to GeneralCounsel@blackboard.com

**19.     FORCE MAJEURE.** If by reason of Force Majeure, either Party hereto shall be rendered unable, wholly or in part, to carry out obligations under this Agreement, then such Party shall give notice, with the full particulars of such Force Majeure, in writing, to the other Party within a reasonable time after occurrence of the event or cause relied upon and the obligation of the Party giving such notice, so far as it is affected by such Force Majeure, shall be suspended during the continuance of the inability then claimed, except as hereinafter provided, but not for a longer period, and such Party shall endeavor to remove or overcome such inability with all reasonable dispatch. The term "Force Majeure" as employed herein, shall mean acts of God, strikes, lockouts, or other industrial disturbances, act of public enemy, orders of any kind of government of the United States or the State of Texas or any civil or military authority, insurrections, riots, epidemics, pandemics, or other global or local health emergencies, Center for Disease Control advisories or inability to obtain any export or import license or other authorization of any government authority, landslides, lightening, earthquakes, fires, hurricanes, storms, floods, washouts, droughts, arrests, restraints of government or people, civil disturbances, explosions, breakage or accidents to machinery, pipeline, canals or other causes not reasonably within control of the other Party claiming such inability. It is understood and agreed that the settlement of strikes and lockouts shall be entirely within the discretion of the Party having the difficulty and that the above requirement that any Force Majeure shall be remedied with all reasonable dispatch shall not require the settlement of strikes and lockouts by acceding to the demands of the opposing party or parties when such settlement is unfavorable in the judgment of the party having the difficulty. In the event of a Force Majeure event creates Downtime, as defined in Exhibit A-4, for all Anthology SaaS provided pursuant to this Agreement for more than 60 consecutive days, or in the event Anthology's data center services are unavailable for all of Anthology SaaS provided pursuant to this Agreement for more than 60 consecutive days, Customer may terminate this Agreement without penalty. A Force Majeure event as described herein does not excuse Anthology's obligations under Section 20 Business Continuity/Disaster Recovery.

**20.     BUSINESS     CONTINUITY/DISASTER     RECOVERY.** Anthology represents and warrants that it has implemented and maintains reasonable procedures and systems (including reasonable disaster recovery and business continuity plans and procedures consistent with legal, regulatory and business needs applicable to Anthology's duties under this Agreement) to safeguard Customer's records and data and Anthology's records, data centers, equipment facilities and other property that it uses in the performance of its obligations hereunder from loss or damage attributable to fire, theft, or any other cause, and Anthology will make such changes to the procedures and systems from time to time as are reasonably required for the secure performance of its obligations hereunder. In the event of a Force Majeure event as described in Section 19, or any disaster that causes a business interruption, Anthology shall act in good faith and follow applicable procedures in its disaster recovery and business continuity plan and use all commercially reasonable efforts to minimize service interruptions.

**21.     INSURANCE.** Each Party shall maintain adequate insurance protection covering its respective activities hereunder, including coverage for statutory worker's compensation, comprehensive general liability for bodily injury and tangible property damage, as well as adequate coverage for vehicles. Anthology's levels of insurance as of the Effective Date are set forth in the Certificate of Insurance attached hereto as Exhibit C. Anthology agrees to maintain at a minimum the levels of coverage set forth in Exhibit C during the Term of the Agreement, except that Anthology may reduce the amount of its umbrella coverage to no less than $10,000,000.

**22.     INDEPENDENT CONTRACTOR STATUS; EMPLOYMENT PRACTICES.** Each Party and its personnel are independent contractors in relation to the other Party with respect to all matters arising under this Agreement. Nothing herein shall be deemed to establish a partnership, joint venture, association or employment relationship between the Parties. Each Party shall remain responsible, and shall indemnify and hold harmless the other Party, for the withholding and payment of all federal, state and local personal income, wage, earnings, occupation, social security, worker's compensation, unemployment, sickness and disability insurance taxes, payroll levies or employee benefit requirements (under ERISA, state law or otherwise) now existing or hereafter enacted and attributable to themselves and their respective personnel. Each Party shall comply with all applicable federal and state laws, rules and regulations, in effect or hereafter established, applicable to discrimination and unfair employment practices. Publicly funded state institutions shall be liable for damages incurred by Anthology, but shall not be required to also indemnify Anthology, to the extent applicable state laws expressly prohibit the institution from indemnifying Anthology.

**23.     NON-SOLICITATION.** For any services rendered under this Agreement and for a period of one (1) year thereafter, neither Party shall, directly or indirectly, hire or solicit, nor permit its affiliate or contractor to hire or solicit, the services of anyone who is an employee or contractor of the other Party or its affiliates or was an employee or contractor of the other Party or its affiliates in the six (6) months prior to any solicitation or hiring, without the prior written consent of that Party. In the event of a violation of this provision, the non-breaching Party may seek preliminary and permanent injunctive relief, without posting bond. Upon the non-breaching Party's sole discretion, that Party may choose to require the breaching Party to pay liquidated damages equal to 100% of the hired or solicited person's annual compensation. Upon the non-breaching Party's receipt of such payment, any related injunction shall be dissolved and the Parties shall have no further obligations under this Section 23 for such breach. The foregoing shall not prohibit solicitation

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

and hiring through general advertising provided such advertising is not targeted to the other Party's personnel.

## 24.    PERSONNEL.

24.1    <u>Personnel</u>.  Anthology, to the extent within its control, will dedicate consistent and stable personnel necessary to perform its responsibilities hereunder.  Anthology reserves the right to determine the personnel assigned to the Anthology SaaS and Professional Services.  Anthology reserves the right to replace, rotate or reassign such personnel during the applicable Term subject to advance written notice to Customer.  Subject to same, Anthology shall make best efforts to minimize change in personnel during the term of the Agreement.

24.2    <u>Screening</u>.  Anthology, as part of its standard hiring practices, conducts background checks on prospective Anthology employees, which includes a search of criminal records (7 years at the federal, state, and county level), the sex offender registry, and the prospective employee's education records, and verification of the prospective employee's citizenship status in accordance with E-Verify.

24.3    <u>Replacement of Anthology Personnel</u>.  Any Anthology personnel assigned by Anthology to a Customer project may be temporarily replaced by Anthology if such individual does not report to work due to illness, accident or other events outside of Anthology's control.  Customer acknowledges and agrees that there may be a reasonable amount of attrition outside of Anthology's control.  Upon good cause and written notice to Anthology, Customer may request Anthology to replace any Anthology personnel who is assigned by Anthology to a Customer project to perform Professional Services and Anthology will consider the request and promptly remedy the matter or replace such person (except in the case where the person has violated a material provision of Customer's promulgated security or workplace policies then Anthology shall promptly replace such person).  If one of Anthology's personnel performing Professional Services is removed from a project then Anthology will use commercially reasonable efforts to provide substitute personnel of appropriate qualifications subject to availability of such personnel.

24.4    <u>On-Site Performance</u>.  Anthology shall require its personnel providing services at a Customer location to comply with Customer conduct and safety policies applicable to Customer's own personnel; provided, Customer provides Anthology with such applicable conduct and safety policies in writing prior to becoming applicable to Anthology's personnel traveling to Customer's site.

## 25.    AUDIT; COOPERATION.

Anthology reserves the right to verify compliance with this Agreement including, without limitation, compliance with the scope set forth herein.  In the event of an audit, Customer shall provide access, information or other materials reasonably requested by Anthology.  Anthology monitors the usage and overall performance and stability of the Anthology SaaS.  Customer shall not block or interfere with this monitoring.  Customer acknowledges the Anthology Software contains code and enabling keys to ensure conformance to the licensing restrictions as set forth in this Agreement.

## 26.    EXPORT LAWS; U.S. GOVERNMENT LICENSING.

Customer shall comply with all export and import laws and regulations of the United States and such other governments as are applicable. Customer hereby certifies that it will not directly or indirectly, export, re-export, or transship software or related information, or media in violation of United States laws and regulations.  With respect to the procurement of any Anthology SaaS or Anthology Software (or any Ancillary Programs) by or for the U.S. Government, any software provided in connection with the Anthology SaaS is commercial computer software. To the extent applicable, the use, duplication, or disclosure by the Government is subject to restrictions as set forth in this Agreement and are licensed with "Restricted Rights" as provided for in FAR 52.227-14, FAR 52.227-19(c), DFAR 252.227-7013, and other agency data rights provisions, as applicable.  Customer is responsible for ensuring that copies are marked with a restricted rights notices and legends. Anthology reserves all rights not expressly granted to Customer.

## 27.    PROMOTIONAL MATERIALS.

Anthology may not use Customer's name on social media platforms and in marketing materials and presentations to reference Customer's selection of Anthology, unless Customer agrees to such use in writing.  Nor may Anthology reference the existence of an agreement between Customer and Anthology or any of Customer's Go-Live events on the Anthology Software as a Service solution unless otherwise agreed to by Customer in writing.

## 28.    OTHER CUSTOMER PARTIES.

The parties hereto agree that Customer Affiliates (as defined below) shall be permitted to subscribe to the Anthology SaaS under and pursuant to the General Terms of the Agreement and applicable Exhibit of the Agreement by executing an Addendum that includes a new Exhibit that specifies the specific Anthology SaaS scope and the pricing that will be applicable to Customer Affiliate and other terms and conditions specific to Customer Affiliate (which Addendum shall be signed by such Customer Affiliate and Anthology in order to be effective and legally binding).  Such Addendum together with the Agreement shall be deemed to be a separate agreement between the Customer Affiliate on the one hand, and Anthology, on the other hand.  For purposes of the Agreement, "Customer Affiliate" means any department or school in the same university system as Customer.  Customer acknowledges and agrees that Anthology is authorized to share the General Terms and applicable Exhibits with any Customer Affiliate upon such Customer Affiliate's request.

## 29.    MISCELLANEOUS.

This Agreement constitutes the entire and exclusive agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous communications, whether written or oral.  Notwithstanding the foregoing, Anthology's response to Customer's Request for Proposal ("RFP") is attached hereto as Schedule D and incorporated by reference.  This Agreement may be modified or amended only by the mutual written agreement of the Parties.  This Agreement expressly limits acceptance by Anthology to the terms and conditions stated herein.  All additional or different terms proposed by Customer in a purchase order, invoice or other related Customer communication are objected to and hereby rejected, unless otherwise set forth in an amendment to this Agreement executed by both parties.  Receipt of Customer's purchase order, acceptance of payment, or inaction by Anthology shall not constitute Anthology's consent to or acceptance of any such terms.  Any provision hereof found by a tribunal of competent jurisdiction to be illegal or unenforceable shall be automatically conformed to the minimum requirements of law and all other provisions shall remain in full force and effect.  Waiver of any provision hereof in one instance shall not preclude enforcement thereof on future occasions.  Headings are for reference purposes only and have no substantive effect.  Sections 1, 5.4, 5.5, 6, 8, 8.3, 9, 10, 11, 13-16, 18, 21, 22, 24 - 28 will remain in force after any termination or expiration of this Agreement.  Copies of this Agreement and notices generated in accordance herewith shall be treated as original documents admissible into evidence, unless a document's authenticity is genuinely placed into question.  This Agreement may be executed in counterparts, each of which shall be deemed an original and together shall be deemed the entire Agreement.

**SIGNATURE PAGE TO FOLLOW**

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**AGREED AND ACCEPTED** by the undersigned authorized representatives of the Parties as of the date first set forth below.

**TARRANT COUNTY COLLEGE DISTRICT**

*Susan Alanis*
CE9DC9063E684D5...
Susan Alanis, Chief Operating Officer
Date: ___ June 1, 2022 ___

*Elva LeBlanc*
BDFB45AD777A42E...
Dr. Elva LeBlanc, Acting Chancellor
Date: ___ June 1, 2022 ___

Approved as to Form and Legality:

*Carol Bracken*
014CE9E8E8B74EB...
Carol Bracken, Associate General Counsel
June 1, 2022

**ANTHOLOGY INC.**

By: _____
8E566637DE764EA...
Print: ___ Anders Nessen ___
Title: ___ CFO ___
Date: ___ June 1, 2022 ___

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## SCHEDULE A

## ANTHOLOGY SAAS SUBSCRIPTION

The Anthology SaaS being subscribed to by Customer are set forth below:

**The General Terms are applicable to all Anthology SaaS, however, <u>only the Exhibits indicated below are applicable to the corresponding Anthology SaaS</u>. If not specified below as being applicable to the Anthology SaaS being subscribed to by Customer, such Exhibit is not applicable in any way to such Anthology SaaS.**

| Anthology SaaS | Applicable Exhibits |
|---|---|
| Anthology Student™<br>Anthology Occupation Insight™<br>Anthology Finance & HCM; Anthology Payroll™<br>Anthology Student Verification™<br>Anthology Reach™<br>Anthology Succeed™<br>Anthology Apply™ | Exhibit A-1<br>Exhibit A-2<br>Exhibit A-3<br>Exhibit A-4 |
| Anthology Engage™<br>Course Evaluations | Exhibit B |

Anthology is providing the software identified in the table above as part of an integrated software as a service ("SaaS") system ("Integrated SaaS System"). As used herein, an Integrated SaaS System is software that attempts to include the following design principles as part of its functionality (where applicable to the specific use case):

- Continuity and uniformity of Anthology SaaS

- Native functionality

- One authoritative source of data

- Uniform data architecture

- Anthology SaaS offerings tied via integrations provided by Anthology at no cost to Customer

<u>Term</u>: The initial term of this Agreement and for the Anthology SaaS listed herein ("Initial Term") is for ten (10) years, commencing on <u>July 1, 2022</u>, which Initial Term shall automatically renew for successive periods of one (1) year each (each a "Renewal Term," and collectively with the Initial Term referred to as the "Term"), unless either Party provides written notice of termination at least one hundred eighty (180) days prior to the end of the then-current term.

<u>Summary of Fees for all Anthology SaaS as set forth in Exhibit A-1 and Exhibit B:</u>

For software set forth in Exhibit A-1:

| | One-Time Deployment Fees |
|---|---|
| TOTAL* | $31,627 |

| | Implementation Fees |
|---|---|
| | As stated in the applicable SOW* |

*Implementation Fees for software set forth in Exhibit A-1 and Exhibit B are additional, and are specified in the applicable Statements of Work being executed by the Parties together with this Agreement.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

Annual Fees for all Anthology SaaS as set forth in this Schedule A and subscribed to by Customer Pursuant to this Agreement:

| | Annual Fees<br>July 1, 2022 –<br>June 30, 2023 | July 1, 2023 –<br>June 30, 2024 | July 1, 2024 –<br>June 30, 2025 | July 1, 2025 –<br>June 30, 2026 | July 1, 2026 –<br>June 30, 2027 |
|---|---|---|---|---|---|
| TOTAL* | $2,234,451 | $2,373,484 | $2,442,529 | $2,513,645 | $2,586,894 |

| | July 1, 2027 –<br>June 30, 2028 | July 1, 2028 –<br>June 30, 2029 | July 1, 2029 –<br>June 30, 2030 | July 1, 2030 –<br>June 30, 2031 | July 1, 2031 –<br>June 30, 2032 |
|---|---|---|---|---|---|
| TOTAL* | $2,662,341 | $2,740,051 | $2,820,092 | $2,902,535 | $2,987,451 |

*Taxes additional.

Payment:

Full payment of the non-refundable Deployment Fees are due and payable with an executed copy of this Agreement.  Annual Fees are payable monthly in 1/12 increments beginning one month from the Effective Date of this Agreement and shall be invoiced pursuant to the section below.

Invoicing:

Anthology will invoice Customer for the Anthology SaaS and Customer shall pay Anthology in full on or before the thirtieth (30) day following the date of the invoice.  If Customer falls into arrears on payments, Anthology may require Customer to maintain a deposit as a condition to Anthology continuing to provide the Anthology SaaS.

Delays

Customer Delay:

Anthology's ability to deliver the Anthology SaaS depends upon Customer's full and timely cooperation, dedication of skilled resources, as well as the accuracy and completeness of any information Customer provides.  Notwithstanding anything herein to the contrary, in the event that failure of any of the foregoing or Customer's delay or inaction or the delay or inaction of any third party acting on behalf of Customer or non-performance of any obligation under this Agreement causes a delay in Anthology's performance of its obligation hereunder, including any SOW, which reasonably relies on Customer's or Customer's agent's timely cooperation and performance (collectively, "Customer's Delay"), Anthology shall have the right to extend its period for performance proportionately and Anthology shall not be in breach of this Agreement or the applicable SOW.  In the case of Customer's Delay with respect to any SOW, Anthology shall conduct an impact analysis ("Impact Analysis") based on the following factors created by Customer's Delay: (1) additional effort for Anthology; (2) increase to timelines; (3) impact on all remaining deliverables; and (4) staffing.  The parties shall enter into a Change Order as needed based on the results of the Impact Analysis so that Anthology can assess additional fees and modify deliverables, timelines, and staffing arising from Customer's Delay.  The parties shall enter into the Change Order within five business days from the completion of the Impact Analysis unless there are components of the proposed Change Order that require approval from Customer's Board of Trustees, in which case the parties shall enter into the Change Order within thirty business days from the completion of the Impact Analysis.  In the event the parties cannot agree on the terms of the Change Order referenced in this provision within the time provided above, the parties shall refer the matter to the Joint Committee and follow the procedures set forth in section 16.2.  Anthology may, in its sole discretion, pause any implementation work pursuant to a SOW until such time that the Change Order referenced in this provision is agreed to by the parties.

Anthology Delay:

In the event Customer is unable to adhere to any specific deadlines or milestones in this Agreement or any related SOW due solely to Anthology's delay or inaction, Customer's performance except for payment obligations, shall be extended proportionately if it is not possible for Customer to perform its obligations within the timeline previously agreed upon in the SOW or elsewhere, at no additional cost to Customer.

Billing Contact:

Billing Email:

Is customer tax exempt?    ☒ Yes    ☐ No

Offer Expiration:  The pricing and terms in this Agreement shall expire if not executed by Customer by June 30, 2022.

Anthology Academy: Customer will receive a subscription to Anthology Academy, Enhanced Plus, as set forth on the attached Exhibit A-2 for the applicable Term.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

EXHIBIT A-1

ENTERPRISE, ADMISSIONS & ENGAGEMENT SOFTWARE ("EAE SOFTWARE")
SCOPE

Pursuant to the terms and conditions of this Agreement, Customer may access the following Anthology Software for the scope set forth below as part of Anthology SaaS.  For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this Exhibit A-1 only apply to the Anthology Software as specified in this Exhibit A-1 and do not apply to the ILE Software License specified in Exhibit B.

**A. SAAS TIER**

Customer is subscribed to the Enterprise SaaS Tier.

**B. ANTHOLOGY SOFTWARE, SCOPE, AND FEES: EAE SOFTWARE**

| Anthology® Software | Scope |
|---|---|
| Anthology Student™ | included |
| Anthology Occupation Insight™ | included |
| Anthology Student Verification™ | included |
| Anthology Finance & HCM™ Anthology Payroll™ | included |
| **Anthology Software\*** | **Scope** |
| Anthology Reach™ | included |
| Anthology Succeed™ | included |
| Anthology Apply™ | included |
| **Additional Services** | **Scope** |
| SMS – US | Up to 100,000 messages/month 20 long codes |
| | ___0___ short codes |
| SMS – International | Up to __0__ messages/month |
| Chat | 30 Users |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

FTE: For purposes of this Agreement, "FTE" shall mean the FTE or Full Time Equivalent of Customer identified in Customer's annual IPEDS report card. Customer's FTE count is used to determine the number of users for Anthology Student, Anthology Reach, Anthology Finance, HCM and Payroll. Customer's FTE as of the Effective Date, as determined by the Tarrant County College FTE of 30,716 as reported in the IPEDS Report Card for 2021-22 Data Collection Cycle, results in a base ratio of FTE to Users for each of the above-referenced products.

Minimum Scope: At all times during the Term, Customer shall be obligated to pay for not less than the fees associated with the base FTE to Users ratio as of the Effective Date ("Base Ratio"). The parties will review Customer's FTE to Users ratio every three years starting from the Effective Date ("Ratio Reconciliation") and costs will be reassessed and adjusted appropriately. No adjustment in fees shall be made for any decrease in FTE. Upon each Ratio Reconciliation, if the FTE of the Customer has increased, Anthology will bill the Customer the incremental amount of (a) $26.57 per incremental student FTE per year for Anthology Reach, Anthology Finance, HCM and Payroll, given that the ratio of FTE to Users remains viable for Customer; and (b) $32.67 per incremental student FTE per year for Anthology Student, both on a go-forward basis. Following a Ratio Reconciliation, if there is a variance of 25% or more from the Base Ratio, Anthology will work with Customer to reassess the change in Customer's use case and determine the appropriate revised FTE to User ratio, which shall replace the Base Ratio for future Ratio Reconciliations, and any resulting increase in fees, based on the aforementioned cost per FTE. In the event the parties cannot agree on the revised FTE to User ratio and/or the corresponding increase in fees, the parties shall refer the matter to the Joint Committee and follow the procedures set forth in section 16.2.

C. MAXIMUM NUMBER OF CAMPUSES for Anthology Student:    10 Campus names and addresses:

| Institution | Address | Unit ID / IPEDS ID | OPEID |
|---|---|---|---|
| Northeast Campus | 828 W. Harwood Road<br>Hurst, TX 76054 | | |
| Northwest Campus | 4801 Marine Creek Parkway<br>Fort Worth, TX 76179 | | |
| South Campus | 5301 Campus Drive<br>Fort Worth, TX 76119 | | |
| Southeast Campus | 2100 Southeast Pkwy<br>Arlington, TX 76018 | | |
| Trinity River Campus | 300 Trinity Campus Circle<br>Fort Worth, TX 76102 | | |
| TCC Connect Campus | 444 North Henderson<br>Fort Worth, TX 76102 | | |
| May Owen Center | 1500 Houston Street<br>Fort Worth, Texas 76102 | | |
| TCC Opportunity Center | 5901 Fitzhugh Avenue<br>Fort Worth, TX 76119 | | |
| Erma C. Johnson Hadley Northwest Center of Excellence for Aviation, Transportation and Logistics | 2301 Horizon Drive, 3rd Floor<br>Fort Worth, TX 76177 | | |
| Offsite District Multipurpose Center | 5450 N. Riverside Dr.<br>Fort Worth, Texas 76137 | | |

D. ENVIRONMENTS

The Enterprise SaaS Tier includes access to one (1) Production Environment and access to two (2) Non-production Environments. Two additional Non-production Environments shall be provided to Customer for use. These additional Non-Production Environments are included in the fees set forth in Schedule A.

If required, Customer will receive a Data Validation Environment at no charge through the period ending thirty (30) days after the Go-Live date for each respective Anthology Software. At the end of such period the Data Validation Environment will be automatically terminated by Anthology.

E. ANTHOLOGY FINANCE & HCM; ANTHOLOGY PAYROLL

Anthology Finance & HCM and Anthology Payroll are combined solutions developed in conjunction with Microsoft Corporation ("Microsoft") and includes the resale by Anthology of Microsoft Dynamics 365 ("Dynamics"). Customer agrees that its use of Dynamics is subject to the terms provided by Microsoft in the link which may be found at https://www.microsoft.com/licensing/docs/customeragreement ("Microsoft Agreement"). If Customer has purchased Anthology Finance & HCM and/or Anthology Payroll, by signing this Agreement, Customer hereby ratifies the Microsoft Agreement and agrees and acknowledges that the Microsoft Agreement contains binding terms that creates a legally enforceable contract between Microsoft and Customer that may be enforced by Microsoft. Customer must remain in compliance with the Microsoft Agreement during the term of this Agreement. For the avoidance of doubt, the Microsoft Agreement governs the relationship between Customer and Microsoft. Customer acknowledges that Anthology will be the primary administrator for Anthology Finance & HCM and Anthology Payroll.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## F. ANTHOLOGY REACH

Anthology Reach includes Microsoft Corporation ("Microsoft") Dynamics 365 ("Dynamics") and Anthology is a reseller of Dynamics. Customer agrees that its use of Dynamics is subject to the terms provided by Microsoft in the link which may be found at https://www.microsoft.com/licensing/docs/customeragreement ("Microsoft Agreement"). If Customer has subscribed to Anthology Reach, by signing this Agreement Customer hereby ratifies the Microsoft Agreement and agrees and acknowledges that the Microsoft Agreement contains binding terms that creates a legally enforceable contract between Customer and Microsoft that may be enforced by Microsoft directly against Customer. Customer must remain in compliance with the Microsoft Agreement during the term of this Agreement. For the avoidance of doubt, the Microsoft Agreement governs the relationship between Customer and Microsoft. Customer acknowledges that Anthology will be the primary administrator for Anthology Reach.

## G. ANTHOLOGY FINANCE & HCM; ANTHOLOGY PAYROLL; ANTHOLOGY REACH

Customer and Anthology agree and acknowledge that Customer's subscription of Anthology Finance & HCM, Anthology Payroll, and Anthology Reach will require Customer to deploy Dynamics in Customer Tenant. In order for Anthology to affect such deployment and provide access to Customer to Anthology Finance & HCM, Anthology Payroll, and Anthology Reach, the following must occur:

(i)   Anthology shall email OneIT.BusinessOffice@tccd.edu [or a representative otherwise designated by Customer], a link that establishes Anthology as a reseller of Dynamics into Customer Tenant and, Customer must accept such link within five (5) business days of the date it is received.

(ii)   Within five (5) business days of the date Anthology is established as a reseller for Customer as described above, Customer must create an account in Customer Tenant for Anthology to administer Dynamics that grants such Anthology user a Dynamics 365 Administrator role ("Administrative User") and Customer must maintain Anthology as an Administrative User in an active status at all times during the Term.

(iii)   Customer must allow and continue Anthology's access as an Administrative User for the Term; provided, that in the event Anthology does not have such access at any time during the Term, notwithstanding anything to the contrary contained in the Agreement, Anthology shall not be responsible for Customer's inability to access the Anthology SaaS for Anthology Finance & HCM, Anthology Payroll, and Anthology Reach, and Anthology shall have no liability to Customer (including without limitation for any Service Credits) and Customer agrees to hold Anthology harmless for any interruption of the Anthology SaaS for Anthology Finance & HCM, Anthology Payroll, and Anthology Reach arising from Anthology's inability to access the Customer Tenant.

(iv)   Customer acknowledges that Anthology will continuously maintain the latest Anthology product versions in Customer Tenant and agrees to permit Anthology to deploy such updates, Upgrades and patches in the Customer Tenant at any time, including with minimal or no advance notice to Customer. Anthology will make commercially reasonable efforts to inform Customer ahead of time of any planned updates, Upgrades or patches.

(v)   Customer must maintain the Customer Tenant during the Term.

(vi)   Customer must also designate a Global Administrator of the Customer Tenant to work with Anthology and provide such contact information in writing to Anthology promptly following such designation, or any change in such designation.

Customer agrees and acknowledges that notwithstanding the deployment of Dynamics in Customer Tenant, Customer may only increase users specified in this Exhibit A-1 in accordance with the Agreement and pursuant to an Addendum signed by the Parties, and Customer may not increase users specified in this Exhibit A-1 by procuring Dynamics licenses from any entity other than Anthology.

## H. ANTHOLOGY STUDENT VERIFICATION

Users: As it pertains to Anthology Student Verification, "User" means Customer's employees, agents and other representatives and/or "Active" students (collectively, "Users"). ("Active" means each Customer's student who (a) establishes a student user account (or on whose behalf a student user account is established) in the Anthology Student Verification solution and (b) completes through the Anthology Student Verification solution any enrollment agreement required by Customer).

## I. PRODUCT TIES

Anthology maintains, at its own expense, generally available integrations between certain of its Anthology SaaS offerings as follows (collectively, the "Product Ties"):

Anthology Student + Occupation Insight

Anthology Reach + Occupation Insight

Anthology Reach + Apply + Succeed

Anthology Student + Reach/Apply/Succeed

Anthology Student + Anthology Finance & HCM

Anthology Finance & HCM + Anthology Payroll

Anthology Student + Student Verification

The Product Ties provide for the sharing of certain data and certain interoperability between the respective Anthology SaaS offerings. The Product Ties are available to Customer pursuant to this Agreement at no additional cost. Notwithstanding the foregoing, the Product Ties (1) do not include any custom

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

integrations requested by, created for, or solely available to Customer; (2) are subject to change at Anthology's sole discretion; and (3) may be discontinued in full or as to certain supported functionality and/or data sharing at Anthology's sole discretion. For avoidance of doubt, Anthology Engage is not included the Product Ties as of the Effective Date.

## J. PARTNER AND NON-PARTNER VENDORS

Anthology shall provide multiple open application programming interfaces ("APIs") to allow third-party and partner software providers approved by Anthology and utilized by Customer to integrate with certain of the Anthology SaaS. These include APIs with partner vendors such as iCIMS, Time Clock Plus, Touchnet, and Modern Campus Augusoft Lumens ("Anthology Partner Vendors"). Anthology will not assess additional fees for the integrations with Anthology Partner Vendors, but there shall be no customizations with respect to these existing APIs absent a signed SOW or Change Order. Integrations with third parties who are not Anthology Partner Vendors ("Anthology Non-Partner Vendors") will be paid for by the Customer, either by the Customer building the integration or Anthology building the integration under the applicable SOW and will be specified in the applicable SOW. Notwithstanding the foregoing, Customer shall be responsible for purchasing the services from both the Anthology Partner Vendors and Anthology Non-Partner Vendors to utilize their services. Moreover, upon Go-live of the applicable Anthology SaaS, Customer shall be responsible for maintaining the integrations for Anthology Non-Partner Vendors. Anthology Partner Vendors are subject to change but Anthology shall provide Customer at least six (6) months advance notice prior to changing the partner vendors that comprise the Anthology Partner Vendors. Consistent with the provisions of Section 3.6, any changes in the Anthology Partner Vendors shall not materially alter the functional purpose of the Anthology SaaS.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## EXHIBIT A-2

## SAAS TIERS

The following services are available as part of the Anthology SaaS for the EAE Software subject to the SaaS Tier applicable to Customer that is specified in Exhibit A-1.[1] For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this Exhibit A-2 only apply to the Anthology Software as specified in Exhibit A-1 and do not apply to any Anthology SaaS specified in Exhibit B.

✓ = Included

O = Optional. May Require a SOW or Addendum to purchase, and will be at an additional cost to Customer.

Items listed as *"additional"* can be purchased at an additional cost and may require a SOW or an Addendum to purchase.

| Anthology Student ("S") | Availability |
|---|---|
| Admissions, Financial Aid, Contact Manager, Faculty Workload Management, Student Accounts, Academic Records | ✓ |
| Occupation Insight | ✓ |
| Student Verification | ✓ |
| Integrated Document Management | Up to 500 GB |

| Anthology Finance & HCM and Anthology Payroll ("F") | Availability |
|---|---|
| Microsoft Finance and Operations Student Accounting Grant Management IPEDS Reports Federal Work Study | ✓ |
| Payroll | ✓ |
| Faculty Management | ✓ |

| Anthology Reach ("R") | Availability |
|---|---|
| Reach | ✓ |
| Succeed | ✓ |
| Apply | ✓ |

| Anthology Engage ("E") | Availability |
|---|---|
| Engage | ✓ |

---

[1] Services and features may change from time to time, and any updates will be posted at www.anthology.com.

Confidential

SaaS Agreement
DF-061821

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

| Features Applicable to Anthology Software (subject to Enterprise SaaS Tier and the related Anthology Software and scope applicable to Customer that is specified in Exhibit A-1) | | | | | | |
|---|---|---|---|---|---|---|
| Tools and Integrations | Applicable Anthology Software | | | | | Availability |
| | S | F | E | | R | |
| Web Client and Mobile Access | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Reporting | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Analytics | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Workflow | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Forms Builder Tool | ✓ | ✓ | ✓ | | ✓ | ✓ |
| API Integrations and Batch Data Import/Exports | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Industry End-to-End Turnkey Integrations and Custom Integrations | ✓ | ✓ | | | ✓ | (Included in the Professional Services Statement of Work) |
| Platform and Anthology Software Services | S | F | E | | R | Availability |
| Anthology SaaS Security [2] | ✓ | ✓ | ✓ | | ✓ | ✓ |
| 24/7/365 Infrastructure and Anthology Software Monitoring | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Elastic Performance | ✓ | | ✓ | | ✓ | ✓ |
| Uptime SLA (as more specifically described in Exhibit A-4) | ✓ | ✓ | ✓ | | ✓ | 99.90% |
| Environments [3] | ✓ | ✓ | | | ✓ | 3 |
| Additional Non-Production Environments | ✓ | ✓ | | | ✓ | O |
| Single Sign-On Integration (subject to requirements in Section 4.5 of the Agreement) | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Data Access | ✓ | ✓ | | | ✓ | ✓ |
| Direct Read Access to SQL Database | ✓ | | | | | ✓ |
| International Anthology SaaS Monitoring | ✓ | ✓ | ✓ | | ✓ | From 10 Countries |
| Anthology Student Customer Data Backup | ✓ | | | | | 15 Minutes, and retained for a Week; Daily, and retained for a Month; Monthly, and retained for a Year |
| Anthology Student Customer Data Backup Downloads on Demand via SFTP | ✓ | | | | | 1 per Week |
| Disaster Recovery -- Backups to a remote paired data center | ✓ | | ✓ | | | ✓ |

[2] Per Section 9.4 and Schedule E.
[3] Customer receives one Production Environment; additional environments refer to Non-production Environments. The number of Environments listed in the table above are provided during the Term; provided that a Customer subscribing to Anthology Finance & HCM and/or Anthology Payroll will have a total of five (5) Non-production Environments during the implementation of Anthology Finance & HCM and/or Anthology Payroll, and any Non-production Environments that exceed the number specified in the table above during such implementation will be decommissioned by Anthology upon Go-Live of Anthology Finance & HCM and/or Anthology Payroll.

Confidential

SaaS Agreement
DF-061821

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

| Features Applicable to Anthology Software (subject to Enterprise SaaS Tier and the related Anthology Software and scope applicable to Customer that is specified in Exhibit A-1) | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Support Services (as more specifically described in Exhibit A-3)** | **S** | **F** | **E** | **R** | **Availability** |
| Phone/Email/Web Support during Normal Working Hours | ✓ | ✓ | ✓ | ✓ | ✓ |
| Access to support documentation and knowledgebase capabilities via ticketing system | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ticketing system Incident/Metrics with Dashboard' | ✓ | ✓ | ✓ | ✓ | ✓ |
| 24/7/365 Emergency Phone Support | ✓ | ✓ | | ✓ | ✓ |
| Client Services Incident Report and Review Meeting | ✓ | ✓ | ✓ | ✓ | Monthly |
| Designated Application Administrator | ✓ | ✓ | | | ✓ | O Technical Account Manager included in Professional Services Statement of Work |
| **Upgrades and Refreshes Services (as more specifically described in Exhibit A-3)** | **S** | **F** | **E** | **R** | **Availability** |
| Continuous Delivery of Platform and Anthology Software patch deployment immediately (automatic deployment of installation of updates, patches and hot fixes as required by Anthology)[4] | ✓ | ✓ | ✓ | ✓ | ✓ |
| Continuous Delivery of Releases and/or Upgrades[5] per schedule in SaaS Tier to the right | ✓ | ✓ | | | • In Non-Production Environment: Anthology automatically deploys after generally available (GA) Release • In Production Environment: Anthology deploys within 4 weeks after deployment in Non-Production Environment. Anthology will use commercially reasonable efforts to provide Customer with at least a 30-day advance notice period of a deployment window, but may be required to automatically deploy the Release in Customer Production Environment |
| Priority on New Release Deployment | ✓ | | | | ✓ |
| Database Refreshes[6] | ✓ | ✓ | | ✓ | 12 per Year |
| **Learning/Conferences** | **S** | **F** | **E** | **R** | **Availability** |
| Anthology Together Conference Passes[7] | | ✓ | ✓ | ✓ | 20 per Year |

---

' Dashboard view does not include Engage metrics.
[4] Installation of all Upgrades, updates, patches and hot fixes of the Anthology Software are included; provided, that configuration of new features exposed by such installation may require configuration by Customer or Customer to enter into a Statement of Work with Anthology.
[5] Installation of all Upgrades, updates, patches and hot fixes of the Anthology Software are included; provided, that configuration of new features exposed by such installation may require configuration by Customer or Customer to enter into a Statement of Work with Anthology.
[6] Copying of Customer Data from one environment to another environment. Customer may have no more than one database refresh per month, with the annual limits specified in the chart above.
[7] Anthology Together Conference Passes may be used to attend the annual Anthology Together Users' Conference, subject to advance registration and availability.

Confidential

SaaS Agreement
DF-061821

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## State of Texas Reporting

Reports Required by the Texas Higher Education Coordinating Board (THECB):

- CBM002 Export - CB2E
- Elf Export - Texas Rpt CBM00N - CBNE
- FAD001 Export - FADE
- Hazlewood Export - HAZE
- Texas CBM0C1 - TX1E
- Texas CBM0E1 Export - TX1E
- CBMOCS - TXSE
- Texas CBM008 Export - TX8E
- Texas CBM009 Export - TX9E
- Texas CBM00A Export - TSAE
- Texas CBM00C Export - TXCX
- Texas CBM00M Export - TXME
- Texas CBM00S Export - TXSE

Reports Required by the Teacher's Retirement System (TRS):

- TRRP - TRS Regular TCCD Payroll
- TRS Employee Data Export - TEDE
- TRS Regular TCCD Payroll Export - TERP
- TRS Regular TCCD Payroll Export – TRPE
- TRS Working Retiree Export - TERE

Reports Required by the Employees Retirement System (ERS):

- ERS - Texa$aver Enrollment Data
- ERS Annual Salary Update
- ERS Health Savings Acct Payroll Detail file
- ERS Monthly Mismatch
- ERS Summer Enrollment Compare
- ERS Texa$aver Payroll Deferral file

Other Required Payroll Reports:

- Texas Workforce Commission Quarterly Wage Export (TECQ)

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# EXHIBIT A-3

## SUPPORT AND UPGRADES

For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this Exhibit A-3 only apply to the Anthology Software as specified in Exhibit A-1 and do not apply to any ILE Software License specified in Exhibit B.

**A.    Definitions**

The capitalized terms used herein shall have the following meanings:

"Enhancement" means any modification or addition that, when made or added to the Anthology Software, changes its utility, efficiency, functional capability, or application.

"Emergency" means a Severity 1 Production Environment issue. Severity 1 means extremely serious interruptions or outages to Customer's Production Environment that has affected the majority of the user community or an Error which occurs in critical business functions that will result in loss of data or data corruption, or material revenue impairment. Additional examples of Severity 1 classification can be found in the Severity Levels.

"Error" means any failure of the Anthology Software to substantially conform in all material respects to the Documentation. However, any nonconformity resulting from Customer's misuse, improper use, or alteration, or Customer's combining or merging the Anthology Software with any hardware or software not supplied or identified as compatible by Anthology in writing, shall not be considered an Error.

"Error Correction" means either a modification or an addition that, when made or added to the Anthology Software, establishes material conformity of the Anthology Software to the functional specifications, or a procedure or routine that, when observed in the regular operation of the Anthology Software, eliminates the adverse effect on Customer of such nonconformity.

"Incident" means an incident as described in the Severity Levels.

"Normal Working Hours" means the hours between 8 a.m. and 8 p.m. Eastern Time on the days Monday through Friday, excluding regularly scheduled holidays of Anthology. The Parties may mutually agree to extend Normal Working Hours.

"Releases" means new versions of the Anthology Software, which may include Error Corrections and/or Enhancements.

"Severity Levels" means the most current severity level descriptions which can be found at http://www.mycampusinsight.com/compatibility/SiteAssets/Campus-Management-Incident-Severity-Guidelines.pdf, which may be updated from time to time. Anthology will provide written notice to Customer of changes to Severity Levels.

"Upgrade" means the installation of a Release in Customer's environment.

**B.    Scope of Support Services**

1.  Anthology shall be responsible for using reasonable diligence to correct verifiable and reproducible Errors when reported to Anthology in accordance with Anthology's standard reporting procedures. Anthology shall, within a reasonable time of verifying that such an Error is present, initiate work in a diligent manner toward development of an Error Correction.

2.  Customer shall designate a person as Customer's End User Support Coordinator ("EUSC") who will contact Anthology for support.

3.  The EUSC shall send to Anthology (by telephone, e-mail or online submission) Customer's reports of Errors.

4.  In the event of an Emergency, Customer will report the issue telephonically to an Anthology support engineer in addition to direct emails or submissions through the Customer Support Website.

5.  Customer shall pay on a time and material basis for any time or resources incurred by Anthology to correct problems generated by Customer including but not limited to inappropriately applying scripts, misconfiguration or configuration changes, or data manipulation.

**C.    Contact**

Customer's EUSC may contact Anthology for technical support as follows:

1.  The preferred method for obtaining technical support is through the support website: https://support.campusmgmt.com. Customer and any of its users may obtain user IDs and passwords to access maintenance and support information.

2.  E-Mail: Customer may receive technical support via email, excluding public holidays, by sending all requests to support@campusmgmt.com.

3.  Telephone: To receive technical support via telephone, Customer may call 1-800-483-9106 from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday, excluding public holidays.

**D.    Services Outside Scope**

Customer may request services not covered in this Exhibit or not otherwise covered in this Agreement pertaining to the Anthology Software (including, without limitation, data conversion, report-formatting assistance, custom third-party integrations) provided that such assistance, if agreed to be provided by Anthology, shall be subject to Anthology's standard rates for such services and shall require the execution of a separate Statement of Work. For the avoidance of doubt, the Parties agree and acknowledge that the following is not included:

1.  Support is not provided for integrations or custom APIs without a separate SOW (such SOW is referred to as a "Professional Services Support Contract" or "PSSC").

Confidential

SaaS Agreement
DF-061821

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

2.  Customer is responsible for obtaining support of any Third-Party Products.  Anthology may, at Anthology's discretion, use reasonable efforts (up to a maximum of thirty (30) minutes) attempting to diagnose and resolve problems associated with Third Party Products for no additional fee.  If at any time Anthology reasonably determines the problem is primarily caused by the Third-Party Product(s), and not the Anthology Software, then Anthology shall be deemed to have satisfied its obligation to address the problem.  Customer acknowledges that Anthology is not responsible for assisting Customer with any problems associated with Third Party Products, and Customer must contact vendors of Third-Party Products for pertinent support and maintenance services.

**E.    Upgrades, Refresh Services, and Updates**

1.  Continuous delivery and deployment of Upgrades, updates, patches and fixes are applicable as provided in Exhibit A-2.

2.  Notwithstanding anything to the contrary contained in the Agreement, Anthology or Anthology's third-party providers may deploy Upgrades, patches and/or updates in Customer's environments without prior notice to Customer.  Anthology shall make best efforts to require third-party providers to provide advance notice of same to Customer.

3.  Customer acknowledges and agrees that this Agreement covers use of Releases solely to the extent such products are made generally available to all customers of Anthology as part of the same level of maintenance and support services.  Any revisions to the Anthology Software constituting new commercially available products, which may include new major functionality or material changes in technical specifications not made generally available to other customers receiving substantially the same level of support services, may be purchased under a separate Addendum.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## EXHIBIT A-4

## EAE SERVICE LEVEL AGREEMENT

Anthology provides this Service Level Agreement ("SLA") for access to the Anthology SaaS subject to the terms and conditions below.

For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this Exhibit A-4 only apply to the Anthology Software as specified in Exhibit A-1 and do not apply to the ILE Software License specified in Exhibit B.

**Definitions**

The capitalized terms used herein shall have the following meanings:

"Claim" means a claim submitted by Customer to Anthology that a Service Level under this SLA has not been met and that a Service Credit may be due to Customer.

"Downtime" means a period of time when Customer is unable to access the Anthology SaaS at the furthest point on Anthology's firewall facing the public Internet, other than as provided below.

"Monthly Uptime Percentage" has the meaning set forth below.

"Scheduled Downtime" means published maintenance windows or times where Anthology notifies Customer of periods of Downtime for scheduled network, hardware, Anthology SaaS infrastructure software or Anthology SaaS upgrades at least twenty-four (24) hours prior to the commencement of such Downtime, except for unforeseen emergency maintenance that can be carried out during the next published maintenance window.

"Service Credit" means the percentage of Customer's Monthly Fee, or 1/12th of Customer's Annual Fee, as applicable, ("Monthly Service Fee") that is credited to Customer by Anthology for a validated Claim.

"Service Level" means the percentage of Anthology SaaS availability for a given month that Anthology agrees to provide Customer, which is measured by the Monthly Uptime Percentage.

"Service Level Exceptions" has the meaning set forth below.

**Availability of Service**

The Anthology SaaS shall be accessible to Customer's authorized users 24 hours per day, 7 days a week, excluding scheduled times for maintenance and updates of Anthology SaaS infrastructure software of which Customer will be notified at least five business days in advance, and any Downtime due to Internet outages resulting from failures reasonably outside the control of Anthology or Anthology's hosting provider, corruption of Internet route information, major connectivity failures within or between providers, or corruption of internet root level DNS services.

**Minimization of Planned Service Disruptions**

Whenever conditions reasonably permit, the Parties will mutually agree on the scope, timing, frequency and duration of any planned service disruptions or delays and will jointly attempt to minimize any unnecessary impact on Customer's business operations. Routine daily maintenance will be accomplished whenever possible by scheduling between the hours of 10:00 p.m. and 8:00 a.m. Eastern Time. In addition, longer maintenance will be accomplished when possible on weekends between the hours of 6:00 p.m. ET Saturday and 8:00 a.m. ET Monday, unless Anthology notifies Customer otherwise.

**Unplanned Service Disruptions**

Downtime may occur from time-to-time. Anthology will use commercially reasonable efforts to attempt to prevent Downtime that could impact Customer's business operations to the extent such factors are within Anthology's reasonable control; provided, Customer acknowledges that conditions of Customer and third parties may affect Customer's use of the Anthology SaaS, for which Anthology shall have no liability or obligations (by way of example and not limitation, Internet disruptions or third-party software bugs).

**Monthly Service Level**

1.  Customer's SaaS Tier will determine which Service Levels are applicable to Customer.

2.  The Monthly Uptime Percentage is calculated for a given calendar month using the following formula:

| Monthly Uptime Percentage = | | |
|---|---|---|
| Total number of minutes in a given calendar month | Minus | Total number of minutes of Downtime in a given calendar month |
| Total number of minutes in a given calendar month | | |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**Service Credits**

Subject to the service level exceptions noted below, and the terms of this SLA, should the Service Level fall below the Monthly Uptime Percentage for a given month, Anthology shall provide a Service Credit as noted in the chart below, in accordance with Customer's SaaS Tier:

| Monthly Uptime Percentage | SaaS Tier | | |
|---|---|---|---|
| | Standard | Premium | Enterprise |
| <99.9% | N/A | N/A | 10% |
| <99.7% | N/A | 10% | 20% |
| <99.5% | 10% | 20% | 30% |
| <99.0% | 20% | 30% | 40% |
| <97.0% | 30% | 40% | 50% |
| <95.0% | 40% | 50% | 70% |

**Application of Service Credits:**

3. A Service Credit will only be issued against the applicable Monthly Service Fee paid by Customer for the Anthology SaaS.

4. A Service Credit is Customer's sole and exclusive remedy for any violation of this SLA.

5. A Service Credit awarded in any calendar month shall not, under any circumstance, exceed Customer's Monthly Service Fee.

6. If the Microsoft Agreement is applicable to Customer, Customer shall not make a claim for Anthology's failure to meet the Service Levels described in this Exhibit if it is making or will make a claim for a comparable Service Level Credit pursuant to the Microsoft Agreement.

**Claims**

7. In order to make a Claim, Customers must be in full compliance with the Agreement and follow the notice and claims procedures of this Exhibit.

8. In order to be eligible to submit a Claim, Customer must first notify Anthology support service of the Claim **within five (5) business days following** such Claim by calling 1-800-483-9106 or emailing support@campusmgmt.com.  Customer must provide all reasonable details regarding the Claim, including but not limited to, detailed description of the Claim, the duration, the number of affected users and the locations of such users.

9. Thereafter, Customer must submit the Claim to Anthology support service by calling 1-800-483-9106 or email at support@campusmgmt.com and providing any additional evidence reasonably requested by Anthology to support the Claim (as set forth above), by the end of the month following the month in which the Claim occurs.

10. Anthology will use all information reasonably available to it to validate Claims and make a good faith judgment on whether the SLA and Service Levels apply to the Claim.

11. Anthology will use commercially reasonable efforts to process Claims within forty-five (45) days.

**Service Level Exceptions for Service Level and Service Credits**

Service Levels and Service Credits are not applicable and/or Anthology will be excused for its failure to meet a Service Level, and such failure will not be used in any calculation of Service Credits for the following circumstances:

1. If Downtime occurs as a result of any of the following:

    a. A period of time when the Anthology SaaS is not available as a result of Scheduled Downtime or

    b. Performance or availability issues that may affect the Anthology SaaS, including:

    (i) Events described under Section 19 Force Majeure;
    (ii) Events occurring as a result of Customer's or third-party hardware, software or services;
    (iii) Events that resulted from actions or inactions of third parties;
    (iv) Events that resulted from actions or inactions by Customer or Customer's employees, agents, contractors, or vendors, or anyone gaining access to Anthology's network by means of Customer's passwords or equipment;

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

(v) Events that were caused by Customer's use of the Anthology SaaS after Anthology advised Customer to modify its use of the Anthology SaaS, if Customer did not modify its use as advised in writing; or

(vi) Events caused by Customer's use of beta, trial offers, early access programs and/or demos (as determined by Anthology).

2.  No Service Levels or Service Credits apply to the Non-production Environment(s). Anthology will use commercially reasonable efforts to provide system availability during the primary hours of operations; however, in no event will Service Credits to Monthly Service Fees apply for Downtime related to the Non-production Environment(s).

3.  The Service Levels solely apply to the Production Environment behind the furthest point of Anthology's firewall facing the public Internet. In accordance with Section 4.3 of the General Terms, any internet or connectivity issue is outside of the scope of this Agreement and the Service Levels.

4.  Issues relating to the Anthology Software are covered solely under Exhibit A-3 of this Agreement and are not eligible for Service Credits.

Confidential

SaaS Agreement
DF-061821

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# EXHIBIT B

# ILE SOFTWARE LICENSE SCOPE AND FEES

In addition to the General Terms, the following terms shall apply to the ILE Software License (as hereinafter defined).  For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this Exhibit only apply to the ILE Software License as specified in this Exhibit and do not apply to any other Anthology software Customer may use.  Exhibits A-1, A-2, A-3, A-4 do not apply to ILE Software License.

## A.   PROVISION OF ILE SOFTWARE LICENSE

1.   <u>Definitions</u>.  In addition to the definitions specified in the General Terms, the following defined terms shall apply to this Exhibit.

"ILE Software License" or "Institutional and Learning Effectiveness Software License" means the assessment, accreditation, planning, analytics, retention, and/or any other modules/programs and their specific components and assistance for each of the following Anthology Software:

| |
|---|
| Anthology Engage License |
| Course Evaluations License |

The ILE Software License is designed for collective reporting of Customer Data. This data is reported online to a database hosted and maintained by Anthology that provides secure access for Customer via Customer username(s) and password(s), and in some cases, is designed to be combined with other institutional datasets.

"User/learner" means Customer's employees, representatives, consultants, contractors, volunteers, student, or agents who are authorized to use the ILE Software License subject to and in accordance with the Agreement through user identification and passwords supplied by Customer (or by Anthology at Customer's direction).  Any reference to "Users" in the General Terms shall mean "Users" as defined herein for users of the ILE Software License.

2.   The following functionality description of the ILE Software License is being provided for informational purposes:

(i)   Anthology Engage License:
- Integrate with Customer's student information system (SIS) or enterprise resource planning (ERP) system through secure file transfer protocol (SFTP) or application programming interface (API) methods designed to securely facilitate faculty and staff access to student and operational data
- Allow students to manage and grow their organizations through online tools that allow them to customize their organization profiles, manage rosters, store files and photos, and connect with common social media platforms
- Distribute administrative control across four areas, providing specific administrators the authority to view and manage various settings, submission processes and tools for your department
- Enhance administrative workflows with tools for carrying out online organization and event registration processes, conducting campus-wide elections, and creating financial transparency for student organization leaders
- Customize budget submission processes with configuration of workflow steps, add questions on request forms using a variety of input types, set start and end dates/times for budgeting processes, and define budget template forms
- Broadcast communications and messages to audience using communication tools for mass messaging, and posting to news tickers, message boards, and event calendar
- Spread awareness of opportunities through organization-specific or campus-wide event calendar
- Track program participation by sending out invitations, monitoring RSVP status, and collecting attendance data using card-swipe or barcode readers, or upload data from external systems or paper sign-in sheets
- Use iOS/Android mobile application to track program participation by monitoring RSVP status and collecting attendance data through multiple attendance entry-points at events
- Approve service hours completed by organization members and track the overall economic impact of student community engagement in the local area
- Automate the tracking of student progress across certification programs, curriculums, orientation task assignments, and other student affairs initiatives such as passport programs, first year experiences, and campus-wide experience programs
- Produce co-curricular transcripts that showcase students' areas of involvement, learning experiences, or overall outstanding achievements
- Allow students to discover events and groups around campus from their mobile device
- Align involvement opportunities with institutional, divisional, or departmental learning outcomes
- Export reports for reference and assessment related to organization membership, student participation, event listings, service hour completion, financial transactions, and more

(ii)   Course Evaluations License
- Aggregate, compare and share reports to collectively identify trends in students' perception of their learning, and highlight successful practices and discover potential areas of improvement regarding the learning experience.
- Flexible configurations, customizable surveys and reporting which allow for multiple feedback options

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

- Experiential evaluations for receiving feedback from students and preceptors to make reports available to any key stakeholders within Customer's program

**B.   ILE SOFTWARE LICENSE SCOPE, AND FEES**

ILE License Scope:

| Anthology Software | Scope |
|---|---|
| Anthology Engage™ | Included |
| Course Evaluations | Included |

Fees for the ILE Software above are included in the fees set forth in Schedule A.

**C.   ADDITIONAL TERMS**

In addition to the General Terms, the following terms shall apply to the ILE Software License specified in this Exhibit. For the avoidance of doubt, the Parties agree and acknowledge that the terms specified in this Exhibit only apply to the ILE Software License specified in this Exhibit and do not apply to any other Anthology Solutions Customer may use.

1.  Customer Responsibilities for Customer Use of ILE Software License. Customer is responsible for all activities that occur under Customer's User accounts. Customer shall: (i) have sole responsibility for the accuracy, quality, integrity, legality, reliability, and appropriateness of all Customer Data; (ii) use commercially reasonable efforts to prevent unauthorized access to, or use of, the ILE Software License, and notify Anthology promptly of any such unauthorized use; and (iii) be responsible for acquiring and maintaining the software, equipment and communications necessary to connect to the ILE Software License and to download, print and otherwise process data delivered by the ILE Software License. Customer acknowledges and understands that the ILE Software License is not configured to directly or indirectly receive and store any data, or any other information relating to: (a) government issued identifications, including, but not limited to, Social Security Numbers (in whole or in part) and/or Individual Taxpayer Identification Numbers; (b) unauthorized third party content; or (c) personal health information ("PHI"), and that Anthology is neither a "Covered Entity" nor a "Business Associate" (as those terms are defined in Health Insurance Portability and Accountability Act ("HIPAA")). Customer agrees that Anthology may terminate this Agreement immediately, if Customer is found to be in violation of any party of any part of this provision.

2.  Technical Support. During the Term, live phone support is available via (716) 270-0000, 8 a.m. – 8 p.m. (EST) M-F. Email support is available via support@campuslabs.com, 8 a.m. - 8 p.m. (EST) M-F. Live chat support is available via engagesupport.campuslabs.com 9 a.m.- 5 p.m. (EST) M-F. Support services specified in Exhibits A-2 and A-3 are not applicable to the ILE Software License.

3.  Customer Data in ILE Software. At all times during and after the Term, all Customer Data generated by Customer shall remain the exclusive property of Customer. Customer acknowledges Anthology has the right to use non-personally identifiable Customer Data and User information for purposes of monitoring and supplementing the use of the ILE Software License in an aggregate anonymous manner ("Aggregate Anonymous Data"). Anthology reserves the right to use Aggregate Anonymous Data to: (i) compile statistical and performance information related to the provision and operation of the ILE Software License, and (ii) make such information available to use and to supplement the ILE Software License. However, Anthology's access to Customer Data and User information shall not be disclosed at the individual identifiable level for any commercial purposes not related to the ILE Software License. Anthology retains all intellectual property rights in the Aggregate Anonymous Data and such data shall be deemed as Anthology Proprietary Materials.

CUSTOMER IS SOLELY RESPONSIBLE FOR ALL CUSTOMER DATA AND OTHER DATA AND INFORMATION PROVIDED TO ANTHOLOGY OR RECEIVED BY OR COLLECTED FROM THE ILE SOFTWARE LICENSE. ANTHOLOGY SHALL NOT BE LIABLE TO CUSTOMER OR ANY OF CUSTOMER'S USERS FOR ANY DAMAGES OR CLAIMS ARISING OUT OF, RELATED TO OR IN CONNECTION WITH SUCH CUSTOMER DATA, AND OTHER INFORMATION PROVIDED TO ANTHOLOGY.

Family Educational Rights and Privacy Act ("FERPA"). In the event Customer is subject to the provisions of the Family Educational Rights and Privacy Act ("FERPA"), the parties agree as follows: (i) Customer appoints Anthology as a "school official" as that term is used in FERPA §99.7(a)(3)(iii) and 99.31(a)(1)(i)(B) and as interpreted by the Family Policy Compliance Office, and determines that Anthology has a "legitimate educational interest," for the purpose of carrying out its responsibilities under this Agreement; and (ii) Anthology acknowledges that it shall be bound by all relevant provisions of FERPA that are

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

applicable to Anthology, and that personally identifiable information obtained from Customer by Anthology in the performance of this Agreement will not be disclosed to third parties except to fulfill Anthology's responsibilities under this Agreement.

4.  <u>Customer Use</u>. Users may use the ILE Software License only for lawful purposes, and any posting or transmission of data or other use of the ILE Software License in violation of any applicable state, federal or other law is strictly prohibited. Upon Customer's request, Anthology shall remove material that it deems harmful, obscene or in any way threatening to the safety, security, and enjoyment of its subscribers. Customer's licensed Users may use the ILE Software License only to access Customer's own data and to fulfill Customer's internal information processing needs. Customer may not sublicense, resell, publish, broadcast all or any portion of the ILE Software License to any person or entity, except as expressly set forth herein. Customer will not provide password or login access to any third-party developer, integrator or contractor to access the ILE Software License. Any third party wishing to have access to the ILE Software License must have documented permission from the Customer and must be granted access directly from Anthology. If Anthology grants access to such third party, Customer shall ensure such third-party contracted by Customer be expressly bound by the confidentiality of this Agreement. Furthermore, such contracted third party are restricted from creating commercially available products and from profiting in any way from any work related to the ILE Software License and Professional Services that may have been performed for Customer, without expressed prior written permission of Anthology.

5.  <u>External, Third Party Technology</u>. During the Term, Customer may choose to leverage technical platforms, tools and support from independent third parties to enhance the ILE Software License, such as offerings from Apple, Palm, Facebook, and others (the "Third Parties"). In these cases, certain information provided by Customer to these Third Parties may be transmitted, posted, and/or used by these Third Parties in accordance with the respective terms of the license of such Third Parties and may be governed under such separate agreements. Anthology is independent of any such Third Parties and makes no representation or warranty concerning them or their actions or technology; all of which shall remain Customer's sole risk and responsibility and Anthology disclaims any and all responsibility or liability in connection therewith.

6.  <u>Return of Customer Data</u>. Upon termination or expiration of the Term of the ILE Software License, Anthology shall destroy all Customer Data and Confidential Information within thirty (30) days of the following quarter, after termination or expiration, from Anthology's main server. Data deletion shall not apply to the extent: (i) Anthology is required by applicable law to retain some or all of the Customer Data; or (ii) Customer Data archival and back-up files except in line with Anthology's data deletion schedule, as permitted under applicable laws.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

## ILE SERVICE LEVEL AGREEMENT

Anthology provides this Service Level Agreement ("SLA") for access to the Anthology ILE Software subject to the terms and conditions below.

For the avoidance of doubt the Parties agree and acknowledge that the terms specified in this SLA only apply to the ILE Software as specified in Exhibit B and does not apply to the EAE Software specified in Exhibit A-1.

### Definition of Terms in this Addendum

Service level agreement compliance is based on Anthology service delivery and support performance for the subscribed service, measured monthly against each SLA according to the subscribed service level. In this service agreement, terms are defined as follows:

**1.1    Availability:** "Availability" is achieved when the Anthology Hosted Services are present and ready for use, accessible in a usable form, or capable of responding to Institutional requests. Availability excludes minor malfunctions or errors that do not preclude the material use or function of the Anthology Hosted Services, as well as scheduled downtime for which Notification is provided.

**1.2    Response Time:** "Response Time" means the total time measured in time per request for the Anthology Hosted Services to process and transmit information to the client system from the time of receipt of the request.

**1.3    Notifications:** "Notifications" means the types and timing of notices to the Institution of a service, and includes routine notifications of maintenance, incident/alarm reporting, and threshold/usage reporting.

**1.4    Business Days:** Business Days are any day of the week other than a Saturday or Sunday or a day on which the banks are closed in the United States.

**1.5    Institution Related Action:** Any act of an End User or interaction of an IT component managed by the Institution that directly or indirectly affects the delivery of a warranted service.

**1.6    Institutional Representatives:** Those Persons who will be listed as contacts for Anthology at the Institution, as amended by the Institution from time to time. For Anthology, all Anthology staff shall be conclusively presumed authorized to give instructions and make requests for all matters regulated by this SLA.

**1.7    Damages:** All losses, costs, expenses suffered by a Party of this Agreement.

**1.8    End User:** Students, employees, suppliers or consultants of the Institution who have registered and been identified by the Institution as authorized to receive a password to access the hosted application(s).

**1.9    System Security:** "Security" is defined as the practice of protecting and preserving private resources and information. There are five main areas that fall under this umbrella definition: System or Server Security, Network Security, Internal Personnel Security, Client Personnel Security and Data Access Security. Anthology will provide secure application and data hosting, SSL encryption, firewall protection limiting Institution-only access, and data backup for the Institution's use of the hosted solution. Services on the systems hosting or providing access to the Institution data shall be limited to those services specifically required to meet contracted functionality. All other services will be specifically disabled or not allowed. Anthology shall also maintain awareness of security vulnerabilities associated with systems and networks hosting the Institution data and take that action reasonably necessary to apply such fixes and patches as may be released for those systems. Anthology shall ensure that vulnerability scans and tests are conducted to validate the security posture of the hosted environment.

**1.10    Error Resolution:** "Error Resolution" means the resources dedicated and target time for resolution for a Anthology Hosted Services service problem based on the severity of the problem and its impact on the business. Error Severity and resolution time frame is gauged based on the following table:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

| Severity | Definition | Effort Expected | Resolution Timeframe |
|---|---|---|---|
| Low | The problem requires technical assistance but does not impact The Institution's business | Logged in Anthology issue tracking system for resolution | With a future Anthology Hosted Services release or patch. |
| Medium | The Institution operations are disrupted, but a work-around has been identified. Minimal impact to The Institution's business | Escalation as deemed necessary by Anthology | With a future Anthology Hosted Services release or patch. |
| High | The Institution's business operation is severely impacted | Immediate escalation | Within 48 hours with updates as requested |
| Emergency | The Institution's business use of the Anthology Hosted Services is non-functional as a result of a Anthology Hosted Services or service error. | Immediate escalation; 24x7 effort expected on the part of Anthology until resolution or work- around is provided | Within 24 hours with updates as requested |

### *Service Remedies for SLA Non-Compliance*

**2.1     Service Credit:** If Anthology fails to fulfill an SLA service level commitment a subscribed   service (a "non-  compliance event"), Anthology shall furnish the Institution a service remedy in the form of a "Service Credit" or "Credit." The Service Credit shall be the Institution's sole remedy for a non- compliance event and the Institution hereby expressly waives the right to claim any other legal or  equitable remedy to which it may otherwise be entitled.

**2.2     Service Credit Procedure:** Subject to the procedures outlined in this section, for each non-  compliance event in which Anthology is responsible, The Institution shall be entitled to a Service Credit calculated in the manner provided in Section 3. If, for any calendar month, the Institution reasonably believes that the SLA has not been met for any Service Deliverable, the Institution shall furnish Anthology a written request (a "service remedy request") for SLA credit no later than five (5) business days following the non-compliance event date. The service remedy request must include the  dates and times of the alleged non-compliance event, the hosted solution affected, and a synopsis of the alleged non-compliance event. Failure to present a timely service remedy request will constitute a waiver of the Institution's right to demand compliance and receive a Service Credit. Anthology, in conjunction with the Institution, and within the constraints of credits allowed within Section 3, will determine the appropriate level of Service Credits applicable based on information provided by the Institution and  records maintained by Anthology. The decision made by Anthology for SLA credit will be provided to the Institution within 10 Business Days of receipt of the Institution's service remedy request. Anthology determination with respect to any Service Credit shall be final, binding and conclusive.  The non- compliance event begins at the time the Institution notifies Anthology and ends at the time at which Anthology notifies the Institution that the non-compliance event has been cured.

**2.3     Service Credit Application:** The Service Credit will be applied to the service invoice next  succeeding the processing of the credit.   Service Credits will not be given for any non-compliance event  occurring during any period in which the Institution's account has an undisputed past due balance or during any period in which the Institution is otherwise in breach of this Agreement.

**2.4     Exclusions:** Anthology warrants the hosted application to be available with the following exclusions: (i) scheduled periods of unavailability for maintenance, upgrades or other operational considerations, (ii) unavailability not due to Anthology hosting platform, such as failures of third party communications networks, of servers or interfaces for products of, or data or other inputs from, vendors other than Anthology, or of computer systems of the Institution, (iii) unavailability due to failure to use the hosted solution in accordance with the user manuals provided by Anthology, (iv) unavailability of functions or components that do not preclude use of the material functionalities of the hosted solution  taken as a whole, or (v) Force Majeure.

**2.5     The Institution Related Actions:** For any non-compliance event induced or occurring directly or  indirectly as a result of a The Institution Related Action, Anthology will not be accountable or  responsible for maintaining SLA compliance during the non-compliance event nor required to issue Service Credits  resulting from lack of SLA compliance as a result of The Institution Related Action.

### *Service Credit Specifics*

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**3.1    Base Service Credit Amounts:** Service Credits are equal to no more than 15% of the base-level prorated monthly Subscription Fee.

**3.2    Availability:** This SLA warrants that, following the Acceptance date, the material functionality of the hosted solution will be available to The Institution at least 99.5% of the time during each calendar month, calculated on the basis of seven days per week and twenty-four hours per day, Exclusions excepted.

**3.3    Error Resolution:** Following the acceptance date, Anthology warrants that Errors will be resolved within the time frame defined in the Service Level Agreement for the level of Error encountered.

**3.4    Response Time:** Following the acceptance date, the average Internal Response Time for the service provided during each calendar month, calculated on the basis of Availability periods.

**3.5    Operational Support:** Anthology agrees to provide no-cost operational support for routine functions of the software. Anthology may respond directly to these requests as long as the solution is at no cost to the Institution.    If Anthology determines that the solution to an operational support request involves any cost to the Institution, it will be considered Custom Development. In such case the Technical Contact must be notified before ANY cost is incurred by the Institution.

**3.6    Notifications:** Following the acceptance date, notification of a problem with the delivery of the service will be provided via e-mail and/or voice contact within 30 minutes of the occurrence. The notification will include the actions being taken to resolve the problem and the estimated hour that the system will be restored to full functionality.  Notification includes the planned disruption, expected hour that the system will be restored to full functionality, and a description of the changes to be made.

# EXHIBIT C

## ANTHOLOGY CERTIFICATE OF INSURANCE

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) [illegible]

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

Holder Identifier :

**PRODUCER**
Aon Risk Services, Inc of Florida
1001 Brickell Bay Drive
Suite 1100
Miami FL 33131 USA

CONTACT NAME:
PHONE (A/C. No. Ext): (866) 283-7122 FAX (A/C. No.): (800) [illegible]
E-MAIL ADDRESS:

**INSURED**
Anthology Inc.
5201 Congress Avenue
Suite 220A
Boca Raton FL 33487 USA

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A: | Hartford Accident & Indemnity Company | 22357 |
| INSURER B: | Trumbull Insurance Company | 27120 |
| INSURER C: | Hartford Casualty Insurance Co | 29424 |
| INSURER D: | Underwriters At Lloyds London | 15792 |
| INSURER E: | Property & Casualty Ins Co of Hartford | 34690 |
| INSURER F: | | |

**COVERAGES** CERTIFICATE NUMBER: 570091800029 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS. Limits shown are as requested

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE; X OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY; PRO-JECT; LOC; OTHER: | | | 21[illegible]441 | 01/04/2021 | 10/04/2022 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | AUTOMOBILE LIABILITY; ANY AUTO; OWNED AUTOS ONLY; SCHEDULED AUTOS; X HIRED AUTOS ONLY; X NON-OWNED AUTOS ONLY | | | 21 UEN [illegible]422 | 01/04/2021 | 10/04/2022 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| C | X UMBRELLA LIAB; X OCCUR; EXCESS LIAB; CLAIMS-MADE; DED; X RETENTION $10,000 | | | 21[illegible]095 | 01/04/2021 | 10/04/2022 | EACH OCCURRENCE | $25,000,000 |
| | | | | | | | AGGREGATE | $25,000,000 |
| E | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY; ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N; If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N N/A | | 21[illegible]444 | 01/04/2022 | 10/04/2022 | X PER STATUTE; OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $1,000,000 |
| D | Cyber Liability | | | PSC[illegible]3318; Claims-Made; SIR applies per policy terms & conditions | 12/10/2021 | 12/10/2022 | Aggregate | $10,000,000 |
| | | | | | | | SIR | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Evidence of Insurance.

Certificate No : 570091800029

**CERTIFICATE HOLDER**

Anthology Inc.
5201 Congress Avenue, Suite 220A
Boca Raton FL 33487 USA

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

*Aon Risk Services Inc of Florida*

©1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

The ACORD name and logo are registered marks of ACORD

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

**SCHEDULE C**

**PREVIOUS PRODUCT NAMES**

| Previous Product Name | Current Product Name |
|---|---|
| CampusNexus Student | Anthology Student™ |
| CampusNexus Finance, HR, & Payroll | Anthology Finance & HCM™ <br> Anthology Payroll™ |
| CampusNexus Occupation Insight | Anthology Occupation Insight™ |
| CampusNexus Engage | Anthology Reach™ |
| CampusNexus Apply | Anthology Apply™ |
| CampusNexus Succeed | Anthology Succeed™ |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

SCHEDULE D

**Anthology's Response to Customer Request for Proposal ("RFP")**

**[ATTACHED STARTING ON PAGE 43 FOLLOWING SCHEDULE E]**

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

SCHEDULE E

SCHEDULE E -- DATA SECURITY MEASURES

(replaces Annex B – Security Measures)

As of the Effective Date, Anthology shall have implemented and shall thereafter maintain a current, comprehensive security policy that satisfies the requirements set forth herein. Capitalized terms in this Schedule shall have the meanings set forth in the Agreement and Data Processing Addendum unless otherwise defined herein:

**Definitions**

"**Confirmed Security Incident**" means a Security Incident involving the (i) unauthorized access, acquisition or disclosure of Customer Data or Personal Information that compromises the security, confidentiality or integrity of the Personal Information; or (ii) unavailability of Anthology SaaS due to an actual Security Incident.

"**Customer Data**" means the data (including text, audio, video, and image files) posted, submitted, provided or otherwise made available to Anthology by Customer or Named Users. Customer Data includes, but is not limited to, Personal Information as defined in the DPA.

"**Security Incident**" means an event or series of events that Anthology reasonably believes is highly likely to be a breach of security that results in: (i) the loss, misuse, intrusion, of Customer Data; (ii) the unauthorized, and/or unlawful processing, modification, corruption, sale, rental, or destruction of Customer Data; (iii) actual jeopardy of availability of the Anthology SaaS that Anthology reasonably believes is highly likely to result in (i) or (ii).

**Customer Obligations**

Customer will not, and will ensure that its Users will not, post, submit, provide or otherwise make available to Anthology any of the following data as defined by Texas Business & Commerce Code 521.053(c) and Texas Government Code 2054.1125:

(i)         account number or credit or debit card number in combination with any required security code, access code, or password that would permit access to an individual's financial account; or

(ii)        information that identifies an individual and relates to the physical or mental health or condition of the individual, the provision of health care to the individual, or payment for the provision of health care to the individual.

**Anthology Obligations**

Anthology uses the following appropriate technical and organizational measures to protect Personal Information and Customer Data:

**Management Controls**

- Anthology maintains a comprehensive information security program with an appropriate governance structure (including a dedicated Information Security team) and written security policies to oversee and manage risks related to the confidentiality, availability, and integrity of Personal Information.

- Anthology aligns its information security program and measures with industry best practices, such as the International Organization for Standardization (ISO)/International Electrotechnical Commission (IEC) 27001, Open Web Application Security Project (OWASP), and National Institute of Standards and Technology (NIST) 800 frameworks.

- Anthology uses internal resources and third-party contractors to perform audits and vulnerability assessments and provide guidance on best practices for select systems containing Personal Information and Customer Data. System assessments and network audits are performed regularly. Issues identified during audits are prioritized and remediated as part of ongoing security monitoring using a risk management methodology.

- Anthology will implement appropriate security measures and procedures for monitoring all access to Anthology's information systems, Personal Information and Customer Data and for monitoring additions, alterations, deletions, and copying of Customer Data, including, but not limited to:

  - Maintaining records of system or applicable access attempts, both successful and failed for a mutually agreed period.

- Anthology employees and contractors receive security and data privacy training when they start and annually thereafter. Awareness campaigns are used to raise awareness about information security risks and Anthology information security policies and procedures. Select staff, such as developers, receive additional security training tailored to their job role. Completion of training is tracked.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

- New employees undergo background checks prior to onboarding, where permitted by applicable law, and sign a confidentiality agreement.

- Employees are required to comply with internal policies on the acceptable use of corporate IT assets. These policies address requirements on clean desk and secure workspaces, protecting system resources and electronic communications, protecting information, and general use of technology assets. Anthology employees are made aware that non-compliance with these policies can lead to disciplinary action, up to and including termination of employment/contract.

- Anthology maintains a vendor risk management program to manage the security and integrity of Anthology's supply chain. Anthology's procurement process for third party service providers that have access to confidential information (including Personal Information) includes a vendor security and privacy assessment review and a contract review by Anthology's Legal team.

- Anthology has a documented security incident response process for responding to, documenting, and mitigating Security Incidents and notifying Anthology clients, authorities or other parties as required. The process is reviewed and tested regularly.

- If Anthology SaaS are available to Customer, neither party will use these services to store any data subject to the Payment Card Industry (PCI) Data Security Standards or any protected health information, unless Customer's licensing product requires it as described to in each agreement.

## Admission Control

- Anthology employs appropriate physical safeguards to prevent unauthorized persons from gaining access to the premises where Customer Data and Personal Information is collected, processed, and used. Such premises may only be entered by Anthology and/or Anthology agents.

- Anthology and Anthology service providers implement physical security controls for the data centers used to store Customer Data and Personal Information. These controls are commensurate with industry best practices and local regulations, which may include 24x7x365 video monitoring, guards, secured ingress/egress, badged access, sign-in/sign-out logs, restricted access, and other best practices.

- Anthology uses appropriate measures to secure buildings, such as using access cards or fobs for employee access.

- Anthology uses appropriate measures to ensure that Customer Data and Personal Information held in hardcopy are kept securely e.g. in locked rooms or filing cabinet. Generally, steps are taken to ensure that access to hardcopy Customer Data and Personal Information is limited in the same way it would be on an electronic IT system i.e. access is limited to those individuals where it is necessary for them to have access in order for them to perform their job role.

## Entry Control

- Anthology uses appropriate measures to prevent unauthorized parties from accessing or using Anthology systems containing Customer Data and Personal Information.

- Anthology requires authentication and authorization to gain access to systems that store and are used for Processing Personal Information (i.e., require users to enter a user id and password before they are permitted access to such systems).

- Anthology has procedures in place to permit only authorized persons to access Personal Information internally or externally by using authentication procedures (e.g., by means of appropriate passwords), except as otherwise enabled by Customer.

## Access Control

- Anthology employs appropriate measures to prevent individuals accessing Customer Data and Personal Information unless they hold a specific access authorization.

- Anthology only permits access to Personal Information or Customer Data which the employee (or agent) needs for his/her job role or the purpose they are given access to Anthology systems for (i.e., Anthology implements

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

measures to ensure least privilege access to systems that Process Personal Information). System administration and privileged access is controlled and enforced on a need-to-know basis and is reviewed regularly.

- Anthology has in place appropriate procedures for controlling the allocation and revocation of access rights to Personal Information. For example, having in place appropriate procedures for revoking employee access to systems that Process Personal Information when they leave their job or change role. Unnecessary user accounts and default passwords are disabled on servers.

- Anthology systems containing Customer Data and Personal Information are protected by user identifiers, passwords, and role-based access rights.

- Anthology implements methods to provide audit logging to establish accountability by monitoring network devices, servers, and applications. Where applicable, aberrant activity generates alerts for investigation and/or action.

- All employees must use multi-factor authentication for remote access to IT assets within the corporate network.

- Anthology takes appropriate administrative safeguards to protect Anthology services against external attacks, including, for example, deploying firewalls and using services to provide 24x7x365 security monitoring of Anthology data centers to protect and defend against external security threats.

**Transmission Control**

- Anthology encrypts Customer Data and Personal Information while in transit over the internet to preserve its confidentiality and integrity.

**Input Control**

- Anthology maintains logging and auditing systems to monitor activity related to the input of Customer Data and Personal Information.

**Order Control**

- Anthology ensures that all requests from Customer with respect to Customer Data and Personal Information are processed strictly in compliance with Customer's instructions through the use of clear and unambiguous contract terms; comprehensive Statements of Work; appropriately designed policies and processes, and training.

**Availability Control**

- Anthology will implement and maintain appropriate security measures and procedures to support data availability, including procedures to ensure that Customer Data is protected from accidental destruction or loss, and against loss of data caused by a power shortage or interruptions in the power supply.

- Anthology protects Customer Data and Personal Information in Anthology's possession against unintentional destruction or loss by implementing appropriate management, operations, and technical controls such as firewalls; monitoring; and backup procedures. In addition, Anthology will implement and maintain appropriate security measures and procedures to destroy Customer Data when appropriate and in accordance with the Agreement.

  - Example measures that may also be taken include mirroring of storage media, uninterruptible power supply (UPS); remote storage; and disaster recovery plans.

**Data Management Controls**

- **Data Integrity Controls.** Anthology will implement and maintain appropriate security measures and procedures to protect the integrity of the Customer Data, to prevent the unauthorized recording, alteration or erasure of Customer Data.

- **Data Encryption.** Anthology will implement and maintain appropriate security measures and procedures to ensure that Customer Data is encrypted or protected by other technical means, where appropriate, so that it cannot be read, copied,

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

changed or deleted by unauthorized persons while in storage and while it is being transferred electronically or transferred or saved on a data medium.

- **Data Destruction** Anthology will implement and maintain appropriate security measures and procedures to destroy Customer Data when appropriate and in accordance with the Agreement.

- **Data Segregation** Anthology will implement and maintain controls to ensure that Customer Data is logically segregated from other customer's data.

- **Software Patching.** Anthology will implement and maintain appropriate security measures and procedures to ensure the regular update and patching of all computer software and network device to remediate vulnerabilities and remove flaws that could otherwise facilitate security breaches.

- **Infrastructure Management.** Anthology must implement and maintain infrastructure management with a change control process.

- **Backup, Retention, and Recovery.** Anthology will implement and maintain appropriate backup and recovery security measures and procedures to ensure data availability in the event of loss of data or information systems from any cause.

- **Hardening** Anthology will implement and maintain processes to ensure all the server, network devices and systems are hardened to ensure that all (not limited to) default accounts are secured or disabled, all unused services are stopped.

- **Application Security.** Anthology will implement and maintain an Application Security program to identify and remediate vulnerabilities Third party assessment is preferred. A summary of this report should be made available as and when requested by Customer.

## Security Incidents

- Anthology maintains a documented Security Incident Response Plan which is regularly tested.

- Upon becoming aware of a Security Incident, Anthology will promptly and without undue delay (and in any event within forty-eight hours) report the Security Incident to Customer by providing an initial notification to TCC CISO at infosec@tcc.edu so that Customer can take the appropriate measures and meet its reporting obligations under applicable Texas law, including, but not limited to, 10 TAC § 202.73. Once the Security Incident is confirmed and considered a Confirmed Security Incident, Anthology will promptly provide the additional information described below.

- Anthology shall (i) promptly investigate such Security Incident in accordance with its security incident response plan, (ii) take all measures and actions as are reasonably necessary to remedy or mitigate the effects of a Confirmed Security Incident.

- In the investigation of a Confirmed Security Incident, Anthology will:

  - Assign an Anthology Relationship Manager to serve as a liaison to the TCC Incident Response Team for duration of event through resolution.

  - provide timely cooperation and assistance as Customer may require to fulfil its Security Incident reporting obligations under applicable law.

  - assist Customer in relation to any Security Incident notifications it may be required to make under applicable law.

  - To the extent such information is available and required by law, the notification of a Confirmed Security Incident shall include the following:

    - a general description of the Security Incident, including the nature and date of the Security Incident;

    - the categories and approximate number of individuals concerned;

    - the categories and approximate number of Customer Data or Personal Information records concerned;

    - the likely consequences of the Security Incident;

    - the measures used to protect the Personal Information;

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

- the measures Anthology has taken or proposes to take to address the Security Incident, including, where appropriate, measures to mitigate its possible adverse effects; and

- the name and contact details of Anthology's relevant point of contact with regard to the Security Incident.

o    Provide reports about the status of any Anthology remediation and restoration activities at appropriate intervals and keep Customer informed about all material developments in connection with the Security Incident.

o    In the event of a Confirmed Security Incident, Customer will be responsible for the timing, content, and delivery of any legally required notification to its Users who are impacted by such Confirmed Security Incident and to any regulator or third party in accordance with applicable law.

o    If, due to a Confirmed Security Incident which results from a breach of the data security obligations set forth herein by Anthology, its agents, or Sub-processors acting on its behalf, any third-party notification is required under applicable law, Anthology shall, subject to the limitations of liability in the Agreement, reimburse Customer for all reasonable "Notification Related Costs." Notification Related Costs are limited to internal and external costs required under applicable law associated with addressing and responding to the Confirmed Security Incident, which may include: (a) preparation and mailing or other transmission of notifications required by applicable law; (b) establishment of an adequate call center and other communications procedures in response to the Confirmed Security Incident; (c) costs for remediation measures such as credit monitoring or reporting services for affected individuals for at least twelve (12) months in relation to a Security Incident that involves social security numbers, or to the extent required by law. With respect to any Security Incident which does not result from a breach of the data security obligations set forth herein by Anthology, its agents, or Sub-processors acting on its behalf, or is the result of Customer's failure to properly protect its Login Credentials, Notification Related Costs shall be at Customer's expense, except as otherwise required by applicable law.

o    Anthology's obligation to report or respond to a Confirmed Security Incident under the Agreement or this Schedule is not and will not be construed as an acknowledgement by Anthology of any fault or liability of Anthology with respect to the Confirmed Security Incident.

o    Unless prohibited by law, Customer will make reasonable efforts to notify Anthology before reporting the Confirmed Security Incident to any governmental oversight body and prior to communicating to third party (whether to any Users, clients, or the public) and provide Anthology with copies of any written documentation to be filed with the regulators and of any other notification Customer proposes to make which references Anthology, its security measures and/or role in the Confirmed Security Incident, whether or not by name. Subject to Customer's obligations to comply with any mandatory notification deadlines under Applicable Data Privacy Laws, Customer will consult with Anthology in good faith and take account of any clarifications or corrections Anthology reasonably requests to such notifications or communications and which are consistent with Applicable Data Privacy Laws.

## Post-Incident After Action Review and Improvement Plan

Following a Confirmed Security Incident, Anthology will reasonably cooperate with Customer to enable Customer to complete the DIR Incident Response Template contained in the DIR Incident Response Handbook (currently available at https://dir.texas.gov/information-security/cybersecurity-incident-management-and-reporting).

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A




**Tarrant County College District**



CampusNexus

Proposal

for

**Tarrant County College District**

Enterprise Resource Planning (ER) Software
RFP # 21-015
Due: Thursday, March 11, 2021 by 2:00 pm CT



anthology

Official Contact: **Kevin Roberts**

kroberts@anthology.com| 325.829.5514

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

Anthology Inc.
5201 Congress Avenue
Boca Raton, Florida 33487



www.anthology.com
Office:+1 561-923-2500
proposals@anthology.com

March 11, 2021

Dr. Eugene Giovanni
Tarrant County College District
1500 Houston Street
Fort Worth, Texas 76102

Dr. Giovanni,

Langston Hughes famously asked us to consider what happens to a "dream deferred." Some of us are privileged enough to be able to use this question as a basis for meaningful reflection. However, for many, it is an all too accurate description of their lives. For them, the dream of a life built on the foundation of an education seems out of reach. The thought of furthering their education to bring about better opportunities is often quickly overcome by the seemingly insurmountable obstacles standing in their way. Seemingly at every turn, the system pushes against their dream, and the only option is to put it on hold.

We are excited to see the Tarrant County College district take on this challenge, and we are eager to join you in your efforts. For more than 30 years, Anthology has been serving students just like yours. We understand their unique needs and challenges. We understand that many of them have little to no margin in their daily lives; and consequently, the efforts to complete their education are easily derailed. We understand this means communication must be clear and timely, pathways must be well-defined and flexible, and administrative details must be readily accessible and easily completed. CampusNexus provides that functionality.

Our entire history has been centered on providing systems to enable schools to transform their operations to serve students. In fact, education is our only business. Just like TCCD, we are driven by the belief that the dream of a life transformed through education does not have to be deferred. It can, and should, be realized immediately.

Our experience and commitment to Higher Education has culminated in CampusNexus. CampusNexus is a fully-functioning, comprehensive system designed to serve every aspect of today's community college. Out-of-the-box, CampusNexus will immediately address several of Tarrant County College's needs.

- The need to deliver education to non-traditional, often adult learners
- The need to offer flexible and varied delivery modalities
- The need to provide verifiable outcome assessments
- The need to process various types of federal financial aid simultaneously
- The need to respond quickly to changing market demands
- The need to communicate with many different constituents at all stages of their engagement with the college

We are confident that CampusNexus will provide an immediate impact on your most important constituent, the students. All too often, the care and feeding of a system becomes the primary focus of an institution's staff and administrators. We believe that their day should be focused on changing the

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

Anthology Inc.
5201 Congress Avenue
Boca Raton, Florida 33487



www.anthology.com
Office:+1  561-923-2500
proposals@anthology.com

lives of their students.  Through such features as a fully integrated workflow engine to streamlines tasks and baseline analytics that allow every user to quickly gain meaningful insights, we designed CampusNexus to allow you to be about the business of helping students realize their dreams.

We also understand that the Tarrant County College district is a complex organization and requires a robust system to support its administration.  Consequently, CampusNexus provides a complete administrative suite for all your Human Resources, Finance, and Payroll needs.  We also provide all federal and state compliance reporting ensuring that the District meets its responsibilities to both the Department of Education and the Texas Higher Education Coordinating Board.  Finally, this functionality is built on the Microsoft platform and deployed in the Microsoft Azure cloud.  The Azure platform guarantees that the system is scalable, available, and easily extensible.

Our commitment to higher education is getting noticed by schools all over the United States and the world.  From schools all over the globe to community colleges right here in Texas, we currently serve more than Anthology's combined technology footprint in higher education includes more than 2,100 unique campuses and millions of students.  Furthermore, we are experiencing record growth each year.  In fact, according to the Tambellini Group's research, Anthology's CampusNexus has been the number one selected SIS for the past six years in a row.

We are proud of this growth, yet we are not resting on our laurels.  We continue to work every day to make CampusNexus better and add features to help our customers change lives.  We are driven by a commitment to ensure each school gets the best possible system to enable their mission.  No vendor, including Anthology, can be all things to all people.  Consequently, we willingly and enthusiastically partner with others.

As you read through the RFP, we are confident that you will see that CampusNexus can meet your current needs and, more importantly, can be a platform to support your dreams.  Just like TCCD, we are in the business of transformation.  We want to partner with you in transforming the lives of your students, the communities of Tarrant County, the state of Texas, and the nation.  There is no need to speculate about what happens to dreams deferred.  Working together, we can realize them today.  Truly, success is within reach.

Sincerely,

Kevin Roberts
Regional Sales manager
Anthology, Inc.
Enclosed: Letter of Submittal, Contract Exceptions, Signature

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

Anthology Inc.
5201 Congress Avenue
Boca Raton, Florida 33487



www.anthology.com
Office:+1 561-923-2500
proposals@anthology.com

## Letter of Submittal

Per the instructions of the RFP:

The Letter of Submittal must be signed and dated by a person authorized to legally bind the Proposer to a contractual relationship, e.g., the President or Executive Director if a corporation, the managing partner if a partnership, or the proprietor if a sole proprietorship. Along with introductory remarks, the Letter of Submittal is to include by attachment the following information about the Proposer and each proposed subcontractor:

1. Name, address, principal place of business, telephone number, e-mail address of legal entity or individual with whom contract would be written, and role (i.e., prime contractor, subcontractor).

Prime Contractor
Anthology Inc.
5201 Congress Ave.
Boca Raton, FL 33487
561.923.2500
proposals@anthology.com

For the purposes of this RFP, your designated sales representative is Mr. Kevin Roberts. His contact information can be found on the cover page.

2. Name, address, and telephone number of each principal officer (President, Vice President, Treasurer, Chairperson of the Board of Directors, etc.).

Jim Milton, Chief Executive Officer & President
Anders Nessen, Chief Financial Officer & Treasurer, and Secretary

3. Legal status of the Proposer (sole proprietorship, partnership, corporation, etc.) and the year the entity was organized to do business as the entity now substantially exists.

Anthology Inc. (formerly known as Campus Management Corp.) is a Florida corporation. Anthology was established in 1988 and became a corporation in 1994.

4. Federal Employer Tax Identification Number or Social Security Number and the Vendor ID issued by the Texas Comptroller of Public Accounts. If the Proposer does not have a Texas Vendor ID, the Proposer must state that it will become licensed in Texas within thirty (30) calendar days of being selected as the Apparently Successful Contractor.

65-0518155

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

Anthology Inc.
5201 Congress Avenue
Boca Raton, Florida 33487



www.anthology.com
Office: +1 561-923-2500
proposals@anthology.com

5. Location of the administrative facility from which the Proposer will provide services.

Our Client and Cloud Services (Support) staff will perform all work related to issue triage, troubleshooting, and resolution from one of our Anthology office locations or through staff members working remotely. Our office locations are in Boca Raton, FL (headquarters); Bangalore, India; Kansas City, MO; and Buffalo, NY.

6. Identify any state employees or former state employees employed or on the firm's governing board as of the date of the proposal. Include their position and responsibilities within the Proposer's organization. If following a review of this information, it is determined by the College that a conflict of interest exists, the Proposer may be disqualified from further consideration for the award of a contract.

There are none.

## Contract Exceptions

Per instructions of the RFP, we have provided our exceptions to TCCD's terms and conditions for your review. We have completed the Excel file *"Standard Terms and Conditions of Purchase (Q-13XY)"* in the provided Excel template and uploaded it as part of our submission.

## Signature:

Jennifer Pakel, Proposal Manager

_____

*Name & Title of Authorized Individual*

*Jennifer Pakel*    ___3/9/2021_____

*Signature*          *Date*

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## Table of Contents

Letter of Submittal ........................................................................................................................ 4

   Contract Exceptions ................................................................................................................... 5

   Signature: .................................................................................................................................. 5

Tab 1: Executive Summary ........................................................................................................ 8

Tab 2: Software Firm Qualifications and Experience ............................................................... 15

Tab 3: Software Solution ......................................................................................................... 26

   5.4.1 Solution Overview ........................................................................................................ 26

   5.4.2 Software Functionalities and Delivered Capabilities ..................................................... 34

      Admissions CRM Functionality ......................................................................................... 34

      Student Information .......................................................................................................... 39

      Human Capital Management ............................................................................................. 46

      Financial Management ...................................................................................................... 48

      Common and Cross Functional Capabilities ...................................................................... 54

      ERP Capabilities and Business Processes ........................................................................... 61

      Financial Transaction Classification/Chart of Accounts/Reporting .................................... 64

      Texas State Requirements ................................................................................................ 68

      User Interface .................................................................................................................. 69

      Accessibility ..................................................................................................................... 70

      Privacy Controls ............................................................................................................... 71

      Reporting and Data Analytics ........................................................................................... 72

      Document Management .................................................................................................... 73

   5.4.3 Technology Platform ..................................................................................................... 73

      Data Center and Hosting .................................................................................................. 75

      Back-up, Recovery, and Continuity ................................................................................... 75

      Compliance ...................................................................................................................... 76

      Data Management and Security ........................................................................................ 79

      IAM and Users Accounts .................................................................................................. 80

      Interfaces and Integration ................................................................................................ 86

      Performance Monitoring and Joint Processes .................................................................... 90

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖‖anthology

Technical Application Features ........................................................................... 91

5.4.4 Software Maintenance and Support .............................................................. 94

System Documentation and Online Help Tools ................................................. 94

Customer Support ............................................................................................. 98

Software Maintenance and Updates .............................................................. 100

Training ........................................................................................................... 101

User Community .............................................................................................. 103

**Tab 4: Implementation Approach** ........................................................... **105**

**Tab 5: Response to Requirements** ......................................................... **118**

**Tab 6: Cost Proposal** .............................................................................. **118**

**Appendix** ................................................................................................... **119**

Attachment 1 Images and Graphics ............................................................... 119

Cross-Functional Tab ..................................................................................... 119

Sample Master Services Agreement .............................................................. 120

Contacting Us ................................................................................................. 121

Notes .............................................................................................................. 121

For Tarrant County's Review: Our Solution's User Interface ......................... 123

CampusNexus Student User Interface ........................................................... 123

CampusNexus Engage User Interface ........................................................... 126

CampusNexus Finance, HR & Payroll User Interface .................................... 129

CampusNexus Occupation Insight User Interface ......................................... 132

CampusNexus Apply User Interface .............................................................. 134

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



# Tab 1: Executive Summary

The Anthology team is pleased to provide the enclosed response to the Tarrant County College District's Request for Proposal # 21-015 for an Enterprise Resource Planning System. This proposal describes the proven capabilities of the CampusNexus® suite delivered via the Microsoft® Azure® Platform-as-a-Service.

Our proposal includes solutions for Student, CRM, Finance, Human Resources & Payroll. CampusNexus is a modern, mobile, unified solution in production at institutions facing the same challenges as those confronting Tarrant County College. After carefully reviewing the RFP, we know that we can meet all the requirements TCCD has outlined. Furthermore, we are confident that the features in CampusNexus will transform how the District serves the needs of the constituents. Our customers around the globe rely on the CampusNexus platform to improve student outcomes, optimize operations, and automate business processes. We drive innovation and transformation through a combination of focusing on the student first, flexible technologies, and a culture of service. With Anthology and CampusNexus, "success is within reach".

Anthology's mission is to "deliver the higher education platform and services that allow you to transform your academic delivery, student success, and operational efficiency on your terms". Our mission describes the impact we have on our customers, but our primary focus is on enabling student success. During our 30+ years of service to higher education, we have witnessed seismic changes in student expectations, governmental requirements, institutional priorities, and technology solutions. As you are aware, these changes are not abating. Even before the upheaval caused by the recent pandemic, many of your students had significant challenges in realizing their educational aspirations. The impediments they faced often seemed insurmountable.

Meanwhile, the call for a well-trained, job-ready workforce continues to grow louder. As the economy begins to reopen and reshapes itself, the need for training and education becomes more critical. Additionally, students and their families will continue to wrestle with the rising costs of traditional four-year universities; consequently, they will look to you to provide high-quality, affordable alternatives. All this means that the challenges faced by TCCD in the past will not be going away soon. They will grow.

However, in times of great uncertainty, there is an excellent opportunity for those courageous enough to stand in the gap. When it would have been easy to batten down the hatches and ride out the storm, you boldly promise your students that "Success is within reach". You have put a stake in the ground and claimed that serving the students and their needs come first. You have asserted that the Tarrant County College District will not be afraid of the future but will shape it.

The work of transforming lives and consequently an entire community is inspiring, and we want to join you in making it a reality. We believe that our technologies and our culture make us uniquely positioned to work alongside you. Throughout the rest of this document, you will see that CampusNexus is a fully-functioning, immediately deployable, and comprehensive system that can support all the features and functionality that the District is seeking.

Furthermore, we hope that you get a glimpse into our culture. While CampusNexus is undoubtedly the star of the show, we believe our corporate experience and culture are real differentiators. We believe that the lion's share of what a school purchases in an ERP is a relationship. These are long term decisions

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



and often represent decades-long relationships. Functionality is essential, but the relationship is what will prove the most valuable over time. Tarrant County College needs to ask "Can we see ourselves doing business with this company for the next 20 years? Do we believe that they will remain our loyal and trusted partner long after the contract is signed?".

**Why CampusNexus is the Best Value**

The image to the right is a conceptualization of Anthology and the CampusNexus ecosystem. Just like you, everything we do drives to the goal of student success.

We believe there are four characteristics of our company that are particularly valuable for the Tarrant County College District.



**Commitment**

Higher education is our only industry. It is all that we do. Consequently, we are deeply committed to it. Additionally, we are committed to community colleges. To help us focus on the needs of the nation's community colleges, Dr. Walter Bumphus, President and CEO of the American Association of Community Colleges, recently joined Anthology's Board of Directors.

This commitment is being recognized all over the industry. Over the past six years, nearly 150 colleges and universities have joined the Anthology family. According to Vicki Tambellini, The Tambellini Group President and Chief Executive Officer, "As modern student systems gain traction in the market, Tambellini research shows that Anthology (formerly Campus Management) received more student selections than any other vendor in 2019, capturing 29.5 percent of the selections," said Vicki Tambellini, president, and CEO of The Tambellini Group. "Anthology (Campus Management) has led student selections in the private, for-profit, and not-for-profit sections for each of the past three years and total selections for the past six years."

Finally, and most importantly you, we are committed to Texas and specifically to Texas Community Colleges. To embody that commitment, we have created and staffed the **Texas Service Center**. Through the Texas Service Center, Anthology will provide, as part of the baseline deployment of CampusNexus, full support for the creation and submission of all state-mandated reports, including the Texas Higher Education Coordinating Board's (THECB) and the Coordinating Board Management (CBM) reports. Anthology will also provide resources to work alongside institutions in Texas to ensure compliance with other THECB requirements such as Texas Success Initiative (TSI), Guided Pathways, and other related 60x30 programs.

**Experience**

Anthology has been serving the higher education industry for over 30 years. Early during that time, we were focused almost exclusively on proprietary schools where we obtained, and still enjoy, market dominance. This experience has prepared us well for understanding the needs of community colleges, including:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



- The need to deliver education to non-traditional, often adult learners
- The need to offer flexible and varied delivery modalities
- The need to provide verifiable outcome assessments
- The need to process various types of federal financial aid simultaneously
- The need to respond quickly to changing market demands

**Innovation**

A hallmark of Anthology has been our commitment to innovation. We fully understand that the technology your students and constituents access every day is continually evolving. We also know that these interactions set their expectations on how they interact with the ERP. We are continuously looking for ways to make sure our solution is "ahead of the curve" in meeting these expectations. Furthermore, we make every effort to incorporate these innovations into the baseline system and not deploy them as "add-ons" for you to buy later. This commitment to innovation is widely recognized. Recently, Anthology as named the EdTech 2020 Breakthrough Award Winner. The EdTech award honors excellence and recognizes creativity, hard work, and success in a range of educational technology categories. EdTech selected Anthology from over 1,500 nominees across twelve countries.

**Flexibility**

The last phrase of Anthology's mission statement is "on your terms," and we take that very seriously. While there are many common problems faced by all higher education institutions, we understand that each one is unique and that a "one-size-fits-all" approach will not work. We pride ourselves in being "easy to do business with." We want to work together with you to craft an agreement and configuration that meets your needs. We will bring our experience and knowledge of industry best practices to the table, but we will work with you to determine how those work best in YOUR context. Some examples of our flexibility are:

- **Interoperability** – The three main components of CampusNexus are designed to work in concert with each other. CampusNexus Student, CampusNexus CRM and CampusNexus HR/Finance/Payroll combine to provide a platform capable of supporting any institution. The fully embedded Power BI provides unparalleled access to data and consequently insights across all aspects of the institution. All aspects of CampusNexus are fully developed and functioning right now and have been designed from the very beginning to work hand-in-hand with each other.
- **Extensibility** – We also understand that an institution's ERP is not the only system needed to support the complex operations of today's institutions. Our open API structure along with the "platform as a service" nature of Microsoft Azure makes creating and maintaining interfaces between other systems easy. Whether it is an LMS, a library management system, or even one of the fundamental components of the ERP, we are dedicated to making sure that CampusNexus remains extensible. We believe that is the best way to ensure your success.

**Key Features and Functions of CampusNexus**

**Microsoft Technology**

CampusNexus is deployed entirely in the Microsoft Azure platform. Furthermore, it is architected using Microsoft's building blocks. By partnering with Microsoft, we can focus all of our development efforts on solving Higher Education problems. We have the luxury of relying on the world's leader in enterprise applications to do what they do best—that is providing unrivaled scalability, security, integrations, and innovation—while we do what we do best. That is understanding and meeting the needs of colleges. Margo Day, Microsoft Vice President (retired), US Education, has said, "Anthology is continuing to build

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



on its student-centric engagement solutions in the higher education applications market. Together, we are ushering in the digital transformation by developing products and services that make the pathways for students connected, accessible, and personally relevant."

Building on the Microsoft platform allows us to integrate with the entire Microsoft ecosystem natively. This means that end users can move seamlessly and effortlessly between CampusNexus and the applications they use every day like Outlook, Word, and Excel. Furthermore, it means that data can flow seamlessly between these applications as well. For example, tasks generated by CampusNexus appear on a person's task list in Outlook, and budgets held in CampusNexus are updated by budget managers in Excel, all while maintaining the appropriate security protocols. Finally, the "look and feel" of CampusNexus is familiar and intuitive to Microsoft users, significantly minimizing the training needed for a user to become proficient.

### Federal and State Compliance

Compliance is a "cost of doing business" in today's world. Schools must remain in compliance with the seemingly never-ending stream of state and federal mandates. All too often, it seems that compliance is a drain on the college's limited resources. It takes staff time and institutional resources to monitor and maintain the school's adherence to regulations. At Anthology, we understand that time spent on compliance is time not spent with a student. Because of our shared commitment to student success, we will take on that responsibility for you. We ensure that CampusNexus will comply with federally mandated regulations. Including such things as:

- Financial aid awarding and distribution
- Return of Title IV funds
- IPEDS reporting
- 1098-T processing
- W-2 and 1099

In addition to the federal compliance, we provide to all our customers. We also support Texas state compliance for Texas Community Colleges. As discussed earlier, the **Texas Service Center** has been established by Anthology to provide baseline inclusion of the Texas Higher Education Coordinating Board's CBM reports as well as support for colleges in complying with other 60X30 initiatives such as:

- Guided pathways
- Texas Success Initiative

### Robust Institutional Analytics

Today's colleges have access to seemingly unlimited data but turning that data into actionable intelligence seems virtually impossible. Many systems rely on old architecture that forces an institution between either prioritizing transactions or reporting. Faced with this, they must choose transactions leaving them with bolt-on reporting solutions as their only option.

CampusNexus is fundamentally different. Its modern architecture and Microsoft foundation allows Microsoft's Power BI to be fully and completely integrated into the system. This integration means that campus leaders can have access to dashboards and key performance indicator reports on any device, at any time in real-time. This tool allows end-users, not IT professionals, to create specific reports that are meaningful to them using any data point in the system. Because CampusNexus reporting is woven into every aspect of the system, users can see data at the highest-level dashboard and drill down to the transactions that make up the data point.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌anthology

## Academic Enterprise Management

Teaching and learning are at the core of the academic enterprise and, subsequently, at the core of the college. It is the reason colleges exist and therefore is at the heart of any higher education ERP's functionality. If a system cannot fully support the academic endeavors of a college, it is not worth having. Let us be very clear: CampusNexus is fully capable of managing the essential aspects of the Academic Enterprise. It is a fully functioning SIS, and specific features will be documented later in the RFP. There are also features of CampusNexus that set it apart from all its competitors. Just one example is:

- **Flexible Delivery Modalities** – Community colleges serve a wide variety of constituents with wildly varying needs. To best meet these needs, a school needs to offer its courses in a variety of ways. For example, some programs need to be provided on a traditional, seat-time, semester basis. Others may need to be provided using clock hours, and still others may need a carousel start method. In most systems, a school cannot deliver all these options without significant manual intervention or customization; with CampusNexus, you can. Tarrant County College District can provide courses based on the program's needs and not on the system's limitations. It is your choice, and the system can handle whatever mix you choose and appropriately apply a student's financial aid.

## Institutional Administration

Higher education is a noble and grand undertaking that changes the trajectory of families for generations. It is also a complex and volatile business. For an institution to meet its goals of providing a comprehensive, accessible, and quality education, it must efficiently attend to the business needs of the enterprise. As a fully integrated complete ERP solution, CampusNexus provides the perfect platform for this. Anthology utilizes our relationship with Microsoft as a critical building block in providing this functionality. We want our internal development efforts to be focused on solving Higher Education problems. Subsequently, we leverage the power of Microsoft Dynamics to provide the foundation for the CampusNexus Finance, HR & Payroll system. This partnership lets Microsoft do what it does well, providing scalability, security, and a diverse feature set. At the same time, Anthology gets to do what we do best, meeting the unique needs of higher education. In addition to the specific functions provided in CampusNexus Finance HR & Payroll, we have added features to the entire CampusNexus suite to drive operational efficiency. One example is:

- **Faculty Workload Management** - Our unified Microsoft architecture enables the utmost flexibility to utilize and monitor data across HCM, Financials, Student, and other legacy systems in the calculation and reporting of Faculty workload. Using CampusNexus, Faculty workload is calculated by assigning values to course components such as lectures, labs, and related class workload items. Values can also be calculated for courses using enrollment data, based on credit contact hours taught or count of students enrolled to assign the course the unit(s) of measurement and workload value. You define the teaching loads used to determine full or part-time loads based on the course workload calculation.
  Workload adjustments can be made due to a change in teaching load due to faculty assignments other than teaching, approved overload/overtime, or your specific scheduling policy, e.g., variable credit or concurrent courses. Finally, the approval process for adjustments is defined and monitored by the college.

## Student Success

Just like Tarrant County College, student success drives everything at Anthology. It is the reason you come to work every day, and it is the reason we do too. Everything we do is in the name of helping students succeed. We have highlighted many aspects of CampusNexus that support that aspiration, and

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



there are more details throughout the rest of the RFP. However, there are a couple that bear highlighting.

- **CampusNexus Engage CRM** – At the heart of each CampusNexus record is an individual. The system has been designed from the ground up with the student at the center. This design culminates and is seen most clearly in CampusNexus Engage. Engage is the CRM engine that powers CampusNexus. It manages all aspects of the college's relationships. Including those with, recruited students, existing students, employers, and high schools.  Engage is genuinely like no other CRM on the market today.
  Engage takes all aspects of the student's relationship with the college from when they first come on the radar, through their matriculation and on to post-graduation engagement, and makes them visible and actionable to the college. It will allow you to track and communicate with your students in the personalized fashion we all expect.
- **Academic Advising** – We all understand that having a plan is the key to success in college, and this is especially true with the students that you serve. For our students to be successful, they need a clear definition of what success is and a clear pathway on how to get there. The combination of Occupation Insight and CampusNexus' Degree Pathways feature does just that, and no other system on the market has anything like it. It provides the student and the advisor with a visual representation of the path to gainful employment. Furthermore, it allows them to consider various scenarios such as a program change or taking fewer hours and immediately see the impact it has on their anticipated completion. This powerful tool helps busy students see their goals, assess their progress toward them, and make changes accordingly.

~~Key Partner~~

~~Robots & Pencils~~
~~Robots & Pencils is an award-winning strategy, design, and mobile-first development firm headquartered in Cleveland, OH, with offices across the United States (including Texas!), Canada, and the United Kingdom. They are home to over 180 Strategists, Researchers, Analysts, Designers, Architects, Developers, and Engineers. Their "follow the talent" strategy has enabled them to gather an unfair share of rock star teammates from the higher education space. Their talent can easily identify with the wants and needs of students, faculty, administrators, and IT, because they have been at the forefront, longing to accelerate the pace of positive change in this industry for decades.~~

~~Robots & Pencils serves as their clients' Innovator of Record  —assessing, mastering, and applying leading-edge technologies to help future-proof their businesses. They have helped dozens of academic to plan, design, and launch innovative solutions that achieve ambitious organizational goals, all with the student firmly at the center of a highly tailored, dynamic experience. The deep design and integration experience of Robots and Pencils, when combined with Anthology's CampusNexus platform, will ensure that the students of the Tarrant County College District will have a cutting-edge user experience that removes barriers preventing them from realizing their goals.~~

## Conclusion

Our proposal will have an immediate impact on what is most important to you.  We believe that success is within reach.  It is in within reach of your students and it is within reach of TCCD. We believe that together, we can take hold of that success and deliver on the promise.  We want to work alongside you

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



in transforming Tarrant County, the State of Texas and higher education.  We believe that all of that is "within reach."

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



# Tab 2: Software Firm Qualifications and Experience

The College is soliciting proposals from qualified firms that are in the business of providing the requested products as listed in this RFP. The response to this section of the proposal should include, at a minimum, the following information:

**Primary Software Provider**

1. Include a detailed narrative description of the Primary Software Provider's (PSP) organization with the following elements:

a. Date established;

Anthology (a merger of Campus Labs, Campus Management, iModules ) was established in July, 2020. We have provided our full corporate history in item "f" below.

b. Company legal name and legal form of ownership;

Anthology Inc. is a Florida corporation.

c. Location in which the PSP is incorporated;

Florida.

d. Full disclosure of any proposed off-site activity and the locations involved;

Our Client and Cloud Services (Support) staff will perform all work related to issue triage, troubleshooting, and resolution from one of our Anthology office locations or through staff members working remotely. Our office locations are in Boca Raton, FL (headquarters); Bangalore, India; Kansas City, MO; and Buffalo, NY.

e. Research and development budget;

Our development budget is approximately $28mm for Fiscal Year 2021.

f. Brief overview of business operations, with an emphasis on ERP-related operations in higher education or other organizations of similar size and complexity;

**About Anthology**

In July 2020, Campus Management, Campus Labs, and iModules joined to create a bold and disruptive company, Anthology, which will revolutionize higher education. Anthology brings together the best people, solutions and expertise in higher ed to empower your institution with the knowledge and data-driven insight it needs to drive student and operational success.

Our holistic approach enables you to transform how students, alumni, community supporters, faculty, and administrators engage with your institution and with each other. With Anthology

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



solutions, you recruit to advance. You capture the student experience in and out of the classroom and create new experiences based on insight from analytics applied across the student lifecycle. You operate to lead.

In November 2020, Anthology acquired xRM Software, a leading CRM solutions provider of alumni and advancement solutions, expanding the company's collection of the best in higher education technology.

From student information systems, engagement and analytics tools to fundraising solutions, we provide the innovation and support you need to thrive in a rapidly evolving higher education environment. Anthology's innovative solutions are built on Microsoft technology, including Microsoft Azure, Microsoft Office 365, and Microsoft Dynamics 365.

Anthology's combined technology footprint in higher education includes more than 2,100 unique institutions in over 30 countries with 14 cloud-based solutions that support the entire student lifecycle. The company is headquartered in Boca Raton, Fla., with offices globally in Buffalo, N.Y.; Kansas City, Mo; Irvine, Calif., Bangalore, India; London, U.K.; and São Paulo, Brazil.

A Legacy of Success Supporting Higher Education – United as Anthology

2020

- Anthology's Product Solutions Recognized by Tambellini Group for Sixth Consecutive Year - Anthology, a leading provider of cloud-based SIS, CRM and ERP solutions and services that help higher education institutions transform their business operations and enable student learners to succeed in multiple modalities, announced it has been identified by the Tambellini Group's "Student Systems U.S. Higher Education Market Share, Trends, and Leaders Report," published in 2020. "As modern student systems gain traction in the market, Tambellini research shows that [Anthology] received more student selections than any other vendor in 2019, capturing 29.5 percent of the selections," said Vicki Tambellini, President and CEO of The Tambellini Group. "[Anthology] has led student selections in the private, for-profit and private, not-for-profit sections for each of the past three years and total selections for the past six years."

**About Campus Management Corp.**

Since its founding in 1988, Campus Management has shared higher education's passion for transforming communities, nations, and lives. For more than three decades, the company's guiding principle has been: "Every line of code we write should solve a higher ed challenge." Campus Management was also the number one CRM vendor in higher education as based

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ||anthology

upon product adoption. With the company's solutions built on a Microsoft foundation, the company was also recognized as the Microsoft Global Partner of the Year for Higher Education.

Key milestones in Campus Management's corporate history include:

**1988**

- Founded in Boca Raton, Fla., the company's first major product, CLASS is released, a course logistics and student scheduling application solution.

**2014**

- Campus Management announces the availability of CampusNexus, a fully integrated institution-wide student information system, CRM, and ERP solution suite for higher education.

**2017**

- Campus Management acquires the Admissions and CRM solutions from Hobsons. Announces a new constituent engagement solution, CampusNexus Engage, and Occupation Insight, a workforce analytics solution.

**2018**

- Wins the 2018 Microsoft Global Partner of the Year Award in Education. Acquires Education Partners.

**2019**

- CampusNexus Occupation Insight wins 2019 Tech Edvocate Award for Best Student Information System Application.
- Microsoft Partner of the Year Power BI Finalist.

**2020**

- Veritas Capital Fund Management acquires Campus Management from Leeds Equity Partners, which continues as an investment partner. Announces the uniting of Campus Management, Campus Labs, and iModules into one company: Anthology.

## About Campus Labs

In 2001, two MBA students at the University at Buffalo founded Campus Labs, Inc. with the intent to assist colleges and universities with the collection and aggregation of data to inform the student experience. In the past nineteen years, the tools have expanded beyond data

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▐▌anthology

collection to assessment, accreditation, strategic planning, course evaluations, retention, and other tools to support student success. The Campus Labs Platform provides an end-to-end solution for setting student success goals, collecting evidence, and reporting. The platform assists in the collection, analysis, and compilation of mission-critical information at some of the most prestigious institutions in the world. In addition to offering technology, member campuses rely on Campus Labs for expert consultation, professional development, and ongoing support to achieve institutional success.

2001

- Founded in Buffalo, NY, by entrepreneurs with a novel idea: create a business focused on collecting student feedback to help improve campus services.

2015

- Selected by CIO Review's 50 Most Promising Education Technology Solution Providers.

2016

- Honored with 2016 Readers' Choice Award by Campus Technology in the category of student success/retention, based on national survey of educational professionals.

2019

- Announces acquisition of IDEA Education, increasing impact of existing partnership.

2020

- Veritas Capital Fund Management acquires Campus Labs from Leeds Equity Partners, which continues as an investment partner. Announces the uniting of Campus Labs, iModules, and Campus Management into one company: Anthology.

**iModules**

Founded in 2002, iModules has been a recognized leader in higher education technology for nearly two decades, driving significant impact in the advancement segment of higher education via its integrated platform. In the journey of achieving and sustaining market leadership, iModules has partnered with some of the top public and private institutions in the world including more than 50 percent of the top 400 fundraising institutions in the U.S., helping them transform engagement with alumni and supporters through high value insights and analytics. Through its integrated tools for website content management, data management, email marketing, event management, online giving, and social networking, more than 650 customers trust iModules to reach their 117 million-plus constituents each year.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

**2002**

- Founded in Overland Park, Kansas, introduces groundbreaking Constituent Engagement Management software.

**2008**

- Establishes iModules Scholarship Program, which supports high school and university students in their academic pursuits.

**2010**

- Recognized as one of Kansas City Business Journal's Champions of Business.

- Recognized as one of Lead 411's Technology 500.

**2011**

- Received the Chamber of Commerce Economic Growth Council's NOVA Award.

- Listed on the annual Inc. 500|5000, an exclusive ranking of the nation's fastest-growing private companies.

**2012**

- Listed on the annual Inc. 500|5000, an exclusive ranking of the nation's fastest-growing private companies.

- Recognized as one of Lead 411's Technology 200.

**2014**

- Acquired by Leeds Equity Partners, LLC, a New York-based private equity firm.

**2015**

- Named to Ingram's Corporate Report 100.

- Recognized as one of Kansas City's fastest growing companies by the Kansas City Business Journal

**2020**

- Veritas Capital Fund Management acquires iModules from Leeds Equity Partners, which continues as an investment partner. Announces the uniting of iModules, Campus Management, and Campus Labs into one company: Anthology.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## Corporate Structure and Ownership

In February 2020, Veritas Capital is leading private investment firm that invests in companies that provide critical products and services, primarily technology and technology-enabled solutions, to government and commercial customers worldwide, including those operating in the aerospace & defense, healthcare, software, national security, communications, energy, government services and education industries. Campus Management Corp. was previously owned by Leeds Equity Partners, LLC since 2008. Leeds Equity will continue as an investor in both companies in partnership with Veritas.

## Anthology Solutions

Anthology's innovative solutions are designed leveraging Microsoft technology, including Microsoft Azure, Microsoft Office 365, and Microsoft Dynamics 365. Anthology will deliver innovative solutions in four key areas:

- Leverage industry-leading capabilities in Student Information System (SIS), Enterprise Resource Planning (ERP), institutional effectiveness, and compliance solutions to aid institutions in managing operations and navigating changing regulation

- Build upon existing leadership position in CRM solutions to support recruiting, enrollment, student success, and alumni engagement and deliver a holistic view of constituent relationships

- Enhance understanding of the student experience with strong offerings in assessment management and student engagement

- Deliver data visualization and analytics to empower decision-making by institutional administrator

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

anthology



Microsoft Partner
Silver DevOps
Silver Small and Midmarket Cloud Solutions



Microsoft Partner
Gold Application Integration
Gold Data Analytics
Gold Enterprise Resource Planning
Gold Application Development
Gold Cloud Platform



Microsoft Partner
2018 Partner of the Year Winner
Education Award

Microsoft Partner
2019 Partner of the Year Finalist
Power BI Award

g. PSP's ERP experience in organizations of similar size and complexity, with an emphasis on Texas public higher education institutions and community colleges;

Anthology is uniquely positioned to provide high quality, best practice consultation regarding strategic planning of academic portfolio and administrative services. The knowledge and expertise gained from more than 20 years working with campuses of all sizes—ranging from individual schools of education, business, law, etc., to multi-campus systems—is memorialized as high impact practices to share within and outside the higher education community. The sharing of these practices through our signature services fulfills our corporate mission of empowering and transforming colleges and universities.

Our solutions are configurable and extremely flexible, allowing us to provide a solution that can work for the unique needs of learners at state institutions in many community college districts across the country. Open access, partnerships with local businesses, workforce development and learners that 'start, stop and start again' are common requirements. In the state of Texas, Anthology is proud to work with two districts, Del Mar and Brazosport. These implementations also include the required state reporting to support the unique needs of the state.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



h. A statement of whether, in the last ten (10) years, the PSP has filed (or had filed against it) any bankruptcy or insolvency proceeding, whether voluntary or involuntary, or undergone the appointment of a receiver, trustee, or assignee for the benefit of creditors, and if so, an explanation providing relevant details;

No

i. A statement of whether there are any pending Securities Exchange Commission investigations involving the PSP, and if such are pending or in progress, an explanation providing relevant details and an attached opinion of counsel as to whether the pending investigation(s) may impair the PSP's performance in a Contract under this RFP;

No

j. A statement of whether the PSP is currently under investigation (or had previous findings in violation) of U.S. export control laws and regulations including but not limited to the Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), and all embargoes and/or other restrictions imposed by the Treasury Department's Office of Foreign Asset Controls (OFAC);

No

k. A listing of all contracts or purchase orders that PSP executed or accepted within the last five (5) years and which were canceled or terminated prior to completion by any institution of higher education, state agency or other entity with which PSP contracted. For each such contract or purchase order, PSP must include a detailed explanation for the cancellation or termination and final resolution of the matter. Include the names and telephone numbers of each such institution's, agency's or firm's contact person . If none, specify none.

Within the last 5 years, there have been no material terminations of any Anthology customer contracts outside of the ordinary course, or due to the fault of Anthology.

l. A statement documenting all open or pending litigation initiated by PSP or where PSP is a defendant in a customer matter; and full disclosure of any criminal or civil offense.

Anthology has one current lawsuit that is not material to its business:

A lawsuit with a customer that is a California for-profit corporation, for breach of contract. Anthology believes that the claims have no merit and filed a counterclaim for breach of contract as the customer failed to pay fees owed.

2. As described in the RFP Section 2 (Proposer and Software Minimum Requirements), the Proposer for ERP software must meet the documented minimum mandatory qualifications to respond to this RFP. Failure to meet these requirements will disqualify the vendor from responding, and will result in rejection of the Proposer's proposal. Document how your firm meets each of the mandatory requirements from Section 2 and complete the Compliance Certification Form in Bonfire.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

The College has set the following minimum mandatory qualifications for Proposers. All Proposers must certify their compliance with each of these requirements by completing the Compliance Certification Form in Bonfire.

- The proposed solution provides an integrated suite of Student Administration (Student), Human Capital Management (HCM), and Financial Management (Financials), to include the functionality or capabilities listed above in Section 1.3.

Yes, CampusNexus includes a fully integrated suite of CRM, Student, HCM, and Financials including the functionality and capabilities listed in section 1.3.

- All proposed functionalities must be delivered as a modern, Cloud-based ERP solution built and delivered as a Software-as-a-Service (SaaS) solution.

Yes, CampusNexus is delivered as a modern, fully cloud-based ERP solution built and delivered as a SaaS solution.

- All proposed HCM and Financials functionality must be Generally Available and must be used in production by at least one U.S.-based, accredited Higher Education customer.

Yes, Anthology has many customers in production on our proposed CampusNexus HCM and Financials functionality. We have provided a reference who is currently in production and two others who are currently in implementation.

- The proposed Financials software must have successfully gone through two full fiscal year cycles including year-end close for all proposed functionality or modules in scope.

Yes, our proposed CampusNexus Finance, HR & Payroll solution has successfully gone through two full fiscal year cycles including year-end close for all proposed functionality.

- The proposed HCM software must have successfully gone through two full calendar year cycles, including year-end payroll reporting.

Yes, our proposed CampusNexus Finance, HR & Payroll solution has successfully gone through two full calendar year cycles including year-end payroll reporting.

- Some or all of the proposed Student Administration functionality must be Generally Available and used in production by at least one U.S.-based, accredited Higher Education customer. The remaining functionalities must be on the vendor's roadmap with a demonstrated commitment to have all proposed functionalities Generally Available within three years of the proposal submission.

Yes, our proposed CampusNexus Student functionalities are in production at dozens of higher education customers in the U.S. We have provided a reference who is currently in production and two others who are currently in implementation.

- TCC follows Section 508 of the Rehabilitation Act accessibility standards. Section 508 compliance is a legal requirement for the College. Any online software/application/website needs to be compliant with WCAG 2.0 A and AA standards. It is preferred that all software meets WCAG 2.1 A and AA

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



standards. If portions of the software are not compliant, it needs to be noted how it is not compliant, and what the proposed accommodations will be to meet compliancy.

Yes, our CampusNexus solution is compliant with WCAG 2.0A and AA Standards.

- The Proposer must be able to certify they are licensed to do business in the State of Texas or provide a commitment that it will become licensed in Texas within thirty (30) calendar days of being selected as the Apparently Successful Contractor.

Yes, we are licensed to do business in the state of Texas and currently have several Texas higher education customers using our proposed CampusNexus solution.

Anthology meets and exceeds all minimum mandatory qualifications and has certified our compliance by completing and signing the Compliance Certification Form.

3. Financial Statements: a. Option A: Proposers who have audited financial statements are to provide the following: Audited financial statements for the two (2) most recent available years. If the financial statements are intended to be confidential, please submit in a separate file. The file name should include the word "Confidential". b. Option B: Proposers who do not have audited financial statements are to provide the following: It is preferred that audited financial statements for the two (2) most recent available years be submitted. However, if not available, provide a copy of firm's two (2) most recent tax returns or compiled financial statements by an independent CPA. If the financial statements or tax returns are intended to be confidential, please submit in a separate file. The file name should include the word "Confidential".

We have uploaded our confidential audited financial statements to satisfy this requirement. Note that the audited financial statements only represent our operations from February 29th, 2020 to June 30th, 2020 (4 months). On February 29th, 2020, our ownership and overall corporate structure changed, forming a new holding entity and combining three companies (Campus Management Corp., iModules Software, and CampusLabs) into a single operation known as Anthology, Inc. As part of this transaction and ownership change, there were significant write downs of balance sheet accounts such as Deferred Revenue, Accounts Receivable, and Deferred Expenses. Significant extraordinary expenses related to the transaction were also recorded at this this time. These factors, along with the 4 month timeframe of the financial statements should be considered when assessing the financial performance and viability of our organization going forward. EBITDA and Net Cash from Operations from July 1 to December 31, 2020 are both strongly positive.

4. The PSP must provide three (3) references from organizations, other than from within the College, where the software that is the subject of this solicitation are currently in production usage. To the extent possible, provide references for higher education customers of a similar mission and size/complexity as the College. Please provide these references directly in the Bonfire required forms, Question Set 10.

The College, at its discretion, may contact any of the references provided by the PSP and PSP's

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



provision of such references shall act as approval to the College to contact references in order to determine their experiences with the PSP. Additionally, the College may request site visits, demonstrations and/or web presentations to evaluate the overall user experience of the PSP.

Anthology has provided three references on the Bonfire required forms question set 10 as instructed. Please note that Anthology considers our references information to be confidential.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



# Tab 3: Software Solution

The Proposer will provide narrative responses regarding the proposed software solution, organized in accordance with the outline below.

## 5.4.1 Solution Overview

1. Provide an overview of the Proposer's comprehensive software solution, software proposed, and the integration proposed to meet the College's requirements. This section is intended to be a high-level overview of the product(s) offered.

While we are providing functionality details for each solution separately, it is important to note that our solutions work better, together. The power of SIS + CRM + ERP is greater than simple integration.   Our belief is that a modern institution must deploy systems of intelligence that work seamlessly.  The Student Information system is your system of record for student transactions; while the CRM operates as the person and organization system or record that aggregates SIS and other data to predict, prescribe, and engage with all your constituents. The ERP is there to manage all the operational aspects of the institution around finance, procurement, human resources and payroll.   Together, our CampusNexus solution is delivered to you as a software as a service solution expertly managed by our very own CampusNexus Cloud.

<u>Constituent Relationship Management</u>

CampusNexus Engage is a system of intelligence and engagement. The solution is designed to support your entire system in building relationships with its constituents. Starting with prospects and applicants in the admissions office to current student and faculty connections or even alumni and community members, CampusNexus Engage is your hub of person and organization data.

CampusNexus Engage's functionalities include:

Strategic Enrollment Management: Collect inquiry and application information through your online application or other forms.  CampusNexus Engage allows you to create forms and process for how to manage incoming student information.

- Recruiting and Enrollment Funnel Management

- Application Management (Requirements, Recommendations, Test Scores, etc)

- Online Application Creation and Management

- Decision Review

- Territory Assignment

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



**Student Success & Retention:** Automate the assignment of action items to learners, keeping them on a successful path to completion. Success networks are assigned so that learners know how to contact when they need assistance.

- Student Success Network
- Early Alerts
- Success plans and task management
- Appointment Scheduling

**Marketing and Communications :** Using familiar tools like Outlook, Chat, Text, or emails, your staff can easily communicate with anyone in CampusNexus. Contacts can reply back for a true engagement.

- Surveys
- Omni-channel Marketing and Outreach

**Event Management:** Manage details of events, whether you are hosting an event on campus, like a campus tour; or helping staff that travel to off-site events.

- Event & Travel Management
- Appointment Scheduling

**Analyze and Automate:** CampusNexus Engage provides tools for reporting, analysis and automation that are re-usable and user friendly.

- Workflow design
- Reporting and Analytics

<u>Student Information System</u>

As your student information system, CampusNexus will serve as the hub of your institution's operations across the student lifecycle, from admissions, academics, and financial aid, to career services and alumni relations. The solution unites departments, campuses, and workflows while enabling flexible terms and financial aid options.

CampusNexus Student is a dynamic solution that will grow and transform with you as new business models and student needs evolve. Some of the highlights of our proposed software solution include the following:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## Strategic Enrollment Management

- CampusNexus integrates with Apply Texas to receive applications and drive learners through the enrollment process. It also gives TCCD the tools to create supplementary program applications, scholarship applications and any other type of application solution the district may need.
- Financial Aid – process applications, verify data, determine eligibility, package and award, disburse funds and create adjustments through powerful, automated processes.
- Student Accounting – record information about learners, including charges, payments, refunds and adjustments.

## Academic Management

- Academic Records
- Assist enrollment processing through timely course scheduling and registration.
- Manage waitlists, automatically apply tuition and fees, and document each learner's academic history.
- Protect academic standards and brand recognition of programs.

## Curriculum Management

- Plan curricula and identify pre- and co-requisites, define grade schema, pass/fail and retake policies.
- Identify faculty eligible to teach courses, determine facility needs, equipment, and book requirements for each course and class section.
- Offer the same academic program in standard, nonstandard, and non-term formats, all in one environment.

## Student Academic Progress

- Monitor Satisfactory Academic Progress (SAP).



- Enable degree progress audits, including "what if" scenarios, and student pacing in multiple types of programs.
- CampusNexus Degree Pathways allows TCCD to use program, course and catalog information to create guided pathways to program completion.
- Degree Progress Audits, and Degree Pathways allow learners to view and monitor their progress towards program completion based on academic requirements.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## Graduation Processing

- Verify program completion requirements.

- Apply financial standing rules.

- Confer degrees and bestow credentials upon eligible students.

## Student Engagement & Outcomes

- Student Services – provide individual support plans and academic services based upon each learner's needs.

- Career Services – prepare students to excel in their field of choice by managing internship and externship opportunities, assisting them with career skills building, and matching them with employers.

- Learning Management Systems (LMS) - Integrate your preferred LMS to gain real-time visibility into student performance.

- Regulatory and Compliance Reporting – measure the cost effectiveness of each course and program and supply accrediting bodies with critical and necessary institutional effectiveness data.

## Reporting and Analytics

- Satisfactory Academic Progress and student progression

- IPEDS outputs

- 1098-Ts

- Gainful Employment compliance reporting

- Customized transcripts

- Executive, managerial, and operational dashboards

- Occupation Insight, our analytics solution, brings together career, job and skills data with an institution's programs and courses to allow learners to explore the programs that TCCD has to offer.

## Finance, Human Resources and Payroll

With CampusNexus, the integrated solution allows you to ensure greater levels of transparency and visibility of the learners lifecycle millstones, student transactions and revenue records, realize meaningful visual analytics dashboards, manage payroll including clock in and out time tracking, automate workflows, streamline interdepartmental processes, realize cost savings, and dramatically improve operational efficiency. With Finance, HR and payroll functionality built

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



on the Microsoft Dynamics 365 platform integrated with Power BI analytics server and student information system, the solution provides modern technology stack to manage business operations as well as processes uniquely specific to Higher Education such as student accounts, revenue recognition, create and maintain fund sources, federal work study and payroll integration, faculty workload management and credential tracking, IPEDS reporting data sourcing, scholarships and grants management, and position control and budgeting.

2. In this section, the Proposer should provide a product summary chart that lists:

a. Each Software Provider (please list the Primary ERP Provider first);
b. The different product sets to be provided by each Software Provider; and
c. The categories of functionality (i.e., modules) within those product sets.
Anthology is the primary software provider and will be offering our full CampusNexus ERP solution to TCCD. Our CampusNexus product set consists of an integrated SIS, CRM, and ERP solution offered fully as a cloud SaaS based solution. Please see our response to # 1, above, for more details on functionality within our CampusNexus solution. It is important to note that Anthology also provides the implementation services for our CampusNexus solution.

We are also proposing our partner provider Robots & Pencils. As stated previously in our executive summary:

Robots & Pencils is an award-winning strategy, design, and mobile-first development firm headquartered in Cleveland, OH, with offices across the United States (including Texas!), Canada, and the United Kingdom. They are home to over 180 Strategists, Researchers, Analysts, Designers, Architects, Developers, and Engineers. Their "follow the talent" strategy has enabled them to gather an unfair share of rock star teammates from the higher education space. Their talent can easily identify with the wants and needs of students, faculty, administrators, and IT, because they have been at the forefront, longing to accelerate the pace of positive change in this industry for decades.

Robots & Pencils serves as their clients' Innovator of Record — assessing, mastering, and applying leading-edge technologies to help future-proof their businesses. They have helped dozens of academic to plan, design, and launch innovative solutions that achieve ambitious organizational goals, all with the student firmly at the center of a highly tailored, dynamic experience. The deep design and integration experience of Robots and Pencils, when combined with Anthology's CampusNexus platform, will ensure that the students of the Tarrant County College District will have a cutting-edge user experience that removes barriers preventing them from realizing their goals.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



3. Describe features of the software that are designed to meet the unique needs of higher education. What functionality does the solution provide that supports the mission of a higher education institution, and especially a large community college like TCC?

We welcome the opportunity to showcase all of our features in a solution demonstration. With this response, we provide a high level overview of some of the features that you will get "out of the box".

Our Student solution includes functionality for admissions, student academic records, registration and grading, degree audit, guided pathways, all regulatory requirements, financial aid, student accounts, career services, student activity tracking, document management, and more. A key differentiator for our product is the ability to manage multi-terms (both standard and non-standard or date-based); nontraditional learner pathways; competency based or clock hours in addition to credit hours and full advising abilities. For faculty, you have the ability to track faculty workload and send pay information to your payroll solution. Faculty can also take advantage of the skills assignment in their courses, and link that information to Occupation Insight, our powerful workforce analytics tool. Faculty and advisors can use guided pathways, and with our Succeed solution, assign success plans to individual students based on their unique circumstances.

Our Finance solution includes all of the course functions of a business office from budgeting, encumbrance, payables and receivables, fixed assets, etc. Position control, faculty contracts, IPEDS reporting, reporting and analytics are included out of the box.

The CRM is designed specifically for higher education, from building out online application forms with required submissions and reminders, to recruiter tools for events and travel and analytics to ensure you are meeting enrollment goals. The student lifecycle continues in the CRM with student success planning and retention scoring. Any person in your stakeholder community can be included in communications journeys through the marketing automation engine.

Our holistic approach enables you to transform how students, alumni, community supporters, faculty, and administrators engage with your institution and with each other. With Anthology solutions, you recruit to advance. You capture the student experience in and out of the classroom and create new experiences based on insight from analytics applied across the student lifecycle.

From student information systems, engagement and analytics tools to fundraising solutions, we provide the innovation and support you need to thrive in a rapidly evolving higher education environment. Anthology's innovative solutions are built on Microsoft technology, including Microsoft Azure, Microsoft Office 365, and Microsoft Dynamics 365.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

As proof of the relevance of our feature set, the Student solution was recognized by The Tambellini Group for the sixth consecutive year in 2020. "Anthology, a leading provider of cloud-based SIS, CRM and ERP solutions and services that help higher education institutions transform their business operations and enable student learners to succeed in multiple modalities, announced it has been identified by the Tambellini Group's "Student Systems U.S. Higher Education Market Share, Trends, and Leaders Report," published in 2020. "As modern student systems gain traction in the market, Tambellini research shows that [Anthology] received more student selections than any other vendor in 2019, capturing 29.5 percent of the selections," said Vicki Tambellini, President and CEO of The Tambellini Group. "[Anthology] has led student selections in the private, for-profit and private, not-for-profit sections for each of the past three years and total selections for the past six years."

4. Describe your vision and product direction by addressing the following topics at a minimum: a. Strategic commitment and support for higher education; b. Commitment to the proposed products and product direction and roadmaps; c. Future technology direction and unique or differentiating technology approach; and d. Your development methodology and how your Higher Education customers influence its direction.

Our vision lies in connections. Connecting data, experiences, communities, and people are at the core of what we do. Each of our products focuses on how learners connect with their institutions, from the first outreach to long-lasting relationships via giving or life-long learning. Our company is 100% focused on higher education. We do not work in other industries, so our strategic commitment is built on that premise. Each of our product roadmaps reflect our company goals to improve the student experience, provide robust analytics to use in decision-making, and operations at-scale to enable our customers to perform their everyday business functions efficiently, securely, effectively and without sacrificing student service. Roadmaps can be presented on request.

Our technology footprint is based on the Microsoft Azure platform. Our engineering teams write higher ed code, and only higher ed code. We rely on the Azure platform for the robust world-class technology solutions for integration, visualizations, common data services, cloud operations and more. We welcome the ability to present our architecture and how we leverage it.

Our development teams work in an agile environment, with their respective product management counterparts. The product management team includes customers in the enhancement queues through our online forum, regular meetings with customers, and by studying industry trends through professional organizations like NACUBO, AACRAO SEM, NACAC and others.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

*Anthology roadmaps are considered confidential and are intended to outline our general product direction. It is intended for information purposes only and may not be incorporated into any contract. It is not a commitment to deliver any material, code, or functionality, and should not be relied upon in making purchasing decisions. The development, release, and timing of any features or functionality described for Anthology products remains at the sole discretion of Anthology.*

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## 5.4.2 Software Functionalities and Delivered Capabilities

1. Describe each of the software functionalities being proposed to meet the scope of functionality listed in Section 1.3 (Project Scope) of this RFP. For each functionality, the Proposer should summarize the key features and functions of that functionality, along with the delivered and supported integration points, delivered reports, and delivered workflows, using the following format. The total response for each functionality should not exceed two (2) pages.

Admissions CRM Functionality

a. Functionality: Indicate the description of the software functionality for the proposed software solution - Admissions (CRM)Functionality (e.g Core Student Data, Recruiting and Admissions, Advising, Enrollment, Communications, event management). Please list all delivered functionality for Admissions

CampusNexus Engage is an institution-wide solution that can integrate with, scale into, or completely replace existing CRM systems. Our solution offers the managing of constituent records, data, events, retention, recruiting, communications, and more. CampusNexus Engage optimizes business processes across multiple campuses and departments through its use of a single, industry-standard user-defined, role-based user interface - and it includes a full marketing automation and events management module.

**Recruiting**
- Campaigns
- Trips/Travel
- Predictive Modeling
- Recruitment Analytics
- Student Surveys

**Communication/Marketing**
- Communication Journeys
- SMS
- Email
- Phone
- Web Tracking
- Lead Scoring
- Form Builder
- Social Posting

**Admissions**
- Dynamic Application Forms
- Application Portal
- Application Review

**Student Success/Advising**
- Student Alerts
- Case Management
- Success Plans
- Success Network
- Campus Surveys

**Event Management**
- Event Workflows
- Registration Forms
- Event Check-in
- Venue Management

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



b. Narrative Description of Major Functions: Describe in narrative from the major business process functions addressed by this functionality (admissions, CRM (whatever was listed in a above) Describe the key features of the functionality and how it addresses the pertinent business needs of the college.

CampusNexus Engage is built to meet the specific needs of higher education institutions. The history of Anthology -- combined with the technology platform delivered by our partner, the Microsoft Corporation -- provides many advantages to our customers, advantages that other vendors cannot provide. One of those key advantages is that our solution is fully enterprise-ready across your entire institution. CampusNexus is not limited to one business need or to just one department. Anthology's solution is a flexible solution that meets your needs today -- as large and diverse as they may be -- will scale upward and grow along with your institution.

CampusNexus Engage is unique in that it is a CRM for the whole campus, specifically built for higher education and on a world-class CRM platform that includes all of the technology benefits of being 100% cloud-based with a platform and infrastructure that are automatically adapted and tuned to accommodate the licensed workloads of each customer supported by the power of Microsoft's Azure cloud. While the burden of managing hardware is removed from the customer, the flexibility to configure/customize the solution to Tarrant County College District's unique business processes is virtually limitless. Tarrant County College District will be enabled to layer unique configurations on top of the solution in all modules of the system.

More than a communications platform, Engage creates personalized journeys across channels, that not only informs; it encourages and cultivates desired behavior. With CampusNexus Apply, the desired behavior may be to complete the application or accept an admissions offer. With CampusNexus Succeed, the desired behavior may be to complete a Student Success plan. The Apply module for admissions is powerful yet user friendly. Whether you are building forms, creating communications journeys, or building reports, the tool is easy to use and does not require coding skills.

CampusNexus Engage and the Microsoft Dynamics platform are recognized leaders in higher education. In 2020, CampusNexus Engage was selected as the Enrollment Management Solution Provider of the year in the Campus Management's CampusNexus Engage Wins Enrollment Management Solution Provider of the Year in 2020 EdTech Breakthrough Awards 2020 EdTech breakthrough solutions category.

**Admissions:**

- CampusNexus Apply module includes tools for prospect management and enhanced recruiting. This solution offers staff members many tools of efficiency while providing leaders and decision-makers with deep insights for analysis. CampusNexus Apply also

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



provides management of the application process from both the student's and the institution's perspectives.

**Communications:**

- Within CampusNexus, you manage your intelligent and intentional communication plans through a Journey Builder. You can customize those plans and personalize them to each audience member based on their respective attributes or interactions with elements in your communication campaign. Journeys can support all facets of a comprehensive communication effort ( i.e. - email, SMS, phone calls, mailings) and you can apply them to promote your recruitment and student success efforts including application pushes, application notifications, events, deposited student follow-up, campus activity calendars, registration notifications and more.
- The Journey Builder tool is a very user-friendly visual editor. It allows drag and drop of steps in the campaign. You can use templates and distribution lists to fine tune a department's communication efforts.

**Event Management:**

- CampusNexus Engage includes a robust event management tool. Event planning can be tied to campaign journeys by way of automated triggers for communications and based on registration status (invited, registered, attended, no-show).
- Events can be as simple as a 1-time, single event, or more complex and include full agendas and guest registration, with or without fees.
- Event dashboards give an overview of all events, including statistics around revenue, attendance, and registration numbers.

**Student Success/Advising:**

- CampusNexus Succeed supports your retention initiatives by delivering success plans, campus surveys to identify at risk students, and success networks to help students understand their available resources.
- CampusNexus Engages provides you with a 360-degree of a student's record and its associated data. You can access student information by any faculty or staff member at the institution that is granted permissions to do so. These permissions can be granular as to what data they can view, add, edit, and so forth. You can grant access to student data as needed for departments such as athletics, wellness, public safety, and more.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ||anthology

Those departments can create their own data views, data views that are relevant to their specific operations.

**Complementary modules that you may find useful include:**

- CampusNexus Insight delivers reporting and modeling tools to provide support to your students.
- Occupation Insight ties degree and career paths together.

This institution-wide approach offers many advantages across the institution and delivers an effective one-solution approach for student engagement.

c. Delivered/Supported Integrations: List any delivered or supported integrations or APIs between this functionality and third-party products. If there are known integrations that are provided by third-party vendors, please identify those as well (Admissions/CRM listed functionalities in a above)

CampusNexus Engage gives you a flexible integration framework to connect all of the systems on campus with your CRM.

- CampusNexus Engage comes with a  full complement of APIs and OData capabilities for real-time integration with the systems.
- CampusNexus Engage's Web API provides a development experience that you can use across a wide variety of programming languages, platforms, and devices.
- The Web API implements the OData (Open Data Protocol), an OASIS standard for building and consuming RESTful API over rich data sources.
- CampusNexus Engage supports all major application and test score providers. This includes CAS, Common App, ETS, TOEFL, GRE, College Board, ACT.
- Further examples include: Instructure -Canvas LMS, Blackboard Analytics –Student, Financial Aid, Advancement, Finance, Maxient -Conduct Manager, CollegeNET -25Live, Hyland/Perceptive Document Imaging, Microsoft Office 365, Microsoft Exchange, etc.

CampusNexus Engage has templates and utilities for connection with many common sources. We will work with you to create connections for those sources that do not have templates or utilities. Evaluation of integration needs with other CRM's will be discussed during the blueprinting/ discovery phase of the project implementation. Anthology will recommend the best approach for integration and then contribute details regarding the project scope.

d. Delivered Reports/Data Extracts: Provide a list of delivered reports or data extras for this functionality (Admissions, CRM functionalities listed in a above) that are relevant to Higher Ed Customers. Include examples or links to sample reports. If a report/extract is applicable to multiple functionalities or

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

modules include it in each functionality or module where appropriate. Indicate if these delivered reports/extracts can be modified.

CampusNexus Engage provides robust reporting tools using both native reports as well as Power BI to deliver comprehensive out-of-the-box reports and dashboards, as well as the ability to create additional reports by staff based on their privileges. A report wizard can be used to create reports easily in just a few steps and without using XML or SQL-based queries. To create more complex reports, you can build your own custom reports from scratch or you can use an existing CampusNexus Engage report as a template from which to create custom reports. Reports can be distributed, shared, or kept private across teams and users.

**Power BI:** Power BI sits on top of the data that is generated inside of CampusNexus Engage. Power BI is a cloud-based business analytics service that gives you a single view of your most critical data. It allows you to monitor the health of your processes using live dashboards with rich interactive reports. With native Power BI Mobile apps, all the reporting is available on the go. Power BI includes tools to perform trend analysis, historical comparisons, and to reach deep into the data using an intuitive question and answer mode. Another big advantage of this technology component is that it allows institutions to bring data, not just from CampusNexus Engage, but from other disparate sources and marry them together in the analysis layer.

Dashboards may be configured based on user role, enabling fast access to relevant data during advising appointments, coaching sessions, or retention planning. Reports and PowerBI are leveraged to track travel and territory performance.

Here are some examples of commonly used standard reports.

- Active Contacts
- Active Donors and Alumni
- Active Faculty
- Active Students
- Advising Manager: My Advisors' Active Contacts
- All Contacts
- Contacts Being Followed
- Contacts I Follow

- Contacts: No Campaign Activities in Last 3 Months
- Inactive Contacts
- My Active Contacts
- My At-Risk Students
- My Connections
- My Contacts No Activity 30 Days
- My Success Network Contact

e. Delivered Workflows: Provide a list of delivered workflows for this functionality (Admissions, CRM functionalities listed in a above). Identify any workflows that cannot be modified by the College.

CampusNexus has a robust workflow system that provides functionality that you can use to create individual workflows, or business processes. Many best practice workflows are included

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▊▊anthology

& easily created. Our workflow represents a business process. It defines how a document flows, or moves, through the system by showing who must complete a task, make a decision, or approve a document. Through workflow, College-specific procedures and policies such as routings and approvals based upon thresholds can be automated, such as requisition approvals, leave requests, or budget approvals (as examples). The workflow defines how a process flows through the solution by showing who is responsible for completing a task, to make a decision or to approve something. This workflow process reduces the manual labor normally needed to conduct such business operations. In the event of reorganization, the organizational hierarchy is modified which inherently impacts business logic that references the hierarchy. Workflow and security are two examples of business logic that often reference these hierarchies, and users will be alerted to the need to revisit or confirm these when appropriate.

To delegate an individual work item in CampusNexus, you can select the Delegate option in the Workflow menu and then enter a user, of equal or higher security role access, to be delegated to along with a comment. This will reassign the work item to that user so they can complete it. If you plan to be out of the office or otherwise unavailable to act on work items for a period of time, you can automatically delegate new work items to other users using the User options page.

CampusNexus does not offer delivered workflows. Anthology takes an approach during implementation that allows institutions to learn from us and to create workflows themselves. However, schools can add professional services hours as part of implementation to help deliver any required workflows.

## Student Information

a. Functionality: Indicate the description of the software functionality for the proposed software solution - Student Information. Please list all delivered functionality for Student Information ( core Student Data, Curriculum Management, Financial Aid, Student Accounts, Academic Advising etc)

CampusNexus is designed to meet the needs of Higher Education. The following components are core to the CampusNexus Student Solution:

Curriculum Management functionality allows your users to plan curricula and identify pre- and co-requisites, define grade schema, pass/fail and retake policies, identify faculty eligible to teach courses, determine facility needs, equipment, and book requirements for each course and class section. CampusNexus Student also allows your institution to offer the same academic program in standard, nonstandard, and nonterm formats, all in one environment.

Academic records Management includes tools to allow your institution to assist enrollment processing through timely course scheduling and registration, manage waitlists, automatically apply tuition and fees and document each student's academic history.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



CampusNexus provides a variety of tools designed to support the retention of students and degree completion. Comprehensive Degree Audit features allow students and advisors to track a student's progress towards completing degree requirements. Students can also explore hypothetical program options to better understand the program and course options available to them as well as the potential impact to their program completion/graduation date should they decide to change academic programs. CampusNexus Degree Pathways allows students and advisors to collaborate on an educational plan for their academic program(s). Degree Pathways allows institutions to use program, course and catalog information to create guided pathways to program completion. Degree Pathways allow institutions to create plans for students to complete their program versions and areas of study, including majors, minors, and concentrations.

Robust Financial Aid tools allow your institution's financial aid office to process applications, verify data, determine eligibility, package and award, disburse funds, and create adjustments through powerful, automated processes. Core to CampusNexus Student are tools to automatically calculate and monitor Satisfactory Academic Progress (SAP).

Student Accounting features record information about students, including charges, payments, refunds, and adjustments, along with GL posting and Revenue Recognition functionality.

The Student Portal allows students to access their message center, to view and upload documents and to manage their FERPA permissions. The student portal also allows students to access all of resources of the institution including registering for classes, viewing their academic progress information, viewing and accepting financial aid awards and real time access to financial information. The student portal also lets students access career services and career exploration resources, along with the ability to link to any institutionally desired websites or internal resources.

CampusNexus Reporting and Data Analytics includes executive dashboards to allow end users to utilize analytic views across a range of student and operational metrics, monitor enrollment trends, program capacity, persistence, and retention rates and keep pace with rapidly evolving regulatory and reporting requirements.

b. Describe in narrative form the major business process functions addressed by this functionality( core Student Data, Curriculum Management, Financial Aid, Student Accounts, Academic Advising etc) Describe the key features of the functionality and how it addresses the pertinent business needs of the college (see list of SIS functionalities we provided in a above)

CampusNexus is designed to meet the needs of Higher Education. The following components are core to the CampusNexus Student Solution:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌▌anthology

Curriculum Management functionality allows your users to plan curricula and identify pre- and co-requisites, define grade schema, pass/fail and retake policies, identify faculty eligible to teach courses, determine facility needs, equipment, and book requirements for each course and class section. CampusNexus Student also allows your institution to offer the same academic program in standard, nonstandard, and nonterm formats, all in one environment.

Academic records Management includes tools to allow your institution to assist enrollment processing through timely course scheduling and registration, manage waitlists, automatically apply tuition and fees and document each student's academic history.

CampusNexus provides a variety of tools designed to support the retention of students and degree completion. Comprehensive Degree Audit features allow students and advisors to track a student's progress towards completing degree requirements. Students can also explore hypothetical program options to better understand the program and course options available to them as well as the potential impact to their program completion/graduation date should they decide to change academic programs. CampusNexus Degree Pathways allows students and advisors to collaborate on an educational plan for their academic program(s). Degree Pathways allows institutions to use program, course and catalog information to create guided pathways to program completion. Degree Pathways allow institutions to create plans for students to complete their program versions and areas of study, including majors, minors, and concentrations.

Robust Financial Aid tools allow your institution's financial aid office to process applications, verify data, determine eligibility, package and award, disburse funds, and create adjustments through powerful, automated processes. Core to CampusNexus Student are tools to automatically calculate and monitor Satisfactory Academic Progress (SAP).

Student Accounting features record information about students, including charges, payments, refunds, and adjustments, along with GL posting and Revenue Recognition functionality.

The Student Portal allows students to access their message center, to view and upload documents and to manage their FERPA permissions. The student portal also allows students to access all of resources of the institution including registering for classes, viewing their academic progress information, viewing and accepting financial aid awards and real time access to financial information. The student portal also lets students access career services and career exploration resources, along with the ability to link to any institutionally desired websites or internal resources.

CampusNexus Reporting and Data Analytics includes executive dashboards to allow end users to utilize analytic views across a range of student and operational metrics, monitor enrollment

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# Ⅲanthology

trends, program capacity, persistence, and retention rates  and keep pace with rapidly evolving regulatory and reporting requirements.

c. Delivered/Supported Integrations: List any delivered or supported integrations or APIs between this functionality and third-party products. If there are known integrations that are provided by third-party vendors, please identify those as well (Student Info System functionalities listed in a above)

Anthology offers packaged technical solutions including those supporting learning management systems, book stores, payment gateways, prospects, payments and refunds, early alert and retention, emergency alert systems, and analytics.  Anthology will work with Tarrant County Community College District to conduct a series of analysis and assessment sessions related to the third-party solutions. Many of these features will be available in CampusNexus that will eliminate the need for the third-party integrations.  Anthology recommends that Integrations be developed and supported by technical developers adept at integration analysis and skilled in Microsoft and web technologies with experience in XML, web services, .NET development technologies, and Microsoft SQL Server.

CampusNexus is open for all types of integration. CampusNexus includes services to push data from and pull data into CampusNexus. Tarrant County Community College District will be responsible for working with their third-party vendors to either provide the interface for integration or consume the data provided by CampusNexus.

CampusNexus is based on an event-driven architecture using tools like Microsoft Visual Workflow Composer to integrate existing products with a service bus that Tarrant County Community College District may have already implemented at their institution to synchronize data between systems. Workflow empowers users to easily write code to do specific tasks currently not available in existing products or tasks that involve exchanging data between systems. CampusNexus web services are available to facilitate inserting data back into the existing systems.

Web Service Layer

Web Service/Application Programming Interface (API) are SOAP-based web services and Windows Communication Foundation (WCF) services. The web services are grouped in categories corresponding to the functional areas of CampusNexus in which Tarrant County Community College District would typically want to build integrations or update data through web services. The CampusNexus API framework uses messages to send and retrieve data. The general structure of these messages follows these guidelines:

The CampusNexus API framework uses messages to send and retrieve data

- REST APIs for Command model

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌anthology

- OData

- OData used for the Read model

- Enabling technology for flexible modern user interface

- Enables external systems query-able interfaces exposed through HTTP – queries can be executed from a browser address

- Enhances performance of integrations – client determines what data it needs

- Directly consumable from BI and reporting applications

- Extended OData metadata to include presentation attributes

d. Delivered Reports/Data Extracts: Provide a list of delivered reports or data extras for this functionality (student information system functionalities listed in a above) that are relevant to Higher Ed Customers. Include examples or links to sample reports. If a report/extract is applicable to multiple functionalities or modules include it in each functionality or module where appropriate. Indicate if these delivered reports/extracts can be modified.

| **Academic Records** | |
|---|---|
| Attendance Summary | Potential Graduates |
| Class Rank (Overall) | Program Listing |
| Class Rank | Progress Report |
| Class Roster by Course | SAP Audit |
| Class Roster by Instructor | Scheduled Return from LOA |
| Course Level Listing | Status Change Discrepancies |
| Course Listing | Student Daily Schedule |
| Course Waitlist Report | Student Listing |
| Detail Attendance | Student Schedule |
| Official Transcript Request Letter | Student Status Changes |
| Term Class Schedule | Transcript  - Official |
| Term Registration Analysis | Transcript  - Student Based |
| Unposted Grades | Transcript  - Unofficial |
| | |
| **Admissions** | **Career Services** |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

| | |
|---|---|
| Data Changes Report | Placement Salary |
| Prospect Listing Details | Placement Stats by Field of Study |
| Prospect Listing Summary | Placement Stats by Field of Study |
| Start Date | Student Placement Detail |
| | |
| **Contact Manager** | |
| Document Listing | SEVIS Export |
| Document Tracking | Staff Listing |
| FERPA Opt Out Listing | Task Detail |
| Incident Details | Task Listing |
| Outstanding Transcript Requests | Task Summary |
| | |
| **Financial Aid** | |
| Automated Grant Overpayment Tracking | Fund Source Activity Summary |
| COD Disbursement Analysis | Gainful Employment Disclosure |
| COD Grant Origination Status Report | HOPE Summary Report |
| COD Grant Tracking Report | Packaged Enrollment Status |
| Direct Loan Disbursement Activity | Packaging Summary |
| Direct Loan origination Change Batch Activity | Past Due Summary Cash Flow |
| Document Batch Tracking | Progress Report |
| Disbursement Batches Not Reconciled | Remaining Balance to Schedule (Full Program) |
| Expected Cash Flow Detail Report | Remaining Balance to Schedule (Term) |
| Expected Cash Flow Summary Report | Remaining Balance to Schedule (Academic Year) |
| FA Status Report | SAP Tables Listing |
| Federal Work Study Reconciliation | Student Financial Aid Summary by Payment |
| FISAP Detail Report | Student Financial Aid Summary by Term |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

| | |
|---|---|
| FISAP Summary Report | |
| FISAP Variance report | |
| | |
| **Student Accounts** | |
| 90-10 Report by Revenue Source (Note - 21.2 - moved to Processes --> Student Accounts) | Enrollment Account Balance |
| Account Aging | Ledger Card |
| Cash Receipts Detail | Revenue Detail |
| Cash Receipts Summary | Revenue Summary |
| Drop Report | Scheduled Refunds |
| Earned-Prepaid AR | Stipend Schedule |
| Title IV Credit Balance | Student Account Balance |
| | |
| **Student Services** | |
| Athletics Eligibility in Years | Housing Assistance |
| Athletics Equity Report | Housing Lease |
| Athletics Financial Aid | Housing Requirement Progress |
| Disability Services | Veteran Information Report |
| | |
| **Planned Reports** | |
| rpt_FaISIRSummary.rpt | rpt_faStudentHistory.rpt |
| rpt_faBatchTrack.rpt | rpt_faCashFlow2.rpt |
| rpt_FaPLUSConflict.rpt | Migration of rpt_HsHousingException.rpt |
| rpt_FaRefundDetails.rpt | Migration of rpt_Housing_moveOutDetails.rpt |
| rpt_faRemainBalToSchedByCourse.rpt | Migration of rpt_HsLeaseAudit.rpt |
| rpt_FaAYDLDateReview.rpt | Migration of rpt_HsStudentApplicationAudit.rpt |

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



| rpt_FaHOPEEvaluation.rpt | rpt_CmPermitDocuments.rpt |
|---|---|

e. Delivered Workflows: Provide a list of delivered workflows for this functionality (Student Info System functionalities listed in "a" above). Identify any workflows that cannot be modified by the College.

CampusNexus has a robust workflow system that provides functionality that you can use to create individual workflows, or business processes. Many best practice workflows are included & easily created. Our workflow represents a business process. It defines how a document flows, or moves, through the system by showing who must complete a task, make a decision, or approve a document. Through workflow, College-specific procedures and policies such as routings and approvals based upon thresholds can be automated, such as requisition approvals, leave requests, or budget approvals (as examples). The workflow defines how a process flows through the solution by showing who is responsible for completing a task, to make a decision or to approve something. This workflow process reduces the manual labor normally needed to conduct such business operations. In the event of reorganization, the organizational hierarchy is modified which inherently impacts business logic that references the hierarchy. Workflow and security are two examples of business logic that often reference these hierarchies, and users will be alerted to the need to revisit or confirm these when appropriate.

To delegate an individual work item in CampusNexus, you can select the Delegate option in the Workflow menu and then enter a user, of equal or higher security role access, to be delegated to along with a comment. This will reassign the work item to that user so they can complete it. If you plan to be out of the office or otherwise unavailable to act on work items for a period of time, you can automatically delegate new work items to other users using the User options page.

CampusNexus does not offer delivered workflows. Anthology takes an approach during implementation that allows institutions to learn from us and to create workflows themselves. However, schools can add professional services hours as part of implementation to help deliver any required workflows.

Human Capital Management

a. Functionality: Indicate the description of the software functionality for the proposed software solution - Human Capital Management.Please list all delivered functionality for Human Capital Management (e.g. talent acquisition, applicant services, benefits, payroll, time and attendance, absence management, comp mgmt, position mgmt and control, learning center, performance mgmt, faculty admin)

The proposed solution contains the following components:

a) Applicant and Recruitment (iCIMS)

b) Compensation

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ⅢⅠanthology

c) Benefits Administration

d) Time & Attendance (TimeClock Plus)

e) Payroll

f) Learning

g) Performance Management

h) Position and Job Management

i) Faculty Workload Management

j) Federal Work Study

k) iPEDS reporting

b. Describe in narrative form the major business process functions addressed by this functionality provided by the Human Capital Management solution. Describe the key features of the functionality and how it addresses the pertinent business needs of the college (see Human capital management features in "a" above that we listed)

The proposed solution will handle all variables of human resource and payroll management. It begins with talent and recruitment, for attracting the right talent. Once hired the employee will be maintained throughout their life cycle with the college. Everything from benefits, performance, learning, skills tracking, certificates, FMLA, leave tracking and much more. Time will be collected using the time and attendance solution which will calculate all overtime, leave balances, shifts, time off requests and then approved by managers and sent through workflow for final approval. This time is then processed in payroll which will handle all earnings, deductions and taxes appropriate for each college. At the end of the employee life cycle will be termination or retirement and offboarding.

c. Delivered/Supported Integrations: List any delivered or supported integrations or APIs between this functionality and third-party products. If there are known integrations that are provided by third-party vendors, please identify those as well (Human Capital Mgmt functionalities we listed in "a" above)

Integrations exists between the delivered solution and the following - TimeClock Plus, iCIMS (applicant/talent mgmt)

d. Delivered Reports/Data Extracts: Provide a list of delivered reports or data extracts for this functionality (Human capital mgmt functionality we listed in "a" above) that are relevant to Higher Ed Customers. Include examples or links to sample reports. If a report/extract is applicable to multiple functionalities or modules include it in each functionality or module where appropriate. Indicate if these delivered reports/extracts can be modified.

- All required federal and state reporting

- iPEDS reporting

- New Hire reporting

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▐▍anthology

- Over 100 standard HR reports and over 20 standard payroll reports

- Ability to use PowerBi to create any analytic needed

e. Delivered Workflows: Provide a list of delivered workflows for this functionality (human capital mgmt functionalities we listed in "a" above). Identify any workflows that cannot be modified by the College.

CampusNexus has a robust workflow system that provides functionality that you can use to create individual workflows, or business processes. Many best practice workflows are included & easily created. Our workflow represents a business process. It defines how a document flows, or moves, through the system by showing who must complete a task, make a decision, or approve a document. Through workflow, College-specific procedures and policies such as routings and approvals based upon thresholds can be automated, such as requisition approvals, leave requests, or budget approvals (as examples). The workflow defines how a process flows through the solution by showing who is responsible for completing a task, to make a decision or to approve something. This workflow process reduces the manual labor normally needed to conduct such business operations. In the event of reorganization, the organizational hierarchy is modified which inherently impacts business logic that references the hierarchy. Workflow and security are two examples of business logic that often reference these hierarchies, and users will be alerted to the need to revisit or confirm these when appropriate.

To delegate an individual work item in CampusNexus, you can select the Delegate option in the Workflow menu and then enter a user, of equal or higher security role access, to be delegated to along with a comment. This will reassign the work item to that user so they can complete it. If you plan to be out of the office or otherwise unavailable to act on work items for a period of time, you can automatically delegate new work items to other users using the User options page.

CampusNexus does not offer delivered workflows. Anthology takes an approach during implementation that allows institutions to learn from us and to create workflows themselves. However, schools can add professional services hours as part of implementation to help deliver any required workflows.

## Financial Management

a. Functionality: Indicate the description of the software functionality for the proposed software solution - Financial Management. Please list all delivered functionality for Financial Management (e.g. planning and budgeting, purchasing, contracts, accounts payable, billing and AR non student, budgetary control and GL, Projects, cost allocation, travel/employee reimbursement, asset mgmt, cash mgmt and forecasting)

CampusNexus provides delivered functionality to support the Financial Management of your institution including: Accounts payable, Student and non-student Billing & Accounts receivable, Student Accounting, Institutional Budget Planning and control, Cash and bank management including cash forecasting, Compliance management, Cost accounting, Fixed assets

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



management, General ledger, Project management, Grant Management, Cost management, cost allocation,  Federal Work Study Management, Fund Source Management, Travel and Expense Management, Inventory management, Procurement, Vendor collaboration and sourcing, Warehouse management and Retail & Point of Sales. CampusNexus supports the regulations inclusive of PSAB, FASB, GASB, IFRS and GAAP along with the reporting guidelines established by NACUBO by allowing your institution to build a set of funds and fund types that meet the standards established by GASB for fiscal tracking and reporting.

b. Describe in narrative form the major business process functions addressed by this functionality provided by the Financial Management solution. Describe the key features of the functionality and how it addresses the pertinent business needs of the college (see financial management features in "a" above that we listed)

As provided in the previous question CampusNexus provides delivered functionality to support the Financial Management of your institution including: Accounts payable, Student and non-student Billing & Accounts receivable, Student Accounting, Institutional Budget Planning and control, Cash and bank management including cash forecasting, Compliance management, Cost accounting, Fixed assets management, General ledger, Project management, Grant Management, Cost management, cost allocation,  Federal Work Study Management, Fund Source Management, Travel and Expense Management, Inventory management, Procurement, Vendor collaboration and sourcing, Warehouse management and Retail & Point of Sales. The following are some of the key features of the functionality and how it addresses the pertinent business needs of the college.   CampusNexus Accounts payable, you can enter vendor invoices manually or receive them electronically through a data entity. After the invoices are entered or received, you can review and approve the invoices by using an invoice approval journal or the **Vendor invoice** page. You can use invoice matching, vendor invoice policies, and workflow to automate the review process so that invoices that meet certain criteria are automatically approved, and the remaining invoices are flagged for review by an authorized user. In CampusNexus, the accounts payable function allows three-way matching to be configured for invoice to purchase order to product receipt. Any tolerances can be configured at the individual vendor level, vendor group or all vendors' level in accounts payable parameters form. If a manual identification is used, product receipt is visible to determine payment. Voids/reversals of vendor payments are supported and identified in the vendor payment history. Users will be able to use the power of workflow in CampusNexus to assist in processing purchases made by employees. The workflow process moves purchase requisitions through the review process, from an initial status of draft to a final status of approved. When a purchase requisition is submitted for review, the workflow process is started. After a purchase requisition is approved, a purchase order can be generated for the purchase requisition lines and submitted to the vendor for order fulfillment. Invoiced purchase orders will record the liability into the vendor account within accounts payable, from where the vendor payment can be processed. If encumbrance accounting is used, the encumbrance will be released accordingly.  Other key

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖lanthology

functionality include: General Ledger – manage ledger, sales tax, currency, year-end closing and financial statements, Cash and Bank Management – administer bank accounts and bank reconciliations,  Accounts Receivable – oversee tuition and services invoices and incoming payments,  Student Accounting – record student information, including charges, payments, refunds, and adjustments,  Federal Work Study Management – record FWS award amounts and track against payroll information to ensure available funds,  Fund Source Management – create and manage the funding sources available to students, from federal grants, loans, and workstudy, to state aid, private scholarships, and institutional grants, Fixed Assets – track and depreciate assets such as equipment, technology, furnishings, vehicles, and buildings,  Retail & Point of Sales – operate sales for ticketed and special events, bookstores, and dining halls and cafes.

c. Delivered/Supported Integrations: List any delivered or supported integrations or APIs between this functionality and third-party products. If there are known integrations that are provided by third-party vendors, please identify those (see financial Mgmt functionalities we listed in "a" above)

Anthology offers packaged technical solutions including those supporting learning management systems, book stores, payment gateways, prospects, payments and refunds, early alert and retention, emergency alert systems, and analytics.  Anthology will work with Tarrant County Community College District to conduct a series of analysis and assessment sessions related to the third-party solutions. Many of these features will be available in CampusNexus that will eliminate the need for the third-party integrations.  Anthology recommends that Integrations be developed and supported by technical developers adept at integration analysis and skilled in Microsoft and web technologies with experience in XML, web services, .NET development technologies, and Microsoft SQL Server.

CampusNexus is open for all types of integration. CampusNexus includes services to push data from and pull data into CampusNexus. Tarrant County Community College District will be responsible for working with their third-party vendors to either provide the interface for integration or consume the data provided by CampusNexus.

CampusNexus is based on an event-driven architecture using tools like Microsoft Visual Workflow Composer to integrate existing products with a service bus that Tarrant County Community College District may have already implemented at their institution to synchronize data between systems. Workflow empowers users to easily write code to do specific tasks currently not available in existing products or tasks that involve exchanging data between systems. CampusNexus web services are available to facilitate inserting data back into the existing systems.

Web Service Layer

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

- Web Service/Application Programming Interface (API) are SOAP-based web services and Windows Communication Foundation (WCF) services. The web services are grouped in categories corresponding to the functional areas of CampusNexus in which Tarrant County Community College District would typically want to build integrations or update data through web services. The CampusNexus API framework uses messages to send and retrieve data. The general structure of these messages follows these guidelines:
  - The CampusNexus API framework uses messages to send and retrieve data
  - REST APIs for Command model
- OData
  - OData used for the Read model
  - Enabling technology for flexible modern user interface
  - Enables external systems query-able interfaces exposed through HTTP – queries can be executed from a browser address
  - Enhances performance of integrations – client determines what data it needs
  - Directly consumable from BI and reporting applications
  - Extended OData metadata to include presentation attributes

d. Delivered Reports/Data Extracts: Provide a list of delivered reports or data extracts for this functionality (financial mgmt functionality we listed in "a" above) that are relevant to Higher Ed Customers. Include examples or links to sample reports. If a report/extract is applicable to multiple functionalities or modules include it in each functionality or module where appropriate. Indicate if these delivered reports/extracts can be modified.

CampusNexus includes an interactive reporting application that financial and business professionals can use to create, maintain, deploy, and view financial statements. It moves beyond traditional reporting constraints to help you design a variety of reports efficiently. Communication is stream-lined with the use of interactive notes and instant messaging. Our solution includes dimension support, which means that account segments or dimensions are immediately available and there is no need for additional tools or configuration.

Interactive CampusNexus reports are created through SQL Server Reporting Services (SSRS). Hundreds of SSRS reports are included in the solution, such as master file listings as well as transactional detail reports. SSRS is the tool of choice for users who might need to modify existing reports or develop new ones. One of the key criteria that makes SSRS the default tool

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



for CampusNexus is that using the data provided, an SSRS report will respect all CampusNexus security and language settings for any given user.

Ad-hoc reporting can be managed through Excel, which is very popular among finance users. It empowers a user to extract almost any data they need so it can be reviewed and massaged.

Additionally, CampusNexus empowers institutions with analytics at their fingertips. You will have the power to access analytical data that will help transform decisions and allow them to make adjustments on the fly.

CampusNexus out-of-the-box provides a collection of reporting solutions to address the various information access needs of an ERP solution. In addition, users can create their own reports and dashboards using Power BI.

A report can be defined simply as a structured presentation of data. Under ideal circumstances, reports materialize data in such a way that it allows the user to make informed decisions. CampusNexus supports a broad spectrum of information access scenarios: cross company all-up financial reporting; analytical dashboards and tiles; electronically transferable funds; checks and tax documents; and many more. Examples of integrated report scenarios that involve the consumption of business data include:

- **Native controls** including list pages, grid controls, and chart visualizations.
- **Dashboards and workspaces** containing predefined and personalized views.
- **Financial reporting** providing all-up views across legal entities.
- **Structured documents** distributed internally to employees or externally to customers and vendors

Although each of these scenarios at its core involves the presentation of structured business data, the process of accessing these reports and how the results are subsequently consumed varies greatly. Flexibility in the user tooling is essential for scenarios that involve data exploration. By contrast, layout precision is required for compliance with most regulatory documents. Given the diversity of information access scenarios it is understandable that not all reports are created equal.

Information access scenarios supported in the solution can be broken down into five distinct reporting experiences. Specialized tools are provided to meet the complex and diverse reporting needs of various functions throughout the organization.

- **Operational views** – Designed to address the specific needs of a given business persona created as List pages that can be exported to excel.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▥anthology

- **Business documents** – Static documents used to capture and exchange processed business data created as SSRS reports.

- **Analytical tools and visualizations** – Personalized presentations of logical calculations that allow the user to explore their data created in Power BI

- **Electronic reporting** – Tool used to configure formats for electronic documents created in Excel

- **Financial reporting** – Designed to provide in-depth accounting management tools based on standard views of financial activities across legal entities created in Management Reporter.

Some of the Power BI Content packages that are available in the solution are listed below:

| Power BI Packs for Human Resources | Power BI for Finance |
|---|---|
| • Workforce Metrics Analysis. | • Budget Planning |
| • Skills/Competencies Analysis. | • Ledger Budgets and Forecasts |
| • Compensation Analysis. | • Electronic Reporting |
| • Recruitment Analysis. | • Cost Controlling |
| • Benefits Analysis | • Cost Administration |
| • Employee Development | • Cost Analysis |
| • Learning Analysis | • CFO Overview |
| • Recruiting Analysis | • Financial Performance |
| | • Fixed Asset Management |
| | • Vendor Payments |
| | • Purchase Spend Analysis |

e. Delivered Workflows: Provide a list of delivered workflows for this functionality (financial mgmt functionalities we listed in "a" above). Identify any workflows that cannot be modified by the College.

CampusNexus has a robust workflow system that provides functionality that you can use to create individual workflows, or business processes.  Many best practice workflows are included & easily created.  Our workflow represents a business process. It defines how a document flows, or moves, through the system by showing who must complete a task, make a decision, or approve a document.  Through workflow, College-specific procedures and policies such as routings and approvals based upon thresholds can be automated, such as requisition approvals, leave requests, or budget approvals (as examples). The workflow defines how a process flows through the solution by showing who is responsible for completing a task, to make a decision or to approve something. This workflow process reduces the manual labor normally needed to conduct such business operations. In the event of reorganization, the organizational hierarchy is modified which inherently impacts business logic that references the hierarchy. Workflow and security are two examples of business logic that often reference these hierarchies, and users will be alerted to the need to revisit or confirm these when appropriate.

To delegate an individual work item in CampusNexus, you can select the Delegate option in the Workflow menu and then enter a user, of equal or higher security role access, to be delegated

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



to along with a comment. This will reassign the work item to that user so they can complete it. If you plan to be out of the office or otherwise unavailable to act on work items for a period of time, you can automatically delegate new work items to other users using the User options page.

CampusNexus does not offer delivered workflows. Anthology takes an approach during implementation that allows institutions to learn from us and to create workflows themselves. However, schools can add professional services hours as part of implementation to help deliver any required workflows.

Common and Cross Functional Capabilities

a. Functionality: Indicate the description of the software functionality for the proposed software solution related to Common and Cross Functional Capabilities. Please list all delivered functionality (e.g. communications, notifications and alerts, workflow and business process automation, reporting, analytics, and dashboards)

One of the many benefits to the Anthology solution is the Azure platform. Anthology only writes code that is specific to higher education, while leveraging the out of the box common, cross functional abilities of the powerful Microsoft platform. The Azure platform provides core functionality related to integration, common data services, security, identity management, reporting, dashboards, analytics and visualizations. A simple graphical depiction is shown below



DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



b. Narrative Description of Major Functions: Describe in narrative from the major business process functions addressed by this functionality (common and cross functional capabilities functionalities we listed in "a" above) Describe the key features of the functionality and how it addresses the pertinent business needs of the college.

Horizontal features like Workflow allow departments to create automated processes that can assign tasks, route documents and create approval processing. Forms Builder is available for departments to create forms that are used by staff or students to collect data in easy to use forms.

Use cases of how our platform can benefit the institution can be seen in every major department on campus. For example:

1. In the Finance & HCM department, an employee onboarding process can include the need to upload required documents, route for approval using workflow, and show up in an HR specialists dashboard for follow up.

2. In Enrollment services, a Workforce development advisor can see data easily collected from various campus systems in one place when meeting with a learner. The chat bot/digital assistant logs can inform the advisor of all the questions that learner may have asked the system. This cognitive service is available in both the CRM and the Student products.

c. Delivered/Supported Integrations: List any delivered or supported integrations or APIs between this functionality and third-party products. If there are known integrations that are provided by third-party vendors, please identify those (see common and cross functional capabilities functionalities we listed in "a" above)

Anthology offers packaged technical solutions including those supporting learning management systems, book stores, payment gateways, prospects, payments and refunds, early alert and retention, emergency alert systems, and analytics. Anthology will work with Tarrant County Community College District to conduct a series of analysis and assessment sessions related to the third-party solutions. Many of these features will be available in CampusNexus that will eliminate the need for the third-party integrations. Anthology recommends that Integrations be developed and supported by technical developers adept at integration analysis and skilled in Microsoft and web technologies with experience in XML, web services, .NET development technologies, and Microsoft SQL Server.

CampusNexus is open for all types of integration. CampusNexus includes services to push data from and pull data into CampusNexus. Tarrant County Community College District will be responsible for working with their third-party vendors to either provide the interface for integration or consume the data provided by CampusNexus.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

CampusNexus is based on an event-driven architecture using tools like Microsoft Visual Workflow Composer to integrate existing products with a service bus that Tarrant County Community College District may have already implemented at their institution to synchronize data between systems. Workflow empowers users to easily write code to do specific tasks currently not available in existing products or tasks that involve exchanging data between systems. CampusNexus web services are available to facilitate inserting data back into the existing systems.

Web Service Layer

- Web Service/Application Programming Interface (API) are SOAP-based web services and Windows Communication Foundation (WCF) services. The web services are grouped in categories corresponding to the functional areas of CampusNexus in which Tarrant County Community College District would typically want to build integrations or update data through web services. The CampusNexus API framework uses messages to send and retrieve data. The general structure of these messages follows these guidelines:

    - The CampusNexus API framework uses messages to send and retrieve data

    - REST APIs for Command model

- OData

    - OData used for the Read model

    - Enabling technology for flexible modern user interface

    - Enables external systems query-able interfaces exposed through HTTP – queries can be executed from a browser address

    - Enhances performance of integrations – client determines what data it needs

    - Directly consumable from BI and reporting applications

    - Extended OData metadata to include presentation attributes

d. Delivered Reports/Data Extracts: Provide a list of delivered reports or data extracts for this functionality (common and cross functional capabilities functionality we listed in "a" above) that are relevant to Higher Ed Customers. Include examples or links to sample reports. If a report/extract is applicable to multiple functionalities or modules include it in each functionality or module where appropriate. Indicate if these delivered reports/extracts can be modified.

CampusNexus has a plethora of reports and reporting tools available to support clients in their reporting requirements. CampusNexus has a full suite of SSRS reports, the ability to export or print any grid of data in the system, the ability to query against nearly any object in the

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

system and use that query to create a report. Additionally, the CampusNexus Suite includes Analytics, a powerful Business Intelligence tool consisting of the data warehouse and a multitude of data visualizations on data across the system. These visualizations are supported using Power BI and dashboards can be embedded within the Student Information Systems or the Portal (student, faculty, employer, etc.). The user interface has been specifically designed to empower end-users to query the solution without having to rely on the IT staff.

CampusNexus provides three levels of reporting within the solution: canned reports, ad hoc data views, and analytics. At the ad hoc reporting layer (views), users are provided with a simple interface to access real-time data, and to save and/or share this data with other users. The views are created through selecting from a list of data fields associated with the student record, selecting the specific data properties of those options, defining a sort order, and then applying any specific conditions related to any of the selected data fields. Common conditions may include data such as a term date, academic year, faculty or advisors, group membership, and other characteristics that define the reporting scope.

Users can "pin" these data views to their dashboard for future access to the real-time data query and can easily modify the views if necessary. Furthermore, most of the canned reports within CampusNexus allow for data criteria to be set for defining the parameters of a report. For example, a staff member can run a student listing report and select from over 50 data parameters, including an "as of date" selection, to be able to access data specifically aligned with the reporting needs.



e. Delivered Workflows: Provide a list of delivered workflows for this functionality (common and cross functional capabilities functionalities we listed in "a" above). Identify any workflows that cannot be modified by the College.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌▌anthology

CampusNexus has a robust workflow system that provides functionality that you can use to create individual workflows, or business processes. Many best practice workflows are included & easily created. Our workflow represents a business process. It defines how a document flows, or moves, through the system by showing who must complete a task, make a decision, or approve a document. Through workflow, College-specific procedures and policies such as routings and approvals based upon thresholds can be automated, such as requisition approvals, leave requests, or budget approvals (as examples). The workflow defines how a process flows through the solution by showing who is responsible for completing a task, to make a decision or to approve something. This workflow process reduces the manual labor normally needed to conduct such business operations. In the event of reorganization, the organizational hierarchy is modified which inherently impacts business logic that references the hierarchy. Workflow and security are two examples of business logic that often reference these hierarchies, and users will be alerted to the need to revisit or confirm these when appropriate.

To delegate an individual work item in CampusNexus, you can select the Delegate option in the Workflow menu and then enter a user, of equal or higher security role access, to be delegated to along with a comment. This will reassign the work item to that user so they can complete it. If you plan to be out of the office or otherwise unavailable to act on work items for a period of time, you can automatically delegate new work items to other users using the User options page.

CampusNexus does not offer delivered workflows. Anthology takes an approach during implementation that allows institutions to learn from us and to create workflows themselves. However, schools can add professional services hours as part of implementation to help deliver any required workflows.

Student Success

2. The College is very focused on improving the overall experience and success of its students. Describe the tools and capabilities of your proposed solution to support students and streamline processes to be student-centric to ensure that students can get in the door and on their desired pathway more quickly.

CampusNexus can help you reach your goal of improving the overall experience and success of applicants and students alike. Our solution offers the managing of constituent records, data, events, retention, recruiting, communications, and more. CampusNexus optimizes business processes across multiple campuses and departments through its use of a single, industry-standard user-defined, role-based user interface - and it includes a full marketing automation and events management module.

Our CampusNexus Apply module includes tools for prospect management and enhanced recruiting. CampusNexus Apply also provides management of the application process from both the student's and the institution's perspectives. This institution-wide approach offers

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



many advantages across the institution and delivers an effective one-solution approach for student engagement.

Student Portal

Applicants can view their unique application requirements at any time from within the portal. The application summary page displays detailed information about the student's application, including application status. The student can view any outstanding requirements and can see recommendations, invoices, and decisions/decision letters after an admission decision has been made and published. Additionally, a variety of other tools such as a to-do list, event calendar, and knowledge base can also be incorporated into the portal for communicating and connecting with students and applicants. For example, Tarrant County College District can assign and display an enrollment checklist to provide the applicant with a predefined list of action items or to-dos to help them be successful throughout the enrollment process. This checklist can be templatized and automatically assigned and modified as needed.

Success Network

Through our solution, students can identify and connect with relevant student success staff and services in numerous ways. For example, you can assign each student to a Success Network. That network can consist of faculty and key staff persons with whom the those students can build an effective, success-focused relationship. In their student success portal, students can view these influential people and request appointments through an appointment calendar. Additionally, in the student's success portal, the student can submit cases that are then routed to the appropriate users or teams who support the student.

Working with success plans (automated action items driven to students or advisors on a student's behalf), early alerts, predictive scoring, and other student success features, journeys powerfully drive and track engagement with your students. You can also perform ad hoc communications CampusNexus Engage's activities function. These email and SMS activities use templates for consistency and branding. Yet, you can apply and deliver them in an ad hoc manner.

Early Alert System

CampusNexus Engage contains an early alert system. The early alert system can monitor data from SIS, LMS, and other campus systems. These indicators can generate communications or interventions for students as well as alert any member of your success team to take action. In addition, faculty can flag concerns based on observations or conversations directly with the student. Those flags can also trigger follow-ups. For example, a faculty member may learn about a personal issue that requires the student to drop a class or take a leave. That

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



information can be recorded so that proper intervention can take place. Actions are established for a student. Each action has a due date and status. Additionally, you can establish an escalation process for different types of events. For example, you can escalate if an action is not taken, an escalation in which alerts are sent to someone on staff for follow up.

3. Describe how your proposed solution enables the College to identify students requiring additional assistance – whether that is academic, financial, or other types of support – and how the software allows the College to engage with and provide personalized support to them.

CampusNexus Engage contains an early alert system. The early alert system can monitor data from SIS, LMS and other campus systems. These indicators can generate communications or interventions for students as well as alert any member of your success team to take action. In addition, faculty can flag concerns based on observations or conversations directly with the student. Those flags can also trigger follow ups. For example, a faculty member may learn about a personal issue that requires the student to drop a class or take a leave. That information can be recorded so that proper intervention can take place. Actions are established for a student and each action has a due date and a status. In addition, you can establish an escalation process for different types of events. For example, you can escalate if an action is not taken, an escalation in which alerts are sent to someone on staff for follow up.

Additionally, CampusNexus Engage provides you with robust case management abilities that our you can use to support applicants, students, parents, alumni, university employees, business partners, and more. Out-of-box functionality includes routing rules and queues to route requests quickly and easily across your institution to the subject matter experts who support these various constituents. An example of a queue could be all the emails received in the "success@tccd.edu" email address. Those emails would then be assigned to team members who can collaborate, assign and manage responses.

4. Describe your efforts (both delivered and in development) to leverage Artificial Intelligence, machine learning, or other related technologies to identify and intervene with at-risk students.

CampusNexus provides predictive models out-of-the-box and uses commonly identified data elements and student behaviors to predict success. Tarrant County College District can configure the predictive models on factors that your institution measures and has identified as predictive in the past. After models have been constructed, you can integrate machine learning to continue to refine the models and to score your contacts. The Azure Machine Learning Studio will enable you to refine models and add impactful data elements to continually improve identification and outreach to at-risk students. Additionally, on calculating each student's predictive score, that score is then stored on the student's record. This information enables your institution to understand the trends and changes that are likely to persist in that student's lifecycle. Success Score is central to intervention, but is just one of

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖lanthology

many attributes which can be leveraged to trigger workflows, communication journeys, student alerts and other interventions for at-risk students.

5. Describe how your proposed solution supports student career goals and linkages between programs of study and workforce opportunities.

CampusNexus Occupation Insight allows students and advisors to leverage up-to-date workforce data earlier in the student lifecycle and drill down on that data to align academic programs and course selections as industry needs evolve. This results in students who are better prepared for their desired careers.  Occupation Insight can:

1. Determine early and often whether the skills students are gaining through their academic programs directly relate to workforce needs

2. Provide students with relevant and required skills as well as commensurate salary information

3. Empower students with career pathways to move from entry level to higher level positions

4. Improve recruiting and enrollment through demonstrated program ROI and student outcomes

Additionally, Occupation Insight allows institutions to transform career services and labor market insight by improving career coaching and placement success by identifying current regional and national employment opportunities and empower students to market the education and skills they have gained.

## ERP Capabilities and Business Processes

6. Describe how your software provides the ability for an authorized user to view a complete 360-degree view of a student. Describe what data is accessible in this view, including capabilities to display data from relevant third-party sources (e.g., LMS). Describe the extent to which the College can configure or modify this view and at what level (e.g., institution-wide, user role-specific), as well as the ability for individual users to configure and personalize their view. Provide a screenshot of the delivered 360-degree view.

CampusNexus maintains the ability to capture all relevant data about your students, including residency, biographical data, participation in student organizations, along with term and degree honors , clubs and interests  CampusNexus has the ability to track comments about students to aid staff/faculty in seeing a comprehensive view of the students outreach and interactions.  CampusNexus includes audit trails throughout the system to allow the ability to track what changes were made, when and by whom. Also maintained is the ability to create and track advisor notes, have a 360-view of the student's world within CampusNexus and to report on such as needed.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ⦀anthology

Analytics within CampusNexus is delivered via the use of Power BI. Power BI is a suite of business analytics tools that deliver insights throughout your organization. Connect to hundreds of data sources, simplify data prep, and drive ad hoc analysis. Produce beautiful reports, then publish them for your organization to consume on the web and across mobile devices. Everyone can create personalized dashboards with a unique, 360-degree view of their business. And scale across the enterprise, with governance and security built in.

7. Describe how your proposed solution supports the ability for authorized users to have a single, consolidated view of all types of contacts with a constituent (e.g., student, prospect, applicant, parent, employee), including emails, SMS, notifications, alerts, chat, comments, scheduled meetings, and other types of communications. Discuss how the solution supports integrating this information from related, third-party products (e.g., LMS, library, CRM) to provide a comprehensive perspective for the user. Include a screen shot of a representative set of communications that clearly shows how different types and sources of communications are identified.

CampusNexus Lifecycle management is used to track each contact as they move through their relationship with your institution. These phases can be defined at a granular level (i.e. Fall Dual Enrollment prospects) or for broader populations (i.e., all incoming freshmen) or for those that make program changes along the way. Lifecycles also serve as the base for reporting on your constituents (i.e., the enrollment funnel, donor cultivation lifecycle, progress towards graduation) and automating many processes across the solution. Interactions with contacts in CampusNexus are tracked as activities. These records can be identified by type (e.g., phone, email, SMS, in person appointments, virtual meetings) and unique details of the interaction will be stored on each record. A contact's list of activities can be sorted and viewed in a variety of way that is unique to the logged in user of the system. The following timeline graphic shows how our solution differentiates the types of captured interactions. Activities and other data elements can also be integrated from various systems across campus (e.g., LMS, library) utilizing APIs or batch file transfers. Screen shots below show how different types of sources of communications are identified on the contact record.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



**anthology**



DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

8. Describe your efforts to accommodate competency-based educational programs and learning objectives, including such concepts as credit for life experiences, stackable badges and credentials, industry-specific credentials, and structured competency models.

Anthology supports the ability to manage competency-based programs by allowing our partners to assess a learners abilities through review of submitted digital artifacts or evidence of competency such as videos, reflection papers, presentation materials, or links to online portfolios. Evaluate competency levels using defined criteria or rubrics and see alignment to outcomes or external standards. Anthology supports the ability to validate the learning and completion of requirements based on custom outcomes or skill frameworks.

9. The College provides a wide array of Continuing and Community Education programs, including traditional classes, seminars, workshops, and other learning activities. Some of these offerings function like an event but still have course characteristics (e.g., assign a grade, include on a transcript, support learning objectives). Describe how your proposed solution might support these offerings.

CampusNexus supports the ability to manage all course types. The class scheduling tool allows our partners to schedule courses as reoccurring class, or singular class. Students can register for classes that have a reoccurring schedule, or classes that are only offered as an event with a single meeting date and time. As those offerings are entered into the class schedule, instructors can be assigned, grades can be entered, skills can be associated to those courses and the course can be included on transcripts.

10. The College has a large number of students who attend classes off and on over an extended period of time (many years in many cases). Describe how your proposed solution supports this and how a student "rehydrates" (i.e., reactivates) their record and their user account if they seek to enroll after an extended absence.

CampusNexus allows institutions to utilize their business processes to determine when students accounts are locked, and what your institutional business processes are for when a student "rehydrates." The system is configured based on your institutional business processes and allows you the flexibility to support students through their academic journey.

## Financial Transaction Classification/Chart of Accounts/Reporting

11. Describe your approach to financial transaction classification. Describe the transaction classifications that your solution makes available for a higher education institution out of the box (if any). Examples may include fund, cost center, revenue source/object of expenditure classifications. Describe additional classifications that may be added through configuration. Describe whether the College may make a cost classification dependent on another classification. For example, the College may desire to allow a cost center to set up its own expenditure type and assign values unique to the cost center within that expenditure type.

CampusNexus provides a very robust and flexible chart of account structure to support complex financial transaction classification. Our transaction classifications were

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

built for a higher education institutions, including fund, cost center, revenue source/object of expenditure classifications, program, campus, legal entity, grant, project and other user defined classifications that may be unique for your institution that may be added through configuration. CampusNexus supports the ability for your College to make a classification dependent on another classification. Each institutional entity can use their own chart of accounts or charts of accounts can be shared. One of the strengths of CampusNexus is the flexibility and configuration options of the chart of accounts and account number segments (which are called "financial dimensions" in the solution). Users can specify whether a financial dimension is required for a certain account and specify combinations of dimension values that are required or available. For example, when using a financial dimension to identify Department X only account numbers 63000 – 65000 should be used, but for Department Y account numbers 63000 – 64000 and 67000 – 69000 should be used. Also whenever account number 63500 is used, a project number is required regardless of the Department. CampusNexus allows the College to build as many individual funds and fund types as necessary. This, in turn, also allows the College to track restrictions associated with individual funds, evaluate how well the individual funds are performing relative to the service it was created to provide, and allows you to plan for the future. The multi-dimensional chart of account structure within CampusNexus provides the necessary flexibility to accommodate complex reporting requirements that challenge educational institutions. Financial dimensions (i.e., the chart of account elements or segments) are the basis for the chart of account configuration in our solution. Common dimensions include GL account, fund, department, cost center, program, function and an unlimited number of user-defined segments. The chart structure is almost entirely user-defined and can be structured to your specifications based on unique requirements. If the existing chart structure is satisfactory then very little adjustment will be required. More often, though, the implementation of a new financial system is an important opportunity to refine the chart structure and potentially make dramatic changes. In these scenarios it is important to have a solid crosswalk to convert old segments to new ones, and vice versa.

12. Provide three examples of financial transaction classification/chart of account configurations used by higher education customers like the College. List the classifications used – both those available out of the box (if any) and those configured – by each customer. A list of values for each classification is not required.

CampusNexus has a very robust and flexible chart of account structure that provides flexibility in financial transaction classification/chart of account configurations used by higher education customers supporting the recommended financial transaction classification/chart of account by NACUBO. Each institutional entity can use their own chart of accounts or charts of accounts can be shared. One of the strengths of CampusNexus is the flexibility and configuration options of the chart of accounts and account number segments (which are called "financial dimensions" in the solution). Users can specify whether a financial dimension is required for a certain account and specify combinations of dimension values that are required or available. For

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

example, when using a financial dimension to identify Department X only account numbers 63000 – 65000 should be used, but for Department Y account numbers 63000 – 64000 and 67000 – 69000 should be used. Also whenever account number 63500 is used, a project number is required regardless of the Department. CampusNexus allows the College to build as many individual funds and fund types as necessary. This, in turn, also allows the College to track restrictions associated with individual funds, evaluate how well the individual funds are performing relative to the service it was created to provide, and allows you to plan for the future.

In CampusNexus, you can set up either a single shared chart of accounts or a separate chart of account per legal entity or groups of entities. To further track transactions in these accounts, users can add segments, or financial dimensions. User defined rules, which are known as account structures and advanced rules, determine how financial dimensions are attached to the main accounts and how the transactions are entered. A chart of accounts can be shared and used by any legal entity in the College.

The multi-dimensional chart of account structure within CampusNexus provides the necessary flexibility to accommodate complex reporting requirements that challenge educational institutions. Financial dimensions (i.e., the chart of account elements or segments) are the basis for the chart of account configuration in our solution. Some examples of financial transaction classification/chart of account configurations used by higher education customers like the College dimensions include GL account, fund, department, cost center, division, program, function, activity, location, campus, academic program and an unlimited number of user-defined segments.

The chart structure is almost entirely user-defined and can be structured to your specifications based on unique requirements. If the existing chart structure is satisfactory then very little adjustment will be required. More often, though, the implementation of a new financial system is an important opportunity to refine the chart structure and potentially make dramatic changes. In these scenarios it is important to have a solid crosswalk to convert old segments to new ones, and vice versa.

CampusNexus also provides the ability for financial transaction classification by creating your journal names and assign a journal type, which will determine where the journal can be used in the system. There are manually generated journals and system-generated journals in CampusNexus. Examples of system-generated journals are allocation journals and elimination journals. These journals are created automatically and are never created manually. The journal name also indicates what type of transaction will be posted in CampusNexus and the journal type defines where a journal can be used. For example, a Student payment journal type is used to record your student payments or issue refunds for them. The following are few of the many built-in journal types in CampusNexus:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ılıl anthology

- **Daily** - Create daily transactions in a general journal.

- **Periodic** - Create periodic transactions for the periodic journal.

- **Invoice register** - Register basic information about student or customer invoices.

- **Student payment** - Create student payment transactions.

- **Allocation** - Create allocation transactions in an allocations journal. Before you can create an allocation journal, you must create an allocation rule on the Ledger allocation rule page.

- **Approval** - Post vendor invoices that have been approved to the appropriate ledger accounts.

- **Vendor invoice recording** - Post vendor invoices that are in a journal.

- **Bank check reversal** - Reverse a posted check. To use this journal type, select the Use review process for payment reversals option on the Cash and bank management parameters page.

- **Budget** - Process budget appropriations. The budget journal entries will include information that is based on the ledger accounts that are defined on the Posting definitions page.

- **Customer bank remittance** - Create a bill of exchange remittance file that can be sent to your organization's bank.

13. Describe, from a financial system user perspective, how financial reports are generated using the financial transaction classifications. In addition, include the image or link to an image of (1) a representative financial report that provides a budget-to-actual comparison for a department and (2) representative trial balance for a fund the Accounting Department might request. The "report" may be an online page or a printed report.

Our CampusNexus Financial solution includes a vast variety of reports, views and analytics!  Our Financial Report Designer automatically creates based level Financial Statements based on your Chart of Accounts groupings.  The Designer is available for additional report development capabilities to make sure your Institution has all the required reports within one application, including actual to budget, forecasts, and the ability to distribute real-time and accessible to the proper departmental heads and other leads.  These reports, or views, are interactive and can include the ability to drill back into more details as well as slice and dice these reports to analyze further based on needs.  Finally, our flexible Chart of Accounts' Dimensions and Rules allows for the capture of all institutional needed data at the time of original entry, including Funds, Departments or Cost Centers, Campus, Grant, Programs, and any other tracking areas needed!  So, all Financial based reports and our other reporting options will then be able to report on, sort, and restrict to these Dimensions giving your Institution all access to all key data intel!

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



14. Describe how the solution provides for a budgeted position (i.e., a placeholder for an authorized budget that may but is not necessarily filled by an employee or employees). State whether the position exists independent of whether an employee occupies the position, and whether the solution maintains the history of the position independent of the history of the employee. Describe how the College may access (1) the history of the position and (2) the history of the employee. Provide a sample out of the box query or report for each type of history or state that these are not available.

Our CampusNexus Budgeting and Planning solution allows for budgeting by position and full-time equivalents or FTE's, whether or not the positions are filled at the time of budget creation.  And, our Human Resources and Payroll solution track Position history and employee history independently, allowing access to position and employee history together or separate.

## Texas State Requirements

15. Describe how your proposed solution supports State of Texas requirements such as the Texas Success Initiative Assessment (TSIA), Six-Course Drop Limit (SB 1231 Legislation), and other specific data collection or processing requirements. What is your commitment regarding how quickly updates are delivered for these processes when there are changes to these requirements?

The TSIA and Six-Course Drop Limit regulations are currently implemented in the form of logic within the TX state reporting package developed by Anthology. All TX state reports align to meet the requirements of the report specifications per the governing organization, in addition to aligning with the data management practices of our clients. Report specification changes via the governing organization (i.e. THECB) are monitored on a recurring basis. Anthology will develop, deploy and update reports in accordance with the governing organization submission requirements.

16. Describe how your proposed solution supports State of Texas reporting requirements, including but not limited to: CBM, AOR, FADS, IFRS, Sources and Uses, Hazelwood Exemption. What is your commitment regarding how quickly updates are delivered for these reports when there are changes to the requirements? Include a list of all delivered State of Texas reports (or data extracts that support completion of the reports) and indicate if these delivered reports/extracts can be modified.

Anthology has a reporting team dedicated to the development, deployment and post-implementation support services for state reporting. Report specification changes via the governing organization (i.e. THECB) are monitored on a recurring basis. Anthology with develop, deploy and update reports in accordance with the governing organization submission requirements. Anthology has developed a package of TX state reports (including; CBM, FADS, Hazlewood) encompassing standard state reports, exception reports, master mapping workbooks, templates and standard procedures. All reports are maintained/modified by the Anthology state reporting team.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▐▌▌anthology

17. Describe and provide a catalog/listing of any included delivered integrations with State of Texas and agencies and regulatory bodies, such as Texas Higher Education Coordinating Board. What is your commitment regarding how quickly updates are delivered for these integrations when there are changes to the requirements?

State reports are developed and deployed in CNS, updates to reports are monitored by Anthology via electronic communication with THECB as well as standing monthly calls with THECB. In the event report specifications are updated, Anthology will modify the current deployed reports to align with the new specifications, prior to the required submission deadline.

## User Interface

18. Describe how users access the system, including which browsers are supported. Include information on mobile access – is this through a standard mobile browser (which mobile browsers?) or via a native mobile app (which mobile platforms are supported?). If you provide a native mobile app, please describe how the College manages it and makes it available to its constituents. The College assumes that all functionality and features are available via mobile access. If there are exceptions to this, please identify them and explain why that is the case.

CampusNexus provides a student portal that supports students through the entire lifecycle with the institution. CampusNexus is cloud-based and completely browser-agnostic. That is, you can access and use CampusNexus from the computer or mobile device of your choice through the latest versions of today's most popular browsers. Supported browsers include Microsoft Edge, Mozilla Firefox, Google Chrome, and Apple Safari.

The portal supports the admissions process by providing a place where documentation can be submitted by applicants, existing students through a comprehensive self-service environment, and graduates for career search activities and access to forms such as transcript requests. CampusNexus also includes a utility that allows institutions to create interactive web forms that can also be accessed across the entire student lifecycle. The CampusNexus Mobile App can also be used.

19. Describe the features of your user interface that makes the system easy to learn and use both for novice and expert users. Include features such as online help tools, navigation aids, online manuals, configurable menus, search tools, user defaults, using multiple windows, bulk data entry, etc.

CampusNexus incorporates Microsoft's best practices for modern design and therefore presents a user-friendly experience. It provides a simple user interface with a similar user experience across devices and uses many of the concepts with which you're already familiar – namely tiles, semantic zoom, gesture-based touch functionality, and responsive design. CampusNexus is a platform designed for maximum productivity and efficiency.

The solution offers clean, uncluttered, and fast screens that minimize typing, and can automatically notify the user of new and updated information. As a result, users interact with

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



the content, rather than with controls that represent that content. The solution also has built-in capabilities throughout the solution suite.

20. Describe the extent to which the user interface can be configured or modified to accommodate College- specific business processes and rules or user preferences. Describe the ability to set either system-wide or user-specific defaults.

The application is highly configurable. The security model for users drives much of the user interface only providing access to data the user to authorized to manage. There are other ways in which the user interface is tailored for certain users. For each grid in the system that the users interacts with, they can set what columns are visible and how small or wide and the order in which they appear, which is retained for each time the user returns. Data views are presentations of data that the user can configure specific to them. Groups are ways in which individual or groups of users can manage student populations meeting specific criteria. Finally, workspaces allow the institution to design completely unique user experiences pulling in any data from the system or even outside applications.

21. Describe the ability for a user to view the software in their preferred language. What languages are supported? Describe the College's ability to modify those delive red translations and add new ones.

By default our system is translated into English. However, the application supports the ability to translate the application to other languages and display, however this would require the work to be done at the time of implementation and the institution would need to pick the languages they wish to support. The student self-service portal allows for a drop-down for languages supported.

## Accessibility

22. TCC follows Section 508 of the Rehabilitation Act accessibility standards. Compliance with Section 508 is a legal requirement for the College. Describe how your software complies with at least the WCAG 2.0 (WCAG 2.1 is preferred) and AA standards. If portions of the software are not compliant, describe how it is not compliant and what the proposed accommodations will be to meet compliancy. Provide links to any relevant VPATs for the software being proposed.

Anthology strives to be conformant with WCAG 2.1 Level AA success criteria, which includes the standards defined in Section 508 of the United States Rehabilitation Act.

We conduct regular audits of our software to ensure the latest accessibility standards are met and maintained. Conformance of each product is documented in the respective Accessibility Conformance Report (ACR), which will be provided.

Remediations that are identified as part of accessibility testing are worked into the roadmap for resolution. All product releases are delivered to all customers at no additional charge.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌anthology

Our CampusNexus Engage and CampusNexus Finance, HR & Payroll applications are built on Microsoft platforms. When Anthology discovers an accessibility issue in either of those applications, our product managers report the issue to the Microsoft Corporation. We then work closely with their product managers to add the reported issue to Microsoft's product backlog. Microsoft will then address the issue accordingly in a future release.

All accessibility questions can be sent to the Accessibility Team at accessibility@anthology.com.

## Privacy Controls

23. Describe how your proposed solution supports FERPA requirements. Include descriptions of how students can manage their privacy controls, and how the College can establish their own policies and controls.

CampusNexus document management allows institutions to enable students to read and acknowledge FERPA policies and statements.  The student portal allows students to opt-in and manage their FERPA Directory Information, define an unlimited number of individuals (along with their contact information) with specific FERPA permissions (i.e. mom has access to the grades, attendance, and bill, dad only has access to grades).

24. Describe how you proposed solution support FERPA requirements for students under the age of 18 (e.g., Dual-Credit, Early College High School). Include a description of how the software manages FERPA controls when such a student turns 18 and the parent no longer has authori zation to the student's information.

CampusNexus document management allows institutions to enable students to read and acknowledge FERPA policies and statements.  The student portal allows students to opt-in and manage their FERPA Directory Information, define an unlimited number of individuals (along with their contact information) with specific FERPA permissions (i.e. mom has access to the grades, attendance, and bill, dad only has access to grades).

## Reporting and Data Analytics

25. What third party business intelligence and reporting tools (e.g., Orbit, PowerBI, Crystal Reports, Cognos) do you support for reporting and analytics? Describe how your proposed system integrates with these products. Describe how the access privileges of your baseline application and the tool(s) are maintained and synchronized.

For reports within the application Microsoft SQL Server Reporting Services is used, for Analytic visualizations, our reports and dashboards are built with Power BI files that are shared and published to the institution's Microsoft Office365 tenant. Access to these are all managed through security roles and Azure Active Directory accounts.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

26. Describe how your proposed solution supports required federal reporting requirements, such as IPEDS (all ERP components), FISAP, and NSLC. What is your commitment for delivery of updates to these reports when there are changes to the requirements? Include a list of all delivered federal reports (or data extracts that support completion of the reports).

CampusNexus out-of-the=box provides reports and processes to extract data for regulatory reporting. Associated with the student record are reports such as FISAP, incident reports for Cleary Act reporting, and enrollment reports (Clearinghouse). Other regulatory reporting needs are process-driven such as IPEDS, Gainful Employment, and others. All student-related data fields are reportable for any specific accreditation or state reporting needs.

Anthology employs a regulatory team to ensure that all federal requirements are met and delivered on time to our customers. There are four regulatory releases per year. We will also deliver off-cycle updates based on the requirements released by the federal government. These updates are made available for the college to test prior to installing the changes into a production environment. The installs will be scheduled during the normal maintenance window.

The annual regulatory releases include:

Fall

- Financial Aid Application Processing Update
- U.S 1098T Processing Update

Winter

- Pell Chart Update (when needed and available)
- College Financing Plan Update

Spring

- Common Origination & Disbursement Updates
- Gainful Employment Reporting

Summer

- FISAP / IPEDS Update
- Sequester Updates as needed and available

Document Management

27. Please describe any document management capabilities delivered with your proposed solution. Identify any third-party document management solutions with which your proposed solution integrates and if there are delivered or supported APIs for them.

CampusNexus has built-in document management capabilities throughout the solution. Documents can be uploaded, which will immediately update the impacted record. If

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



staff review and/or approval is required, the system can trigger a notification to the team member and/or team. Documents can also have important dates associated with them, such as due dates, expiration dates, approval dates, submission dates, and so on. This ability enables the solution to trigger date-driven reminder communications.

We are also integrated with Hyland and Schooldocs.

### 5.4.3 Technology Platform

Data Center and Hosting

1. In addition to the Hosting responses in the Compliance and Security sections, please provide an overview description of the proposed hosting infrastructure and associated technical environment, including but not limited to how the following criteria and capabilities are met:

- Provision of a comprehensive ERP System environment which is highly available and fully redundant – including but not limited to: How the architecture is sized and scaled to accommodate the College's projected usage profile? How is capacity calculated, an d what happens when additional computing resources are needed?

The CampusNexus solution is licensed according to Active Students / Users which greatly simplifies our SaaS delivery to institutions.  CampusNexus fully leverages the Microsoft Azure platform, using redundant services through the delivery whether it be throughout the networking, security, or application delivery stack.  Each of these components is architected with high availability and redundancy included.  Our competitive advantage is also including elasticity, which allows our services to expand to meet peak delivery needs and also contract when periods of significantly less traffic is occurring.  This elasticity is included and there are no overage charges for meeting user needs during a student registration or monthly billing activity.  The Cloud Services teams monitor our platform for issues and conditions, but the algorithms we have in place automatically manage the platform services needed to deliver peak performance.  We've developed these algorithms over the 20 year history of cloud delivery and have dynamic models in place that automatically size as needed.

- Conformance to the Uptime Institute Tier III (3) data center standards or higher (if another standard is used, please list and explain).

CampusNexus SaaS solutions is built on Microsoft Azure which runs in datacenters managed and operated by Microsoft. These geographically dispersed datacenters comply with key industry standards, such as ISO/IEC 27001:2013 and NIST SP 800-53, for security and reliability.  Microsoft designs and manages the Azure infrastructure to meet a broad set of international and industry-specific compliance standards, such as ISO 27001, HIPAA, FedRAMP, SOC 1, and SOC 2.  Microsoft Azure has not been evaluated by the Uptime Institute.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▐▌anthology

- Support for geographically diverse redundancy and dispersion of data centers.

CampusNexus Cloud utilizes Microsoft Azure's paired region topology for SaaS delivery. This includes delivery from a primary region nearby to the institution and also a secondary region where backups are stored and the availability to recover as needed from a disaster. These regions are under separate update domains from Microsoft, have additional connectivity, and are separated by at least 300 miles geographically.

2. Please confirm and summarize the provision of and ability of TCC to review policies, practices guides and regular performance reports for all major areas of data center management covered in Hosting, Compliance and Security requirements, including but not limited to:• Physical security; • System security; • Data security; • Physical infrastructure management; • Personnel management; • Change management; • System and application performance monitoring; • Incident management and response; and • Breach response and notifications.

CampusNexus SaaS solutions is built on Microsoft Azure. Microsoft maintains compliance with key industry standards, such as ISO/IEC 27001:2013 and NIST SP 800-53, for security and reliability. Microsoft designs and manages the Azure infrastructure to meet a broad set of international and industry-specific compliance standards, such as ISO 27001, HIPAA, FedRAMP, SOC 1, and SOC 2. Anthology also maintains operational practices for the way we develop and deliver our SaaS applications from CampusNexus Cloud. CampusNexus Cloud has ISO 27001 certification, which we align our management practices to. Additional information on incident and breach response is detailed in the sample Master Services Agreement.

3. Proposer should submit a sample Service Level Agreement (SLA) to support the cloud service being proposed. The College expects disaster recovery to be specified in the SLA. Additionally, the sample SLA should include a description of a sample service-level and penalty structure for potential inclusion in the final SLA. Sample should also include the steps and decisions used for the declaration of a disaster.

CampusNexus Cloud offers a Service Level Agreement of 99.7% application uptime. Additional information on the SLA including penalty structure is detailed in the sample Master Services Agreement.

4. Describe scheduled maintenance windows required for the maintenance of the hardware and/or software. Describe how these maintenance windows relate to availability SLAs. How would the System be notified if non-scheduled maintenance needs to occur?

CampusNexus Cloud provides institutions seven (7) days advance notice of scheduled maintenance. These maintenance windows are scheduled between 12am - 6am and generally occur on the weekends. These maintenance windows do not typically involve system outages, so there is no impact to SLA or availability. Customers receive email notifications of advance notice, which can go to designated individuals or group distribution.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



### Back-up, Recovery, and Continuity

5. Describe Proposer's backu p, restore, and disaster recovery procedures. Include standard Recovery Point Objective (RPO) and Recovery Time Objective (RTO) metrics. What are the College's options if there is a need to restore data from the previous day, week or month? In the event of a major incident, such as a disaster, how is order and precedence of restoration determined? Please describe the process for performing an annual fail-over test to a disaster recovery site and ensure business continuity.

The CampusNexus solution includes well documented backup processes that align to the controls found in the ISO 27001 standards. Our backup procedures and retention time are also documented in our Master Services Agreement. Backups provided in the Premium Tier include hourly backups retained for one week, daily backups retained for a month, and monthly backups retained for a year. The recovery point objective is a maximum 4 hours and recovery time objective is a maximum of 48 hours. Recovery tests are performed by our engineering team on a monthly basis. In addition, the solution stores all data backups at a secondary paired region to ensure we can rapidly recover customer environments in case of a disaster.

### Compliance

6. Describe all relevant certifications and attestations for hosting services and data security practices, including: SSAE 18 SOC 1 and SOC 2 Type II reports, ISO/IEC 27001, ISO/IEC 27002, ISO/IEC 27017, ISO/IEC 27018, Cloud Security Alliance STAR Registry, etc., as well as your ongoing commitment to maintain these standards. Include a copy of your latest SSAE 18 Type II report if available.

The CampusNexus solution and security framework are aligned to the ISO 27001 certification framework. For CampusNexus Student we offer a SOC 1. For our Cloud delivery we offer SOC 2 and ISO 27001 certification. The SOC attestations are available through a non-disclosure agreement.

7. Describe any continuous program or practices in place to sustain compliance over time with all standards requirements in this document as well as relevant new and revised equivalent industry standards, and for reporting to the College on ongoing compliance and any periodic additions or changes to overall compliance program.

Anthology will, in the operation of its business, remain at all times in compliance with all applicable and material federal, state and local laws and all applicable U.S. Department of Education rules and regulations (including provisions of FERPA). Anthology shall comply with all laws applicable to Anthology's provision of the Anthology SaaS, including applicable security breach notification laws.

8. Describe the proposer's commitment, program and practices to support the College's full and timely compliance with the General Data Protection Regulation (GDPR) by fulfilling all requirements of a GDPR 'processor' which processes personal data on behalf of the College. State any GDPR certifications maintained. Provide the College with documentation of these measures.

www.campusmanagement.com/policies/DataProtectionPolicy

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



## Data Management and Security

9. Describe the proposer's overall data security program and indicate how it provides: • Coverage of the NIST Cybersecurity Framework elements: Identify, Protect, Detect, Respond, and Recover; • Comprehensive data security consistent with the data security requirements in this RFP; • A monitoring program to ensure ongoing measures to detect, report on and investigate intrusions, attacks, breaches, and security policy violations; • Policies and practices for incident response and reporting; • A data security risk management program; and • Evidence of an ongoing commitment to support the highest standard for data security practices.

The CampusNexus solution and security framework are aligned to the ISO 27001 certification framework. For CampusNexus Student we offer a SOC 1. For our Cloud delivery we offer SOC 2 and ISO 27001 certification. The SOC attestations are available through a non-disclosure agreement.

10. Provide a description of the proposer's practices and standards employed for the encryption of data at rest and data in motion.

Anthology maintains data at rest encryption using AES-256 algorithm for all data and backups. Data in transit utilizes TLS 1.2 encryption between all services and user connections.

11. Describe the data security and protection measures in place to ensure that the College's data will not be used to market and advertise products and services.

Anthology has specifically outlined the protection measures listed in the sample Master Services Agreement provided with this proposal.

12. Provide a description of how data is eradicated from the service and the time frame for that eradication once the enterprise elects to delete the data, including all copies that are made for high availability and disaster recovery.

At the termination of a customer's agreement, Anthology will provide data backup and/or CSV extracts (where applicable) of all customer data. This data will be provided for download via Secure FTP to the administrative contacts provided by the customer, for 30 days upon termination. Following this period, all customer environments will be securely decommissioned and non-recoverably purged from all locations.

13. Describe any data management capabilities, including any proposed data cleansing and data conversion tools. What does the system provide to ensure integrity of converted data, such as enforcement of field rules or business rules, or application of data edits? Describe the tools/accelerators available to support the conversion of data from our legacy systems to the proposed ERP. Are these tools provided with the proposed ERP or from third parties? Please describe the process for data conversions and loads specifically highlighting what features and functionality will be available to TCC and what functionality will only be available to the software vendor or a third-party system integrator.

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

Anthology performs data conversion using a Common File Format Methodology. The Common File Format Methodology consists of published common file formats. Anthology will maintain predefined conversion logic from the common formatted files into CampusNexus as the application evolves.

With the Common File Format Methodology, customers benefit from code reuses, reduced data load time, and reduced timeline. The Common File Format Methodology improves quality by providing customers visibility to their data before it is converted through integrity and validation checks in the middle tier. Anthology and its customers share the data conversion responsibility as the client extracts their data into the predefined common files and Anthology enhances the ongoing design of the Common Format Conversion Architecture.

As part of the data migration process, the Tarrant County Community College District will be able to decide what data elements are brought into CampusNexus, and which data elements will not be brought into CampusNexus.

Anthology will conduct a set of data discovery and analysis sessions to review Tarrant County Community College District's legacy data source systems. Tarrant County Community College District will provide Anthology with copies of all legacy source system data and provide assistance as requested to conduct the analysis of this data. Anthology will document what database/tables/fields from the legacy source system will be required to be extracted and populated into CampusNexus.

Anthology will provide training and validation support to Tarrant County Community College District on the data validation. The purpose of the data validation process is to confirm and improve the integrity and accuracy of the migrated or entered data. Validation issues may arise from data entry errors, legacy system, data mapping, configuration, or the migration code. Anthology will provide data validation plans and procedures to Tarrant County Community College District.

As required, Anthology will validate and research solutions to all reported issues which may be migration logic related. During data migration process, Anthology will also provide support to the ongoing data validation processes. Tarrant County Community College District is responsible for the validation of the migrated data and provision of documented approval of all migrated data. Based on feedback from the validation process, Anthology and Tarrant County Community College District will maintain a listing of all issues with their priority and status and as required; Anthology and Tarrant County Community College District will validate and research solutions to all reported issues.

The Data Conversion Resource Center Application (DCRC) is a propriety application that Anthology has created to support the data conversion approach / methodology. The DCRC is made up of a set of tools that will be utilized by the project team throughout the implementation process, including:

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖‖anthology

- Translation Tables
  - A group of mapping tables access through the DCRC consisting of two tabs
    - "Items to Map" are data items from the legacy system(s) that will be associated, or mapped, to a value that is manually configured in CampusNexus
    - "Items to Import" are data items from the legacy system(s) that will be mapped and imported with some flexibility. The mapping can involve both the selection of a value from a configured drop-down list and/or the opportunity to enter values into editable fields.

- Data Validation:
  - The Data Validation Checklist outlines specific processes and checks that must be performed to ensure successful implementation of CampusNexus.

- Issue Tracker:
  - The Issue Tracker provides the implementation team with the ability to report and track issues associated with the Data Validation Checklist. The Issue Tracker tools audits who perform each validation check for each campus location and data validation spin. Pass or Fail results are tracked along with specific details for failed checks. The Issue Tracker tool contains a status flow to track the progress of the resolution to identified data validation checks.

- CFC Data Validation:
  - The CFC Data Validation Tool allows customers to view their data prior to conversion to CampusNexus. Through the CFC Data Validation tool, end users can improve the quality of their data extracts through Referential Integrity Validation, Field Level Validation, and Logical Validation checks.

14. Does the vendor offer a cloud-based data repository option which would enable TCC to store copies of all types of data - including ERP and non-ERP data; and structured and unstructured data – for the purposes of reporting and analytics. If the answer to this question is Yes, please indicate whether TCC's data in this repository would be accessible by all the reporting and analytics tools provided in the ERP system to achieve unified reporting and analyses across all data sources. Would it be accessible by other third-party reporting and analytics tools? Please describe the user access security capabilities of such an environment and summarize its other primary features. Please provide the costs associated with this optional capability.

Yes, the CampusNexus solution offers connectivity to Power BI for analytics. Customers may connect their Power BI subscriptions to the CampusNexus solution. All data in transit is

# ▐▌anthology

encrypted using TLS 1.2 and is secured using the institution's Azure AD tenant. Additional reporting and analytics needs may be met with real-time OData and SSRS capabilities. Finally, customers may download, upon request, the CampusNexus Student database once per month for their needs.

IAM and Users Accounts

15. TCC's institutional Identity and Access Management (IAM) infrastructure is based around using Microsoft Azure Active Directory (AD) as it's central, official repository of identities and authorizations. In overview, describe how the proposed produ ct's IAM capabilities can be used - independently and/or in conjunction with TCC's IAM infrastructure – to accomplish or support the following TCC IAM objectives: • Integrate and interoperate with MS Azure Active Directory to automate and drive user account management including authorization provisioning and de-provisioning; • Provide the ability to store, manage and enforce a full range of local Institutional security and IAM policies; • Manage access to and control of all ERP System functions, including third party components with a single sign-on, as authenticated per security standards, including full support for SAML 2.0; and • Prevent the creation of fraudulent and duplicate identities and accounts.

The CampusNexus solution fully leverages Azure Active Directory (AAD) for identity and access management. The solution offers native capabilities to provision cloud identities for students upon reaching a customer defined status or following a workflow routine. These are customizable to meet each institution's needs and requirements. All identities reside in the institution's Azure AD tenant. Azure App registrations are created to authenticate the CampusNexus solution.

16. More specifically, describe how the proposed product supports: • SAML V2 and future SAML updates; • Interoperability with multiple external Identity Providers and Discovery Services and dynamically publishes and consumes federation metadata (including cryptographic keys) in order to obtain information about federation endpoints; • Consuming identity data via SAML assertion during the user login process; • Handling changes to a unique identifier that appear in a SAML assertion or other data feed without loss of functionality or data for that user; and • Deep linking, meaning that the user, if already logged in, can navigate directly to pages for which they are authorized without having to log in again.

The CampusNexus solution requires Azure AD for identity management. Additional solutions may be supported by the customer using Azure AD, these are outside the realm of the solution proposed. Typically any user with an existing AAD token will not be prompted for an additional Azure AD login. If they do not have an active token, they would see a Microsoft AAD splash screen or customer login page where they would be prompted for their credentials or MFA.

17. Describe the proposed product's features and capabilities to control, manage and monitor user authentication, access/privileges, activities, and account profiles, including but not limited to these items: • Ability of TCC administrators to establish and enforce user login policies (e.g., maximum invalid login attempts, password reset procedures) and rules by individual user accounts, role-based groups, time windows, geographic locations, violations of login or access policies, etc.; • Ability of TCC

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

administrators to monitor, log, report on and receive notifications of user account activity and violations of user account management and security policies; • Ability to enable end-user self-service access to password resets and profile updates based on TCC determined criteria; • Ability of authorized TCC personnel to establish, manage and monitor role-based groups, position- based groups, and others for the purposes of managing access; • Ability of authorized TCC personnel to assign, remove, manage and monitor user access to ERP functions and data based on established role-based and other user groups.

The CampusNexus solution requires Azure AD for identity management. Administrators may review all log information using the native Microsoft Azure Admin portal. The institution's current password and policies would be leveraged using the CampusNexus solution. Additional capabilities may be features of premium Azure AD features like Conditional Access. Those are licensed directly as needed through Microsoft.

The CampusNexus solution offers role based access controls. Administrators may define group based roles and then add additional fine grained permissions to individual users as needed. These roles and permissions are customizable.

## Interfaces and Integration

18. Describe how the proposer's solution addresses the College's requirement to provide the ability to develop, manage and support complex integrations which may include multiple bi-directional interfaces to multiple external systems and complex business and data processing and format translations, including lists of protocols, standards and interface architectures supported.

CampusNexus uses Common Data Service a platform that allows institutions to **integrate apps, build a new custom web or mobile applications,** and **create automated workflows** across on-premises and cloud workloads

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ||||anthology

## Common Data Service (CDS)
Microsoft Business Applications Platform





- CampusNexus Student has CampusNexus Workflow, which is a part of the CampusNexus Event-Driven Architecture. It provides users the ability to compose business logic visually using Activities. CampusNexus Workflow integrates with Azure Logic Apps, Azure Service Bus and Azure Functions, etc., which allow users to integrate and expand to meet the business needs.

## Azure IPaaS
Putting it all Together



DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

- CampusNexus Student has a connector for CampusNexus that is available for Flow (Power Automate) and Logic Apps

- CampusNexus Student on-ramp messages to Service Bus based on the events in CampusNexus which allow users to develop integration by off-ramping from Service Bus, messaging the data, and orchestrate as needed.

- CampusNexus Student has CampusNexus Workflow, which is a part of the CampusNexus Event-Driven Architecture. It provides users the ability to compose business logic visually using Activities. CampusNexus.

- Web Service Layer

- OData/REST APIs

o Enabling technology for flexible Modern UI

o Enables external systems query-able interfaces exposed through HTTP – queries can be executed from a browser address

- Web Service/Application Programming Interface (API) is SOAP-based Web services and Windows Communication Foundation (WCF) services. The Web services are grouped in categories corresponding to the functional areas of CampusNexus in which Customers would typically want to build integrations or update data through Web services.

19. Describe the extent to which the Proposer's solution provides an interface management system which enables authorized TCC personnel to document, manage, monitor and track all types of interfaces and integrations.

CampusNexus Solution we are proposing here a Software as a Service (SaaS) cloud-delivered solution that is expertly managed and delivered by Anthology. Currently this feature is not available out of the box to the customer. Anthology would recommend the customer provide instrumentation to 3rd party integrations that would provide alerts or notifications to the customer of any issues. Anthology does manage and monitor the core SaaS solution 24/7 in our Global Cloud Operations Center.

20. Describe any developer tools and pre-developed templates provided which facilitate and streamline the College's ability to develop custom interfaces and complex integrations.

CampusNexus is built using Microsoft® technologies. We've chosen Microsoft as our foundation because of its history and reputation for providing enterprise-ready tools and platforms. Moreover, Anthology has a long history of leveraging Microsoft technologies, resulting in deep-rooted knowledge and expertise in its use. So, when we planned for our CampusNexus architecture, building on a Microsoft foundation was a clear choice. Plus,

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

Microsoft is a familiar technology to higher education, which has proven to make the adoption and use of CampusNexus an easy transition for institutions.

The underlying architecture of CampusNexus uses:

• Microsoft .NET® as an application foundation

• Microsoft Azure SQL® as a database platform

• Microsoft Flow and Windows Workflow Foundation to extend the functionality

• Microsoft Power BI for business intelligence

• Microsoft Power Apps for custom Web and Mobile experiences

• Microsoft Azure as a cloud hosting environment

**Application Components** – Provide features for maximizing functionality and usage across the CampusNexus product suite. These include:

- Workflow – Extend CampusNexus business processes in order to adapt to the needs of today and tomorrow. Use Workflow to visually compose and track these processes and involve both systems and people as participants in automated processes.

- Portal – Allow constituents to participate in key processes while affording self-service capability to manage data.

- Forms Builder – Develop dynamic forms with embedded business logic to create your own extended user interfaces to CampusNexus data and expand self-service capabilities. Deploy forms as standalone applications or embed as part of portals. Forms Builder is integrated with Workflow to provide capabilities for composing sequences as well as monitoring and tracking form usage.

- Service Catalog – Leverage a broad set of APIs, web services, and Data Services to facilitate integration with external systems.

- Business Intelligence & Analytics – Gain greater insight through a data warehouse with analytic views across a range of operational metrics and powerful interactive visualization tools from Microsoft Power BI.

**Open Architecture for Integration and Extension**

- CampusNexus Student has CampusNexus Workflow, which is a part of the CampusNexus Event-Driven Architecture. It provides users the ability to compose business logic visually using Activities. CampusNexus Workflow integrates with Azure

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

Logic Apps, Azure Service Bus and Azure Functions etc., which allow users to integrate and expand to meet the business needs.

## Azure IPaaS
Putting it all Together



- CampusNexus Student has connector for CampusNexus that is available for Flow and Logic Apps

- CampusNexus Student on-ramp messages to Service Bus based on the events in CampusNexus which allow users to develop integration by off-ramping from Service Bus, messaging the data and orchestrate as needed.

- CampusNexus Student has CampusNexus Workflow, which is a part of the CampusNexus Event-Driven Architecture. It provides users the ability to compose business logic visually using Activities. CampusNexus.

- Web Service Layer

  o OData/REST APIs

    ▪ Enabling technology for flexible Modern UI

    ▪ Enables external systems query-able interfaces exposed through http – queries can be executed from a browser address

  o Web Service/Application Programming Interface (API) are SOAP-based Web services and Windows Communication Foundation (WCF) services. The Web

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



services are grouped in categories corresponding to the functional areas of CampusNexus in which Customers would typically want to build integrations or update data through Web services.

We have the example and templates available in the Help system as well as https://github.com/campusmanagement

**Integration – Microsoft Power Platform**



21. Describe how access and data security are supported for APIs and other interface types. Describe how the product supports and is compatible with Azure APIM, which is currently used by the College.

Role-based security is supported, and API's follow the same security model for authorization on access to data. Functionality is available as part of the proposed solution using swagger definitions and Microsoft's Azure API Management which allows you to provide and manage an API, get developer portals, documentation, security management, performance management, statistics, and analytics.

22. Describe and provide a catalog/listing of any included pre-developed integrations with national higher education agencies and regulatory bodies, such as the US Department of Education. What is your commitment to maintaining this? How quickly do you provide updates when the agency or regulatory body changes their requirements?

- ISIR import / export

- C.O.D. import / export

- SSCR import / export

- National Clearing House import / export

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ⦚anthology

- IPEDs data for survey completion

- FISAP reporting

- 1098-T reporting

These are maintained by our product team and updated annually or as federal mandates suggest.

## Performance Monitoring and Joint Processes

23. Describe the application documentation that is delivered with the system. Catalog any business process documentation that is delivered, such as flow diagrams or narratives. Provide representative examples.

Product documentation and release notes are updated and published simultaneously with our product releases. This information is found in Service Desk and on our customer-only portal, referred to as MyCampusInsight.com. Additionally, clients have access to a knowledge base with articles relevant to specific use cases.

Business Process Blueprints are the foundation of the implementation. The "to-be" state process models are based on common practices in higher education from which functional and technical design, configuration, testing, and end user training are based. Business Process Blueprinting is the key focus of the Define phase of Anthology's Implementation Methodology. During this phase, Anthology will deliver a series of Business Process Blueprinting sessions to enable the institutions to understand best practices associated with the business processes to be implemented.

Business Process Blueprinting focuses on the "To-Be" State based on the implemented solutions to which the business processes align. During this phase, Anthology will work with the institutions to identify and document any current state processes that will be improved in the to-be state. Examples include automation, workflows, simplification of process steps, and / or the elimination of manual processes. Business Process Blueprinting serves as the foundation and set the stage for the strategy and assessments for data migration, integrations, reporting, testing, and end-user training.

The implementation process and methodology documents will detail all activities associated with the Anthology Business Processes to include, but not be limited to, business processes blueprints, process portfolio matrix tasks, issues, requests and change orders. As part of Anthology's implementation methodology, Tarrant County Community College will have the opportunity to review the tasks as they are completed during the implementation. At the point the requirements (user stories) are completed, Customer will participate in a demonstration to validate the requirement has been met and officially signed off.

# ▌▍anthology

Our process modeling procedure supports the configuration of the Business Process Blueprints for each of the Master Processes to be implemented. The business process blueprints set the foundation for the Technology Workflow, Reporting, and Integration specifications identified in the processes.

Since Anthology's focus is to take an outside in approach to Customer Implementations, our implementations are process specific. As such, we seek to help institutions configure and implement processes versus just a "System" or "Application". Beginning with the process modeling and continuing throughout the implementation, as well as beyond go-live, we work with our customers to develop, optimize, and further improve the implemented business processes. To enable this, we provide, and work with our customers to complete Business Process Overviews for each of the processes to be implemented.

These documents are ultimately transformed into a comprehensive, process based, end-user guide. These guides enable end users to understand the end to end process, as well as how one user's steps in the process impacts other steps and other processes.

24. Describe the system/technical documentation that is delivered with the system. Describe the availability of any delivered data dictionaries, metadata repositories, or data models. Provide representative examples.

Database Relationship Model and Data Dictionary CampusNexus Student operates with Bounded Context design. Bounded Context is a central pattern in Domain-Driven Design that deals with large models by dividing them into different Bounded Context and begin explicit about their interrelationships. It also acts as the conceptual foundation for the design of the software itself, how it is categorized into objects and functions. This is an example of part of the student information section of Anthology:



Comprehensive data dictionaries and self-discovery API inventories are available as part of the documentation and delivered with each release

The three following screenshots display information from our data model tool. The first screenshot details the highest level in the hierarchy for tables. The second shows an Entity

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# anthology

Relationship Diagram (ERD) for the Courses table in CampusNexus Student. The third image is the complete relationship model for Courses when zoomed out.



Figure 1: Table Hierarchy



DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ⫴⫴anthology

Figure 2: The Entity Relationship Diagram (ERD) for the Courses table (CampusNexus Student)



Figure 3: Complete Relationship Model for the Courses table (zoomed out)

25. Describe the framework and documentation provided to support joint processes for incident response and other system operational events which require collaboration, communication and shared effort across both vendor and College personnel, functions, infrastructure and/or responsibilities.

Tarrant County Community College District will have direct access to the Client Services application and technical experts that will be responsible for incident and request response as well as triaging and troubleshooting reported issues. Our support specialists will engage with members of your team to understand your implementation and business processes, as well as build long-term relationships to ensure your organization has a true advocate and partner. Assigned Analysts will escalate/troubleshoot each incident based on severity/urgency and will provide updates frequently until a resolution is provided. Client Services will be the entry point for all application and infrastructure issues and requests.

Tarrant County Community College District will also have full access to ServiceDesk, our incident tracking portal where both Anthology and Tarrant County Community College District will collaborate and communicate during the entire lifecycle of an incident or request. Through ServiceDesk, incidents can be submitted, monitored, and updated 24x7. ServiceDesk also provides access to a robust Knowledge Base full of product information, best practices,

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A



and useful tips, as well as technical specification guides, product documentation, release information, and company news and updates.

Upon submission of an incident or request, the assigned Client Services Analyst will determine the appropriate severity of the submitted issue and begin troubleshooting. During the troubleshooting process the Analyst will work directly with the assigned contact and will provide frequent updates, escalation information if necessary, and ultimately the resolution for your issue. All communication and documentation regarding the support submission will be tracked through ServiceDesk. Tarrant County Community College District will also be provided a toll free 800# to call directly and speak with a Client Services Analyst or Manager.

System Security and Audit Trails

26. Describe and highlight key features of the solutions overall approach and built-in measures to ensure the integrity and security of application software, processes and data system wide.

The CampusNexus solution requires Azure AD for identity management. Administrators may review all log information using the native Microsoft Azure Admin portal. All data is leverages the security in place of the customer's tenant.

27. Describe the proposed solution's system -wide audit trail capabilities and processes, including the extent to which it logs changes to application data, captures functional data elements and provides system administrators with the ability to search, view, select, report on selected log data.

The CampusNexus solution requires Azure AD for identity management. Administrators may review all log information using the native Microsoft Azure Admin portal. All data is leverages the security in place of the customer's tenant.

28. Describe the proposed solution's audit trail capabilities, logs, reporting and notifications for user account activity such as login, logoff, account and profile changes, changes to authorizations and privileges, approval actions, and review functions and actions.

The CampusNexus solution requires Azure AD for identity management. Administrators may review all log information using the native Microsoft Azure Admin portal. All data is leverages the security in place of the customer's tenant.

29. Describe the system's geofencing capabilities, such as the ability for TCC administrators to limit or block access by individual account or by role-based and custom groups of accounts based on geographic location of the user. Identify any specific features that are delivered with your proposed solution that leverage this capability.

The CampusNexus solution requires Azure AD for identity management. Administrators may review all log information using the native Microsoft Azure Admin portal. The institution's current password and policies would be leveraged using the CampusNexus

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌▌anthology

solution. Additional capabilities may be features of premium Azure AD features like Conditional Access. Those are licensed directly as needed through Microsoft.

30. Given the ever-increasing severity and sophistication of all types of cybersecurity threats and attacks, please describe in some detail your ongoing cybersecurity programs and efforts, including but not limited to a summary of current monitoring and countermeasures, level and advancement of staffing, program for continuous evaluation and improvement, company commitment to sustaining the highest levels of protection, and cybersecurity practices, standards and certifications.

The CampusNexus solution and security framework are aligned to the ISO 27001 certification framework. For CampusNexus Student we offer a SOC 1. For our Cloud delivery we offer SOC 2 and ISO 27001 certification. The SOC attestations are available through a non-disclosure agreement.

At Anthology, the following process applies for security testing of our Web applications. During execution of test scenarios on the Web applications, we use testing tools that intercept http requests sent to the Web applications server and then perform a scan of these requests. The testing tools analyze these messages for evidence of different types of vulnerabilities; the tool also manipulates and sends additional requests to Web applications to probe these vulnerabilities. In addition to the OWASP (Open Web Application Security Project) Top 10 security risks list, the tool probes against a large list of other vulnerabilities. A report is then generated that lists the potential vulnerabilities in the product.
The Quality team scans the report and files bugs that are required to be remediated by the Development team. The Development team then analyzes the bugs and fixes valid vulnerabilities. The Quality team then runs the feature again through Burp Scanner to confirm that the vulnerabilities are fixed.
The Web applications are released only after all High severity issues are resolved. Medium Severity issues are recorded and queued for resolution in the next available release.

31. Describe the ability for the College to perform independent security testing of the hosting/cloud services.

The CampusNexus solution and security framework are aligned to the ISO 27001 certification framework. For CampusNexus Student we offer a SOC 1. For our Cloud delivery we offer SOC 2 and ISO 27001 certification. The SOC attestations are available through a non-disclosure agreement. These audits are conducted by accredited independent third parties. There is no additional testing permitted by customers.

## Technical Application Features

32. What processes or tools are in place to facilitate sharing of systems objects (e.g., reports, bolt-ons, extensions) with other customers of your software? How do you, as the vendor, help facilitate this sharing process?

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ▌▌anthology

Reports may originate as a SSRS (.rdl file) or Power BI (.pbix file) report throughout the system.  These reports can be shared with others on our Anthology Community Portal with others.  Anthology provides an extensive system of reporting with the solution that is available to all customers.  Other code samples for integrations and connectors are shared by Anthology at our public Github repository.

33. Describe any provided developer tools and related infrastructure, templates, training and support services which enable the College to develop, test and deploy extended or add-on functionality to the ERP. Please describe the scope of these tools by describing the types of functionality that can and cannot be developed using them. For each tool referenced, indicate whether the tool is provided and supported by the vendor and/or by third parties?

CampusNexus Student has CampusNexus Workflow, which is a part of the CampusNexus Event-Driven Architecture. It provides users the ability to compose business logic visually using Activities. CampusNexus Workflow integrates with Azure Logic Apps, Azure Service Bus, and Azure Functions etc.,(3rd party - the responsibility of the customer from Microsoft) which allows users to integrate and expand to meet the business needs.



- Web Service Layer (part of offering)
    - OData/REST APIs
        - Enabling technology for flexible Modern UI
        - Enables external systems query-able interfaces exposed through HTTP – queries can be executed from a browser address

DocuSign Envelope ID: 35C153B8-8653-4682-B49C-59C9C9BC233A

# ‖anthology

- o Web Service/Application Programming Interface (API) is SOAP-based Web services and Windows Communication Foundation (WCF) services. The Web services are grouped in categories corresponding to the functional areas of CampusNexus in which Customers would typically want to build integrations or update data through Web services.
- Customers can leverage the power of the power platform (the responsibility of the customer from Microsoft) to develop extensions as well.

## Common Data Service (CDS)
Microsoft Business Applications Platform





34. Please provide any relevant product or technology roadmaps, documentation, summaries or other materials which convey your firm's current status and future plans for employing Artificial Intell igence technologies such as machine learning and natural language processing to enhance functionality. In particular, TCC is interested in understanding your firm's strategy, specific plans and level of resource commitment for using AI technologies in these functional areas: • Conversational user interfaces; • Personal assistants, chatbots and intelligent agents; • Personalization and Individualization of Services; • Predictive Analytics; • Business Process Automation; • Text processing and interpretation; • Other speech-to-text and/or text-to-speech functionality; and • Any other functionality with significant value.

Anthology has a dedicated data science team. This team seeks to understand the data that is available and changes and adds machine learning and A.I. in order to provide insights and value to our customers. There are risk score models, predictions and prescriptions that emerge across the application in a variety of ways. We also have a conversational BOT, which can provide