UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHOLOGY, INC., Plaintiff, | § | |
| vs. | § | Civil Action No. 4:24-cv-279-P |
| TARRANT COUNTY COLLEGE DISTRICT, Defendant. | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TARRANT COUNTY COLLEGE DISTRICT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM AND BRIEF IN SUPPORT**

Pursuant to Local Rule 7.1(i), Defendant Tarrant County College District ("TCCD") files this appendix in connection with TCCD's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim and Brief in Support.

| Exhibit | Description | APP. # |
|---|---|---|
| A | Affidavit of Antonio Undrea Allen | 001-002 |
| A-1 | Email correspondence between counsel for TCCD and counsel for Plaintiff Anthology, Inc. | 003-011 |
| A-2 | Commissioner of Higher Education's certification dated October 1, 2021 | 012-013 |

Respectfully submitted,

Ryan Logan Valdez
State Bar No. 24037627
rvaldez@canteyhanger.com
Scott Fredricks
State Bar No. 24012657
sfredricks@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com
Tiereney Bowman
State Bar No. 24136751
tbowman@canteyhanger.com

CANTEY HANGER LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Facsimile: (817) 877-2807

**ATTORNEYS FOR
DEFENDANT TARRANT
COUNTY COLLEGE DISTRICT**

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2024, a true and correct copy of the foregoing document has been served by electronic mail on the following counsel of record for Plaintiff. In accordance with Rule 5 of the Federal Rules of Civil Procedure, Plaintiff's counsel consented to receive service via email.

Gregory A. Brassfield
Jamie R. Drillette
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Ave., Suite 2700
Dallas, Texas 75201
gbrassfield@lynnllp.com
jdrillette@lynnllp.com

Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union St., Suite 3300
Seattle, Washington 98101
aswaminathan@orrick.com

Deena O. Dulgerian
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, California 90071
ddulgerian@orrick.com

Michael Ackerman

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHOLOGY, INC., Plaintiff, | § | |
| vs. | § | Civil Action No. 4:24-CV-279-P |
| TARRANT COUNTY COLLEGE DISTRICT, Defendant. | § | |

**AFFIDAVIT OF ANTONIO UNDREA ALLEN**

STATE OF TEXAS §
§
TARRANT COUNTY §

Before me, the undersigned notary, on this day personally appeared Antonio Undrea Allen, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Antonio Undrea Allen. I have never been convicted of a felony or a crime of moral turpitude, and I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have been licensed to practice law in Texas since November 2, 2012, and I am General Counsel for Defendant Tarrant County College District ("TCCD").

3. I submit this Affidavit in support of TCCD's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim and Brief in Support.

4. Between Tuesday, March 26, 2024, and Thursday, March 28, 2024, I engaged in e-mail correspondence with Aravind Swaminathan, counsel for Anthology, Inc.

("Anthology") regarding the subject matter of this lawsuit. A true and correct copy of that e-mail correspondence is attached to this Affidavit as Exhibit A-1.

5. Anthology and TCCD have not completed the Formal Dispute Resolution Process under Chapter 2260 of the Texas Government Code.

6. Attached to this Affidavit as Exhibit A-2 is a true and correct copy of the Commissioner of Higher Education's most recent certification to the Texas Comptroller of Accounts listing TCCD as a public junior college eligible to receive state appropriated funds. I downloaded this document on April 16, 2024 from:

   https://reportcenter.highered.texas.gov/correspondence/commissioner-correspondence/certification-appropriations-public-community-junior-colleges/

Further affiant sayeth naught."

Antonio U. Allen

SWORN AND SUBSCRIBED to before me on April 16, 2024.

NOTARY PUBLIC
STATE OF TEXAS
TAMMY TENNES
Notary ID #129720248
My Commission Expires
February 20, 2026

Notary Public in and for the State of Texas

My commission expires: 2/20/2026

# Exhibit A-1

**From:** ALLEN, ANTONIO
**To:** Swaminathan, Aravind
**Cc:** Heath, Jacob M.
**Subject:** RE: TCCD Response to Anthology Notice of Intent to File Suit
**Date:** Thursday, March 28, 2024 9:29:00 AM
**Attachments:** image005.png

Mr. Swaminathan,

Because our position is that Anthology does not have a contractual or statutory right to seek resolution of its breach of contract claim in any court without first complying with Chapter 2260, we do not agree to accept service by email. I reiterate the college's readiness to engage in the exclusive procedure that is required by Texas law and was agreed upon by the parties in Section 16.3 of the Agreement.

Regards,

Antonio

**Antonio U. Allen**
Interim General Counsel
Tarrant County College District | TRWF 1402A
300 Trinity Campus Circle | Fort Worth, TX 76102
817-515-5229 | Fax 817-515-5150
antonio.allen@tccd.edu | www.tccd.edu

**From:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Sent:** Thursday, March 28, 2024 9:02 AM
**To:** ALLEN, ANTONIO <antonio.allen@tccd.edu>
**Cc:** Heath, Jacob M. <jheath@orrick.com>
**Subject:** RE: TCCD Response to Anthology Notice of Intent to File Suit

Thank you. Please let us know if you will accept service by email. Otherwise, we will dispatch a process server.

Aravind

**From:** ALLEN, ANTONIO <antonio.allen@tccd.edu>

**Sent:** Wednesday, March 27, 2024 12:03 PM
**To:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Cc:** Heath, Jacob M. <jheath@orrick.com>
**Subject:** Re: TCCD Response to Anthology Notice of Intent to File Suit

**[EXTERNAL]**

Mr. Swaminathan,

Thank you for your response.

A waiver of sovereign immunity under Texas Local Government Code § 271.152 applies only to "a local government entity," and "unit of state government" is expressly excluded from the definition of "a local government entity."

Tarrant County College District is an "institution of higher education" under section 61.003 of the Education Code, and such institutions are included in the definition of a "unit of state government," and thus are not "local government entities." *See* Tex. Educ. Code § 61.003; Tex. Gov't Code § 2260.001; Tex. Loc. Gov't Code § 271.151. Under the unambiguous language of the relevant statutes, Tarrant County College District is not a "local government entity" covered by § 271.152 of the Local Government Code.

Tarrant County College District reaffirms its willingness to engage in the formal dispute resolution process as required by Chapter 2260. But if Anthology refuses to abide by the contract and Texas state law by suing TCCD in federal court, we will seek dismissal, sanctions, and attorney fees.

Regards,
Antonio

**Antonio U. Allen**
Interim General Counsel
Tarrant County College District | TRWF 1402A
300 Trinity Campus Circle | Fort Worth, TX 76102
817-515-5229 | Fax 817-515-5150
antonio.allen@tccd.edu | www.tccd.edu

**From:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Sent:** Wednesday, March 27, 2024 12:34 PM
**To:** ALLEN, ANTONIO <antonio.allen@tccd.edu>
**Cc:** Heath, Jacob M. <jheath@orrick.com>
**Subject:** RE: TCCD Response to Anthology Notice of Intent to File Suit

Antonio,

None of these provisions cited in your email preclude Anthology from suing TCC in federal court today. Pursuant to Texas Local Government Code § 271.152, which is not referenced in your email, TCC has waived immunity from suit. *See* Tex. Loc. Gov't Code Ann. § 271.152 ("A local governmental entity that is authorized by statute or the constitution to enter into a contract and that enters into a contract subject to this subchapter waives sovereign immunity to suit for the purpose of adjudicating a claim for breach of the contract, subject to the terms and conditions of this subchapter."). Indeed, TCC's October 26, 2023, notice of termination letter acknowledges that TCC has waived immunity from suit under § 271.152, erroneously claiming that it did not waive immunity from liability for certain contract damages under § 271.153). Further, Anthology can sue TCC in federal court because TCC cannot condition its waiver of immunity on suit being brought in a particular forum. *See Tercero v. Texas Southmost Coll. Dist.*, 989 F.3d 291, 297–98 (5th Cir. 2021) ("While a state can condition its waiver of governmental immunity on jurisdictional prerequisites like pre-suit notice requirements, it cannot condition its waiver of immunity on a suit being brought in any forum other than a federal forum."). Moreover, TCC expressly agreed that any "claim arising out of or related to this Agreement, shall be maintained exclusively in the jurisdiction and venue of the United States federal courts sitting in the Northern District of Texas[.]" See MSA, Section 16.3.

To address the specific provisions cited in your email, Section 16.3 of MSA provides: "To the extent that the dispute resolution process provided for in Ch. 2260 and the related rules adopted by the Texas AG pursuant to Ch. 2260 ***are required by applicable law to apply to this Agreement***, the process & rules of Ch. 2260 and the related rules adopted by the Texas AG pursuant to Ch. 2260, will be used by the Parties to attempt to resolve any claim for breach made by Anthology." MSA, Section 16.3 (emphasis added). Chapter 2260 of the Texas Government Code, and by extension Chapter 107 the Texas Civil Practices and Remedies Code, do not apply because TCC ***has already waived immunity*** from suit under Local Government Code § 271.152, which TCC conceded in invoking § 271.153 in its October 26, 2023 termination letter and in its failure to respond to our correspondence regarding the applicability of § 271.153. In any event, as you know, Anthology and TCC have previously engaged in extensive pre-suit dispute resolution efforts to no avail and further discussions appear to be futile given TCC's refusal to honor its contractual obligations, and in its decision to ignore my letter regarding settlement on March 5, 2024. Simply put, TCC cannot use Chapter 2260 as a stall tactic because it does not apply and the partis have already unsuccessfully engaged in pre-suit dispute resolution.

Anthology has complied with its obligations under the MSA and Texas law. Absent a change in TCC's position, we intend to file the complaint today.

Please let us know if you will agree to accept service by email.

Aravind

Aravind Swaminathan

Pronouns: he/him/his

Seattle
T +1-206-639-9157
aswaminathan@orrick.com



**From:** ALLEN, ANTONIO <antonio.allen@tccd.edu>
**Sent:** Tuesday, March 26, 2024 3:28 PM
**To:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Cc:** Heath, Jacob M. <jheath@orrick.com>
**Subject:** TCCD Response to Anthology Notice of Intent to File Suit
**Importance:** High

[EXTERNAL]

Mr. Swaminathan,

I appreciate you letting me know that you intend to file suit on behalf of your client against Tarrant County College District ("TCCD") – a state agency – in federal court on Wednesday. Before filing suit, I would strongly encourage you to review the requirements of Section 16.3 of the Agreement, Chapter 2260 of the Texas Government Code, Chapter 68 of the Texas Administrative Code, and Chapter 107 of the Texas Civil Practices and Remedies Code. Tarrant County College District stands ready to engage in the formal dispute resolution process as required by Chapter 2260. However, if Anthology insists on violating the contract and Texas state law by suing TCCD in a forum with no jurisdiction over their claims, we will seek dismissal, sanctions, and attorney fees.

Also, in the future, please direct all communication regarding this matter to me only. Thank you.

Regards,

Antonio

**Antonio U. Allen**
Interim General Counsel
Tarrant County College District | TRWF 1402A
300 Trinity Campus Circle | Fort Worth, TX
76102
817-515-5229 | Fax 817-515-5150
antonio.allen@tccd.edu |
www.tccd.edu

**From:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Sent:** Tuesday, March 26, 2024 1:32 PM
**To:** ALLEN, ANTONIO <antonio.allen@tccd.edu>
**Cc:** Heath, Jacob M. <jheath@orrick.com>; LEBLANC, ELVA <elva.leblanc@tccd.edu>; BRACKEN, CAROL <CAROL.BRACKEN@tccd.edu>
**Subject:** RE: Letter from Anthology to TCC -- Subject to FRE 408

Mr. Allen,

We anticipate filing the attached complaint and related materials on Wednesday afternoon. Please let us know if you will agree to accept service by email and/or if our communications should be directed to your outside counsel.

Aravind

**From:** Swaminathan, Aravind <aswaminathan@orrick.com>
**Sent:** Tuesday, March 5, 2024 4:45 PM
**To:** Elva.leblanc@tccd.edu; CAROL.BRACKEN@tccd.edu
**Cc:** Antonio.allen@tccd.edu; Heath, Jacob M. <jheath@orrick.com>
**Subject:** Letter from Anthology to TCC -- Subject to FRE 408

Dr. LeBlanc and Ms. Bracken,

Please see the attached letter and enclosure.

Aravind

**Aravind Swaminathan**

Pronouns he/him/his

<image001.jpg>

Seattle
T +1-206-639-9157
aswaminathan@orrick.com

<image002.png>

<image003.jpg>

<image005.jpg>

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission and may be a communication privileged by law If you received this e-mail in error, any review, use, dissemination, distribution or copying of this e-mail is strictly prohibited Please notify us immediately of the error by return e-mail and please delete this message from your system Thank you in advance for your cooperation

For more information about Orrick, please visit *http://www.orrick.com*

In the course of our business relationship we may collect, store and transfer information about you Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission and may be a communication privileged by law If you received this e-mail in error any review, use dissemination distribution, or copying of this e-mail is strictly prohibited Please notify us immediately of the error by return e-mail and please delete this message from your system Thank you in advance for your cooperation

For more information about Orrick please visit *http://www.orrick.com*

In the course of our business relationship we may collect, store and transfer information about you Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.



**Exhibit A-2**

# TEXAS HIGHER EDUCATION COORDINATING BOARD

*P.O. Box 12788 Austin, Texas 78711*

Fred Farias III, O.D.
CHAIR

Donna N. Williams
VICE CHAIR

Ricky A. Raven
SECRETARY OF THE BOARD

Matthew B. Smith
STUDENT REPRESENTATIVE

S. Javaid Anwar
Richard L. Clemmer
Robert P. Gauntt
Emma W. Schwartz
R. Sam Torn
Welcome Wilson, Jr.

Harrison Keller, Ph.D.
COMMISSIONER
OF HIGHER EDUCATION

(512) 427-6101
Fax (512) 427-6127

Web site:
http: www.highered.texas.gov

October 1, 2021

The Honorable Glenn Hegar
Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 E. 17th Street
Austin, Texas 78774

Dear Comptroller Hegar:

In accordance with Section 61.063 and Section 130.003 of the Texas Education Code, this letter and the enclosed list serve as certification that Texas public community colleges have certified their compliance with the standards, rules and regulations prescribed by the Texas Higher Education Coordinating Board.

Each college named in the attached list is eligible to receive the state appropriated funds as stipulated in the General Appropriations Act, enacted by the 87th Texas Legislature, Regular Session. Actual appropriations to public community/junior colleges are subject to downward adjustments if, during any investigation, the college is not in compliance.

Please let me know if I can provide any additional information concerning the disbursement of these funds.

Sincerely,

Harrison Keller, PhD

Enclosure

cc: Lisa Collier, First Assistant State Auditor and Acting State Auditor
Rey Rodriguez
Liz Bolin
Nichole Bunker Henderson
Ray Martinez

Texas Higher Education Coordinating Board
List of Texas Public Community/Junior Colleges

Alamo Colleges
Alvin Community College
Amarillo College
Angelina College
Austin Community College District
Blinn College
Brazosport College
Central Texas College
Cisco College
Clarendon College
Coastal Bend College
College of the Mainland
Collin College
Dallas County Community College District
Del Mar College
El Paso Community College
Frank Phillips College
Galveston College
Grayson College
Hill College
Houston Community College
Howard College
Kilgore College
Laredo College
Lee College
Lone Star College System
McLennan Community College
Midland College
Navarro College
North Central Texas College
Northeast Texas Community College
Odessa College
Panola College
Paris Junior College
Ranger College
San Jacinto College District
South Plains College
South Texas College
Southwest Texas Junior College
Tarrant County College District
Temple College
Texarkana College
Texas Southmost College
Trinity Valley Community College
Tyler Junior College
Vernon College
Victoria College
Weatherford College
Western Texas College
Wharton County Junior College

10/2021