**EXHIBIT A**

| Event | DATE |
|---|---|
| FRCP 26(a) Initial Disclosures | June 11, 2024 |
| Motions for Leave to Join Parties or Amend Pleadings | July 31, 2024 |
| Mediation | October 30, 2024 |
| Fact Discovery | December 17, 2024 |
| Offensive Expert Designation & Reports | January 30, 2025 |
| Responsive Designation & Expert Reports | March 4, 2025 |
| Rebuttal Expert Designation & Report | 30 days after disclosure of expert report being rebutted |
| Close of Expert Discovery | April 16, 2025 |
| Dispositive Motions | April 30, 2025 |
| Opposition to Dispositive Motions | As set by Local Rule 7.1(e) |
| Replies in Support of Dispositive Motions | As set by Local Rule 7.1(f) |
| Motions *in Limine* and *Daubert* Motions | June 26, 2025 |
| FRCP 26(a) Pretrial Disclosures<br><br>Objections to Disclosures | Disclosures: August 14, 2025<br><br>Objections: August 28, 2025 |
| Pretrial Materials (e.g., witness list, exhibit list, jury charge) | September 4, 2025 |
| Exchange of Trial Exhibits | September 9, 2025 |
| Pre-Trial Conference | To be set if necessary |
| Trial | September 15, 2025 |