UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANTHOLOGY, INC.,**

   Plaintiff,

v.                                     **No. 4:24-cv-00279-P**

**TARRANT COUNTY COLLEGE DISTRICT,**

   Defendant.

## ORDER

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 25), this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **14th day of June 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE